**ORIGINAL**

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:  523-4116
Facsimile:   523-4583
Email address:  kkawai@honolulu.gov

Attorneys for Defendant
JEFFREY OMAI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at ____ o'clock and 44 min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | CIVIL NO. CV03-476 KSC |
| Plaintiff, | DEFEDANT JEFFREY OMAI'S DISCLOSURE OF WITNESSES; |
| vs. | CERTIFICATE OF SERVICE |
| WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10, | TRIAL DATE:<br>WEEK OF MARCH 14, 2006 |
| Defendants. | |

DEFENDANT JEFFREY OMAI'S DISCLOSURE OF WITNESSES

Comes now, Defendant JEFFREY OMAI (hereinafter referred to as "Defendant Omai"), by and through their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai, Deputy Corporation Counsel, and hereby submit their initial disclosure of witnesses pursuant to Rule 26 of the *Federal Rules of Civil Procedure*.

I.   DISCLOSURE OF LAY WITNESSES

   A.   Fact Witnesses

      1.   Officer William P. Badua
           c/o Kendra K. Kawai
           Department of the Corporation Counsel
           530 South King Street, Room 110
           Honolulu, Hawaii 96813
           Telephone: 523-4116

      2.   Officer Spencer Anderson
           c/o Kendra K. Kawai
           Department of the Corporation Counsel
           530 South King Street, Room 110
           Honolulu, Hawaii 96813
           Telephone: 523-4116

      3.   Officer Neil Pang
           c/o Kendra K. Kawai
           Department of the Corporation Counsel
           530 South King Street, Room 110
           Honolulu, Hawaii 96813
           Telephone: 523-4116

4.  Officer Jeffrey Omai
    c/o Honolulu Police Department
    Kalihi Station
    1865 Kamehameha IV Road
    Honolulu, Hawaii 96819
    Telephone: 842-7737

5.  Officer Donald Stafford
    c/o Honolulu Police Department
    Kalihi Station
    1865 Kamehameha IV Road
    Honolulu, Hawaii 96819
    Telephone: 842-7737

6.  Officer Darren Nihei
    c/o Honolulu Police Department
    Kalihi Station
    1865 Kamehameha IV Road
    Honolulu, Hawaii 96819
    Telephone: 842-7737

7.  Officer Detrich Kamakani
    c/o Honolulu Police Department
    Kalihi Station
    1865 Kamehameha IV Road
    Honolulu, Hawaii 96819
    Telephone: 842-7737

8.  Sergeant Theodore Chun
    c/o Honolulu Police Department
    Kalihi Station
    1865 Kamehameha IV Road
    Honolulu, Hawaii 96819
    Telephone: 842-7737

    9.    Byron A. Eliashof, M.D.
           615 Piikoi Street, Suite 1509
           Honolulu, Hawaii 96814
           Telephone: 596-7800

B.    Documentation:

    1.    Documentation has been provided throughout the course of discovery.

Defendant Omai is not insured for this incident.

DATED: Honolulu, Hawaii, January 5, 2006.

                              CARRIE K.S. OKINAGA
                              Corporation Counsel

By:    _____
           KENDRA K. KAWAI
           Deputy Corporation Counsel

           Attorney for Defendant
           JEFFREY OMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was duly served by United States mail, postage prepaid to JACK SCHWEIGERT, ESQ., 550 Halekauwila Street, Room 309, Honolulu, Hawai'i 96813, on January 5, 2006.

DATED: Honolulu, Hawaii, January 5, 2006.

CARRIE S. K. OKINAGA
Corporation Counsel

By: _____
KENDRA K. KAWAI
Deputy Corporation Counsel

Attorney for Defendant
JEFFREY OMAI