ORIGINAL

ARTHUR E. ROSS  #1005
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
Telephone (808) 521-4343

Co-counsel for Plaintiff
OFELIA COLOYAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at 11 o'clock and 40 min. A M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, )<br><br>    Plaintiff, )<br><br>vs. )<br><br>WILLIAM P. BADUA,<br>JEFFERY OMAI,<br>SPENCER ANDERSON,<br>NEIL PANG,<br>and DOES 5-10, )<br><br>    Defendants. )<br>_____ ) | CIVIL  NO. CV03-476 KSC<br><br>NOTICE OF APPEARANCE OF<br>CO-COUNSEL; CERTIFICATE OF<br>SERVICE |

## NOTICE OF APPEARANCE OF CO-COUNSEL

COMES NOW ARTHUR E. ROSS who gives notice of his appearance as

co-counsel for plaintiff OFELIA COLOYAN, in the above entitled matter.


DATED: Honolulu, Hawaii, January 11, 2006.

1

ARTHUR E. ROSS
Attorney for Plaintiff
OFELIA COLOYAN

OFELIA COLOYAN vs WILLIAM P. BADUA et al., CIVIL NO. CV03-476 KSC

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document shall be

duly served upon on the following parties:

|  | By | U.S. MAIL | HAND DELIVERY |
|---|---|---|---|

CARRIE K.S. OKINAGA       5958      [   ]                      [ X ]
Corporation Counsel
KENDRA KAWAI
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendants
WILLIAM P. BADUA
SPENCER ANDERSON
NEIL PANG


DATED: Honolulu, Hawaii, January 11, 2006.


                                        ARTHUR E. ROSS
                                        Attorney for Plaintiff
                                        OFELIA COLOYAN