# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00476KSC |
| CASE NAME: | Ofelia Coloyan v. William P. Badua, et al. |
| ATTYS FOR PLA: | Rory Toomey |
| ATTYS FOR DEFT: | Marie Gavigan<br>Kendra Kawai |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 2/3/2006 | TIME: | 11:00-11:20am |

COURT ACTION:  EP:
1.  Further Settlement Conference (1 min)
2.  Final Pretrial Conference (19 mins)


Final Pretrial Conference held.

Length of trial:
    Plaintiff    5 days
    Defendant    3 days

Lay witnesses:
    Plaintiff    18
    Defendant    18 (with an overlap of about 4 witnesses)

Expert witnesses:
    Plaintiff    2
    Defendant    1

No mainland witnesses and no schedule problems with experts

Voir Dire:    15 minutes each
Peremptory challenges to be made in open court.  Counsel allowed 3 peremptory challenges each.

Opening Statements:     30 minutes each

Closing Arguments:     45 minutes each

Counsel should be prepared to call their first witness on the first day of jury selection

Any demonstrative tools should be shown to opposing counsel before opening statements

Further Settlement Conference. No settlement.

All remaining deadlines remain in full force and effect

Submitted by: Shari Afuso, Courtroom Manager