# ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:   523-4116
Facsimile:   523-4583
Email address:   kkawai@honolulu.gov

Attorneys for Defendants
WILLIAM P. BADUA
SPENCER ANDERSON
and JEFFREY OMAI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. CV03-476 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) RE: FIRST AMENDED NOTICE OF |
| | ) TAKING DEPOSITION UPON ORAL |
| WILLIAM P. BADUA; | ) EXAMINATION |
| JEFFREY OMAI; | ) |
| SPENCER ANDERSON; | ) |
| NEIL PANG; | ) *[ALEJANDRO COLOYAN* |
| and DOES 5-10, | ) *February 17, 2006* |
| | ) *2:30 p.m.]* |
| Defendants. | ) |
| | ) |
| | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of *FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION* was duly served by United States mail, postage prepaid to the following individuals at their addresses shown below on February 10, 2006:

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawai'i 96813
    and

ARTHUR E. ROSS, ESQ.
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
    and

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED: Honolulu, Hawai'i, February 10, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By: _____
KENDRA K. KAWAI
Deputy Corporation Counsel

Attorney for Defendants
WILLIAM P. BADUA,
SPENCER ANDERSON and
JEFFREY OMAI