CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 523-4116
Facsimile: 523-4583
Email address: kkawai@honolulu.gov

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2006

at _____ o'clock and _____ min. ____ M
SUE BEITIA, CLERK

Attorneys for Defendants
WILLIAM P. BADUA
SPENCER ANDERSON
and JEFFREY OMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. CV03-476 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) RE: DEFENDANTS **FIRST** |
| | ) **AMENDED** REQUEST FOR |
| WILLIAM P. BADUA; | ) PERMISSION FOR ENTRY UPON |
| JEFFREY OMAI; | ) LAND TO PLAINTIFF |
| SPENCER ANDERSON; | ) OFELIA COLOYAN |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of **DEFENDANTS FIRST AMENDED**

**REQUEST FOR PERMISSION FOR ENTRY UPON LAND TO PLAINTIFF**

**OFELIA COLOYAN** was duly served by United States mail, postage prepaid to the

following individuals at their addresses shown below on February 10, 2006:

      JACK SCHWEIGERT, ESQ.
      550 Halekauwila Street, Room 309
      Honolulu, Hawai'i 96813
           and

      ARTHUR E. ROSS, ESQ.
      126 Queen Street, Suite 210
      Honolulu, Hawaii  96813
           and

      RORY SOARES TOOMEY
      1088 Bishop Street, Suite 1004
      Honolulu, Hawaii  96813

      Attorneys for Plaintiff
      OFELIA COLOYAN

      DATED:  Honolulu, Hawai'i, February 10, 2006.

                  CARRIE K.S. OKINAGA
                  Corporation Counsel

                  By: _____
                      KENDRA K. KAWAI
                      Deputy Corporation Counsel

                  Attorney for Defendants
                  WILLIAM P. BADUA,
                  SPENCER ANDERSON and
                  JEFFREY OMAI