ART ROSS, ESQ.
126 Queen Street, Suite 210
Honolulu, HI 96813
Phone: (808) 521-4343

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491

RORY SOARES TOOMEY, ESQ.
1088 Bishop Street, Suite 1004
Honolulu, HI 96813
Phone: 533-7162

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 SOM-KSC |
| | ) |
| Plaintiff, | ) STIPULATION TO EXTEND THE |
| | ) DISCOVERY DEADLINE FROM |
| vs. | ) FEBRUARY 13, 2006 TO |
| | ) FEBRUARY 20, 2006 AND |
| | ) EXTEND THE EXCHANGE OF |
| WILLIAM P. BADUA; | ) EXHIBITS DEADLINE FROM |
| JEFFREY OMAI; | ) FEBRUARY 14, 2006 TO |
| SPENCER ANDERSON; | ) FEBRUARY 21, 2006; |
| NEIL PANG; | ) ORDER |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

STIPULATION TO EXTEND THE DISCOVERY DEADLINE FROM
FEBRUARY 13, 2006 TO FEBRUARY 20, 2006 AND
EXTEND THE EXCHANGE OF EXHIBITS DEADLINE FROM
FEBRUARY 14, 2006 TO FEBRUARY 21, 2006

PLAINTIFF OFELIA COLOYAN, by and through her attorneys Art Ross, Esq., Jack Schweigert, Esq., and Rory Soares Toomey, Esq., and DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI, and SPENCER ANDERSON, by and through their attorneys Carrie K.S. Okinaga, Esq. and Kendra K. Kawai, Esq., Corporation Counsel and Deputy Corporation Counsel respectively of the City & County of Honolulu, HEREBY STIPULATE to extend the discovery deadline from February 13, 2006 to February 20, 2006, and to extend the exchange of exhibits deadline from February 14, 2006 to February 21, 2006.

DATED: Honolulu, Hawaii; FEB 13 2006

_____
Jack Schweigert, Esq.
Attorney for Plaintiff

_____
Kendra K. Kawai, Esq.
Attorney for Defendants

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Coloyan v. Badua, Omai, Anderson, and Pang, Civ. No. 03-476 SOM-KSC; STIPULATION TO EXTEND THE DISCOVERY DEADLINE FROM FEBRUARY 13, 2006 TO FEBRUARY 20, 2006 AND EXTEND THE EXCHANGE OF EXHIBITS DEADLINE FROM FEBRUARY 14, 2006 TO FEBRUARY 21, 2006; ORDER