CARRIE K.S. OKINAGA, 5958
Corporation Counsel

KENDRA K. KAWAI, 7779
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 523-4116
Facsimile: 523-4583
Email address: kkawai@honolulu.gov

Attorneys for Defendants
WILLIAM P. BADUA
SPENCER ANDERSON
and JEFFREY OMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. CV03-476 KSC |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) RE: NOTICE OF TAKING ) VIDEOTAPED DEPOSITION |
| WILLIAM P. BADUA; JEFFREY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10, | ) *[Dr. Byron Eliashof February 23, 2006]* |
| Defendants. | ) TRIAL DATE: WEEK OF MARCH 14, 2006 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of **NOTICE OF TAKING VIDEOTAPED DEPOSITION *[Dr. Byron Eliashof-- February 23, 2006]*** was duly served by United States mail, postage prepaid to the following individuals at their addresses shown below on February 16, 2006:

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawai'i 96813
    and

ARTHUR E. ROSS, ESQ.
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
    and

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED: Honolulu, Hawai'i, February 16, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By: _____
KENDRA K. KAWAI
Deputy Corporation Counsel

Attorney for Defendants
WILLIAM P. BADUA,
SPENCER ANDERSON and
JEFFREY OMAI