IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN  Plaintiff,  vs.  WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10  Defendants. | CIVIL NO. 03-00476-KSC  DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

**Rory Soares Toomey declares as follows:**

1. I am one of the attorneys representing Ofelia Coloyan Plaintiff above named, and unless otherwise indicated, the facts set forth herein are based upon my personal knowledge/

2. I am informed and believe that at his deposition Defendant Jeffery Omai stated that he had personal knowledge that Allen Coloyan is dealing in illicit drugts.

**RORY SOARES TOOMEY DECLARES UNDER PENALTY OF LAW THAT THE FORGOING IS TRUE AND CORRECT.**

DATED: Honolulu, Hawaii, February 21, 2006

_____
RORY SOARES TOOMEY

<u>Declaration of Counsel</u> attached to the <u>Plaintiff's Motion in Limine Re Exclusion of all Evidence of the Alleged Criminal Conduct of Allen Coloyan</u> filed in the matter of <u>Ofelia Coloyan vs. William Badua, Jeffery Omai, Spencer Anderson, Neil Ping</u>. In the <u>United States District Court for the District of Hawaii</u> Civil No. CV-03-00476-KSC