IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | ) CIVIL NO. 03-00476-KSC </br>) </br>) DECLARATION OF COUNSEL </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |
| Plaintiff, | |
| vs. | |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | |
| Defendants. | |

DECLARATION OF COUNSEL

**Rory Soares Toomey declares as follows:**

1. I am one of the attorneys representing Ofelia Coloyan Plaintiff above named, and unless otherwise indicated, the facts set forth herein are based upon my personal knowledge/

2. On information and belief, I believe that Jeffery Omai Defendant above-named has been injured in the line of duty.

3. While I am unaware if any other of the Defendants were inkured in the line of duty, there is a possibility that they were.

4. I am informed and believe that no one was injured in the search underlying this case.

## RORY SOARES TOOMEY DECLARES UNDER PENALTY OF LAW THAT THE FORGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, 02/21/06

_____
RORY SOARES TOOMEY

<u>Declaration of Counsel</u> attached to the <u>Plaintiff's Motion in Limine Re Exclusion of all Evidence of Injuries to any of the Defendants that occurred in the line of duty</u> filed in the matter of <u>Ofelia Coloyan vs. William Badua, Jeffery Omai, Spencer Anderson, Neil Ping</u>. In the <u>United States District Court for the District of Hawaii</u> Civil No. CV-03-00476-KSC