IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | CIVIL NO. 03-00476-KSC |
| Plaintiff, | DECLARATION OF COUNSEL |
| vs. | |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | |
| Defendants. | |

DECLARATION OF COUNSEL

**Rory Soares Toomey declares as follows:**

1. I am one of the attorneys representing Ofelia Coloyan Plaintiff above named, and unless otherwise indicated, the facts set forth herein are based upon my personal knowledge/

2. I reviewed the file in the matter of the <u>United States of America vs. Allen Coloyan</u>

3. The Arrest Warrant shows that the Magistrate, who signed that warrant is Kevin S. C. Chang.

**RORY SOARES TOOMEY DECLARES UNDER PENALTY OF LAW THAT THE FORGOING IS TRUE AND CORRECT.**

DATED: Honolulu, Hawaii, February 21, 2006

_____
RORY SOARES TOOMEY

Declaration of Counsel attached to the Plaintiff's Motion in Limine Re Exclusion of all Evidence That the Arrest Warrant for Allen Coloyan was signed by Kevin S. C. Chang filed in the matter of Ofelia Coloyan vs. William Badua, Jeffery Omai, Spencer Anderson, Neil Ping. In the United States District Court for the District of Hawaii Civil No. CV-03-00476-KSC