**ORIGINAL**

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputies Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 523-4116/527-5585
Facsimile: 523-4583
Email address: kkawai@honolulu.gov



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 1 2006

at 3 o'clock and 54 min. P M
SUE BEITIA, CLERK

Attorneys for Defendants WILLIAM P. BADUA,
JEFFREY OMAI and SPENCER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10,<br><br>    Defendants. | CIVIL NO. CV03-476 KSC<br><br>DEFENDANTS WILLIAM P. BADUA, SPENCER ANDERSON and JEFFREY OMAI'S MOTION IN LIMINE NO. 1 RE: PRECLUDING TESTIMONY REGARDING POLICE TALKING TO PLAINTIFF'S NEIGHBORS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF KENDRA K. KAWAI; EXHIBITS "A" AND "B"; CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Judge: Honorable Kevin S.C. Chang<br>TRIAL DATE: WEEK OF<br>    MARCH 14, 2006 |

## NOTICE OF HEARING

TO: JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawai'i 96813
and
ARTHUR E. ROSS, ESQ.
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
and
RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

PLEASE TAKE NOTICE that the undersigned will bring the foregoing Motion on for hearing before the Honorable Kevin S.C. Chang, Magistrate Judge of the above-entitled Court, in his courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on the ___ day of _____, 2006, at ___ o'clock _.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, February 21, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By _____
KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel
Attorneys for Defendants

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. CV03-476 KSC |
| | ) |
| Plaintiff, | ) DEFENDANTS WILLIAM P. |
| | ) BADUA, SPENCER ANDERSON and |
| vs. | ) JEFFREY OMAI'S MOTION IN |
| | ) LIMINE NO. 1 RE: PRECLUDING |
| WILLIAM P. BADUA; | ) TESTIMONY REGARDING POLICE |
| JEFFREY OMAI; | ) TALKING TO PLAINTIFF'S |
| SPENCER ANDERSON; | ) NEIGHBORS |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

DEFENDANTS WILLIAM P. BADUA, SPENCER ANDERSON AND
JEFFREY OMAI'S MOTION IN LIMINE NO. 1
RE: PRECLUDING TESTIMONY REGARDING
POLICE TALKING TO PLAINTIFF'S NEIGHBORS

Defendants WILLIAM P. BADUA, SPENCER ANDERSON and JEFFREY OMAI (hereinafter collectively "Defendants"), by and through their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai and Marie Manuele Gavigan, Deputies Corporation Counsel, hereby move this Honorable Court for an order, in limine, to preclude testimony regarding the police talking to Plaintiff's neighbors.

This motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, LR 16.9 and Rules 602, 801, 802, 401, 402 and 403 of the

Federal Rules of Evidence, and is based upon the memorandum of law attached hereto, as well as upon the record and files herein.

DATED: Honolulu, Hawaii, February 21, 2006.

CARRIE K.S. OKINAGA<br>
Corporation Counsel<br>
<br>
By <i>/s/ Kendra K. Kawai</i><br>
KENDRA K. KAWAI<br>
MARIE MANUELE GAVIGAN<br>
Deputies Corporation Counsel<br>
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| WILLIAM P. BADUA; JEFFREY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by hand delivery to the following individuals at their addresses shown below on February 21, 2006:

    JACK SCHWEIGERT, ESQ.
    550 Halekauwila Street, Room 309
    Honolulu, Hawai'i 96813
        and

    ARTHUR E. ROSS, ESQ.
    126 Queen Street, Suite 210
    Honolulu, Hawaii 96813
        and

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED: Honolulu, Hawai'i, February 21, 2006.

        CARRIE K.S. OKINAGA
        Corporation Counsel

By: _/s/ Kendra K. Kawai_____
        KENDRA K. KAWAI
        MARIE MANUELE GAVIGAN
        Deputies Corporation Counsel

        Attorney for Defendants