1

```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF HAWAII


OFELIA COLOYAN,              ) CIVIL NO.  CV03-00476 KSC
                             ) (Non-Motor Vehicle Tort)
                             )
          Plaintiff,         )
                             )
     vs.                     )
                             )
WILLIAM P. BADUA;            )
DOES 2-10;                   )
                             )
          Defendants.        )
_____)


                DEPOSITION OF OFELIA COLOYAN

     Taken on behalf of Defendant, WILLIAM BADUA

at the Offices of Corporation Counsel, 530 S. King

Street, Room 110, Honolulu, Hawaii, commencing at 1:40

p.m., on Thursday, January 6, 2005, pursuant to Hawaii

Rules of Civil Procedure.



REPORTED BY:  CAROL E.M. SUGIYAMA, C.S.R. #295
              Notary Public, State of Hawaii.




              HONOLULU REPORTING SERVICES
              1000 Bishop Street, Suite 401
                 Honolulu, Hawaii 96813
                     (808) 524-6288
```

EXHIBIT R

1  Q    Was your husband upset or angry to find out
2  that possibly Allan had been in trouble with the law?
3  A    He wasn't upset, but we were talking --
4  because I was already crying at that time. He was
5  trying to calm me down because he wanted to take me to
6  the hospital.
7  Q    Why were you crying?
8  A    I was shaking and I was nervous and I can hear
9  the pounding of the door and that really bothers my
10 ears. And I was shame of my neighbors, police were all
11 over the place. I can see the two outside, but I don't
12 know how many more outside and so I was so ashamed.
13 Q    Were you ashamed because of you were concerned
14 about what your neighbors might think of you because the
15 police were around your house?
16 A    Coming to the house with the police was shame
17 already, but Badua told me he went over, I don't know
18 which of my neighbors, he went over to tell my neighbors
19 about my son. That makes me really shame.
20 Q    When you say he went over to your neighbors,
21 did he go to one house or more than one house?
22 A    I don't know how many houses, but he told me,
23 I went over to your neighbors and I told him about your
24 son. So kind of shame, yeah, for me to even think that,
25 you know.

```
 1      Q    After June 3, 2003, did you ever talk to your
 2  neighbors to find out who he had spoken to?
 3      A    No.  I didn't even bother to ask because I was
 4  so shame, but we talk.
 5      Q    You did talk to your neighbors?
 6      A    Yeah.  But not about Badua.
 7      Q    You keep on saying, you are shame.  Is there
 8  any particular reason why you are shame?  I know I asked
 9  with regards to whether or not you were ashamed of what
10  your neighbors thought about it, but is there any other
11  reason?
12      A    No.  That's the only time because telling your
13  neighbors about my son that I don't even know.  They
14  might think that I am -- just to talk about my son,
15  telling my neighbors about my son, he has to tell me
16  first before my neighbors.
17      Q    Since June 3, 2003, have you spoken to your
18  son, Allan?
19      A    He came home just September 3, to renew his
20  passport.
21      Q    In September of 2003, right?
22      A    Four.
23           MR. SCHWEIGERT:  I believe it's September
24  of 2003.
25           THE WITNESS:  He didn't come home this
```