Case 1:03-cv-00476-KSC   Document 82   Filed 02/07/2006   Page 1 of 3



ARTHUR K. ROSS, ESQ.
126 Queen St., Suite 210
Honolulu, HI  96813
Phone:  (808) 521-4343

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI  96813
Phone:  (808) 533-7491

RORY SOARES TOOMEY, ESQ.
1088 Bishop Street, Suite 1004
Honolulu, HI  96813
Phone:  533-7162

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2006

at __9__ o'clock and __√__ min.__√__M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF'S FIRST SUPPLEMENT |
| | ) TO PRE-TRIAL STATEMENT |
| WILLIAM BADUA, | ) FILED JANUARY 27, 2006; |
| JEFFERY OMAI, | ) CERTIFICATE OF SERVICE |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) TRIAL WEEK:  March 14, 2006 |
| and DOES 5-10; | ) JUDGE:  Kevin S.C. Chang |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S FIRST SUPPLEMENT TO
### PRETRIAL STATEMENT FILED JANUARY 27, 2006

COMES NOW PLAINTIFF by and through counsel and supplements

Plaintiff's pretrial statement filed January 27, 2006 to include the following

EXHIBIT A

witnesses:

22. Robert C. Marvit, M.D., who is expected to testify and give his opinion regarding his review of the opinion by Defendant's expert Byron A. Eliashof, M.D., for purposes of damages.

23. Retired Chief Lee D. Donohue, who is expected to testify about the "code of silence" known to exist in the Honolulu Police Department for purposes of liability.

24. Alejandro Coloyan, who is to testify to his observations of his wife as a result of the June 3, 2003 search of his home for purposes of damages.

DATED: Honolulu, Hawaii; February 6, 2006.

Jack Schweigert, Esq.
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| WILLIAM BADUA, | ) |
| JEFFERY OMAI, | ) |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) |
| and DOES 5-10; | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The below-signed hereby certifies that on February 6, 2006 one copy of the attached document was served on the below named individual by hand delivery to the address indicated:

Kendra K. Kawai, Esq.
Deputy Corporation Counsel
530 S. King Street, Room 110
City & County of Honolulu
Honolulu, HI 96813
        Attorney for Defendants

_____
Person certifying service