CARRIE K.S. OKINAGA, 5958
Corporation Counsel

KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 523-4116/527-5585
Facsimile: 523-4583/Email address: kkawai@honolulu.gov

Attorneys for Defendants
WILLIAM P. BADUA, JEFFREY OMAI and
SPENCER ANDERSON

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2006

at 4 o'clock and 5 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10,<br><br>Defendants. | CIVIL NO. CV03-476 KSC<br><br>NOTICE OF HEARING;<br>DEFENDANTS WILLIAM P.<br>BADUA, SPENCER ANDERSON<br>AND JEFFREY OMAI'S MOTION IN<br>LIMINE NO. 3 RE: PRECLUDING<br>STEVEN M.C. LUM, M.D. FROM<br>TESTIFYING AS AN EXPERT<br>WITNESS; MEMORANDUM IN<br>SUPPORT OF MOTION;<br>DECLARATION OF KENDRA K.<br>KAWAI; EXHIBIT "A";<br>CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Judge: Honorable Kevin S.C. Chang<br>TRIAL DATE: WEEK OF<br>                     MARCH 14, 2006 |

## NOTICE OF HEARING

TO: JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawai'i 96813
and

ARTHUR E. ROSS, ESQ.
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
and

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

PLEASE TAKE NOTICE that the undersigned will bring the foregoing Motion on for hearing before the Honorable Kevin S.C. Chang, Magistrate Judge of the above-entitled Court, in his courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on the ___ day of _____, 2006, at ____ o'clock __.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, February 21, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By _____
KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. CV03-476 KSC<br>)<br>) DEFENDANTS WILLIAM P.<br>) BADUA, SPENCER ANDERSON<br>) AND JEFFREY OMAI'S MOTION IN<br>) LIMINE NO. 3 RE: PRECLUDING<br>) STEVEN M.C. LUM, M.D. FROM<br>) TESTIFYING AS AN EXPERT<br>) WITNESS |
| Plaintiff, | |
| vs. | |
| WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10, | |
| Defendants. | |

DEFENDANTS WILLIAM P. BADUA, SPENCER
ANDERSON AND JEFFREY OMAI'S MOTION IN LIMINE
NO. 3 RE: PRECLUDING STEVEN M.C. LUM, M.D.
FROM TESTIFYING AS AN EXPERT WITNESS

Defendants WILLIAM P. BADUA, SPENCER ANDERSON and JEFFREY OMAI (hereinafter collectively "Defendants"), by and through their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai and Marie Manuele Gavigan, Deputies Corporation Counsel, hereby move this Honorable Court for an order, in limine, to preclude Steven M.C. Lum, M.D. from testifying as an expert witness on behalf of Plaintiff.

This motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, LR 16.9, Rule 26 of the Federal Rules of Civil Procedure and Rules 702, 703 and 705 of the Federal Rules of Evidence, and is based upon the memorandum of law attached hereto, as well as upon the record and files herein.

DATED: Honolulu, Hawaii, February 21, 2006.

        CARRIE K.S. OKINAGA
        Corporation Counsel

By   /s/ Kendra K. Kawai
        KENDRA K. KAWAI
        MARIE MANUELE GAVIGAN
        Deputies Corporation Counsel
          Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, ) | CIVIL NO. 03-476 KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM P. BADUA; ) | |
| JEFFREY OMAI; ) | |
| SPENCER ANDERSON; ) | |
| NEIL PANG; ) | |
| and DOES 5-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by hand delivery to the following individuals at their addresses shown below on February 21, 2006:

> JACK SCHWEIGERT, ESQ.
> 550 Halekauwila Street, Room 309
> Honolulu, Hawai'i 96813
>         and
>
> ARTHUR E. ROSS, ESQ.
> 126 Queen Street, Suite 210
> Honolulu, Hawaii  96813
>         and

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED: Honolulu, Hawai'i, February 21, 2006.

       CARRIE K.S. OKINAGA
       Corporation Counsel

    By: */s/ Kendra K. Kawai*
       KENDRA K. KAWAI
       MARIE MANUELE GAVIGAN
       Deputies Corporation Counsel
        Attorney for Defendants

2