IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) DECLARATION OF |
| | ) KENDRA K. KAWAI |
| vs. | ) |
| | ) |
| WILLIAM P. BADUA; | ) |
| JEFFREY OMAI; | ) |
| SPENCER ANDERSON; | ) |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF KENDRA K. KAWAI

I, KENDRA K. KAWAI, do hereby declare as follows:

1. I am an attorney licensed to practice law in all of the courts of the State of Hawaii and the United States District Court for the District of Hawaii. I am a member in good standing of all of the aforementioned courts.

2. I am a Deputy Corporation Counsel for the City and County of Honolulu (hereinafter referred to as the "City") and one of the attorneys representing Officers William P. Badua, Spencer Anderson and Jeffrey Omai.

3. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

4.   Attached hereto as Exhibit "A' is a true and correct copy of Deposition of Steven Lum, M.D. Taken on January 13, 2006, pages 7 and 8.

I, KENDRA K. KAWAI, DO DECLARE UNDER
PENALTY OF LAW THAT THE FOREGOING IS TRUE
AND CORRECT.

DATED: Honolulu, Hawaii, February 21, 2006.

_____
KENDRA K. KAWAI