1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF HAWAII

3   OFELIA COLOYAN,                    )
                                       )CIVIL NO. CV03-476 KSC
4              Plaintiff,              )
                                       )
5        vs.                           )
                                       )
6   WILLIAM P. BADUA; JEFFREY OMAI;    )
    SPENCER ANDERSON; NEIL PANG; and   )
7   DOES 5-10,                         )
                                       )
8              Defendants.             )
                                       )
9   _____  )

10          DEPOSITION OF STEVEN LUM, M.D.

11   Taken on behalf of the Defendants at 30 Aulike Street,

12   Suite 303, Kailua, Hawaii, commencing at 5:20 p.m. on

13   January 13, 2006, pursuant to the Federal Rules of Civil

14   Procedure.

15

16   BEFORE:     SHEILA BRITT LIPTON, CSR NO. 257
                 Notary Public, State of Hawaii

17

18

     H O N O L U L U   R E P O R T I N G   S E R V I C E S

19
                    1000 Bishop Street, Suite 401
20                     Honolulu, Hawaii 96813

21                      (808) 524-6288

22

23

24

25

1    A.        That's correct.

2    Q.        I'm not sure you're aware, but trial in this

3    matter is set for March 14 of this year, in a couple of

4    months.  Do you anticipate being in town during that

5    period of time?

6    A.        I should be in town.

7    Q.        What is your understanding of what you're going

8    to be testifying at trial?

9    A.        I'm not sure.

10   Q.        Have you been hired by Mrs. Coloyan's attorney,

11   Jack Schweigert, to be a witness in this case?

12   A.        Not that I know of.

13             MR. ROSS:  What do you mean hired?

14             MS. KAWAI:  Retained, hired.

15             MR. ROSS:  Okay.

16   BY MS. KAWAI:

17   Q.        So just to confirm, there's no contract or

18   agreement between you and Mr. Schweigert with regards to

19   this matter?

20   A.        No, never met him.

21   Q.        You say you've never met him.  So you have never

22   spoken to him over the phone?

23   A.        I may have talked to him over the phone, but that

24   was it.

25   Q.        And how many times have you spoken to him over

1  the phone?

2  A.      I believe once.

3  Q.      And what did you speak about?

4  A.      Just sending him the record.  And whether I was

5  her physician.

6  Q.      I just want to confirm you've never conducted any

7  kind of independent examination of Mrs. Coloyan with

8  regard to this lawsuit?

9  A.      No.

10  Q.      And you haven't issued any pertinent --

11          MR. ROSS:  That question is a little confusing.

12  He has rendered the personal service to that lady.

13          MS. KAWAI:  I understand that.  But what I'm

14  asking specifically, has he rendered a specific report

15  directed at this particular lawsuit, so pertaining to this

16  particular lawsuit.

17          THE WITNESS:  Correct.  I haven't done an IME,

18  and I have not rendered a report.

19  Q.      So let's just go over your background.  What's

20  your current occupation?

21  A.      Physician.

22  Q.      And who is your current employer?

23  A.      Myself.

24  Q.      So you are self-employed?

25  A.      Uh-huh.