CARRIE K.S. OKINAGA, 5958
Corporation Counsel

**ORIGINAL**

KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputies Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawaiʻi 96813
Telephone:   523-4116/527-5585
Facsimile:   523-4583/Email address: kkawai@honolulu.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 1 2006

at ___ o'clock and ___ min. P M
SUE BEITIA, CLERK

Attorneys for Defendants WILLIAM P. BADUA,
JEFFREY OMAI and SPENCER ANDERSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. CV03-476 KSC |
| | ) |
| Plaintiff, | ) NOTICE OF HEARING; |
| | ) DEFENDANTS WILLIAM P. |
| vs. | ) BADUA, JEFFREY OMAI AND |
| | ) SPENCER ANDERSON'S MOTION |
| WILLIAM P. BADUA; | ) IN LIMINE NO. 4 RE: PRECLUDING |
| JEFFREY OMAI; | ) TESTIMONY REGARDING |
| SPENCER ANDERSON; | ) SERVICE OF COMPLAINT UPON |
| NEIL PANG; | ) EACH DEFENDANT; |
| and DOES 5-10, | ) MEMORANDUM IN SUPPORT OF |
| | ) MOTION; DECLARATION OF |
| Defendants. | ) KENDRA K. KAWAI; EXHIBIT "A"; |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) Date: _____ |
| | ) Time: _____ |
| | ) Judge:   Honorable Kevin S.C. Chang |
| | ) |
| | ) TRIAL DATE:  WEEK OF |
| | )                    MARCH 14, 2006 |

## NOTICE OF HEARING

TO:  JACK SCHWEIGERT, ESQ.
     550 Halekauwila Street, Room 309
     Honolulu, Hawai'i 96813
                and
     ARTHUR E. ROSS, ESQ.
     126 Queen Street, Suite 210
     Honolulu, Hawaii 96813
                and
     RORY SOARES TOOMEY
     1088 Bishop Street, Suite 1004
     Honolulu, Hawaii 96813

     Attorneys for Plaintiff
     OFELIA COLOYAN

     PLEASE TAKE NOTICE that the undersigned will bring the foregoing

Motion on for hearing before the Honorable Kevin S.C. Chang, Magistrate Judge

of the above-entitled Court, in his courtroom at the Prince Kuhio Federal Building,

300 Ala Moana Boulevard, Honolulu, Hawaii, on the ___ day of _____, 2006, at

____ o'clock _.m., or as soon thereafter as counsel may be heard.

     DATED:  Honolulu, Hawaii, February 21, 2006.

                                   CARRIE K.S. OKINAGA
                                   Corporation Counsel


                         By  _____
                                   KENDRA K. KAWAI
                                   MARIE MANUELE GAVIGAN
                                   Deputies Corporation Counsel
                                   Attorneys for Defendants

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) DEFENDANTS WILLIAM P. |
| | ) BADUA, JEFFREY OMAI AND |
| vs. | ) SPENCER ANDERSON'S MOTION |
| | ) IN LIMINE NO. 4 RE: PRECLUDING |
| WILLIAM P. BADUA; | ) TESTIMONY REGARDING |
| JEFFREY OMAI; | ) SERVICE OF COMPLAINT UPON |
| SPENCER ANDERSON; | ) EACH DEFENDANT |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND
SPENCER ANDERSON'S MOTION IN LIMINE NO. 4
RE: PRECLUDING TESTIMONY REGARDING
SERVICE OF COMPLAINT UPON EACH DEFENDANT

Defendants WILLIAM P. BADUA, SPENCER ANDERSON and

JEFFREY OMAI (hereinafter collectively "Defendants"), by and through their

attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai and

Marie Manuele Gavigan, Deputies Corporation Counsel, hereby move this

Honorable Court for an order, in limine, to preclude testimony regarding service of

the complaint upon each of the Defendants in this matter.

This motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, LR 16.9 and Rules 401, 402 and 403 of the Federal Rules of Evidence, and is based upon the memorandum of law attached hereto, as well as upon the record and files herein.

DATED:  Honolulu, Hawaii, February 21, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By _____

KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM P. BADUA; | ) |
| JEFFREY OMAI; | ) |
| SPENCER ANDERSON; | ) |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by hand

delivery to the following individuals at their addresses shown below on

February 21, 2006:

> JACK SCHWEIGERT, ESQ.
> 550 Halekauwila Street, Room 309
> Honolulu, Hawai'i 96813
>                 and

> ARTHUR E. ROSS, ESQ.
> 126 Queen Street, Suite 210
> Honolulu, Hawaii  96813
>                 and

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii  96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED:  Honolulu, Hawai'i, February 21, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By: _____

KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel

Attorney for Defendants

2