# ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputies Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 523-4116/527-5585
Facsimile: 523-4583
Email address: kkawai@honolulu.gov



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 1 2006

at 4 o'clock and 23 min. P M
SUE BEITIA, CLERK

Attorneys for Defendants
WILLIAM P. BADUA,
JEFFREY OMAI and
SPENCER ANDERSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10,<br><br>        Defendants. | ) CIVIL NO. CV03-476 KSC<br>)<br>) NOTICE OF HEARING;<br>) DEFENDANTS WILLIAM P.<br>) BADUA, JEFFREY OMAI AND<br>) SPENCER ANDERSON'S MOTION<br>) IN LIMINE NO. 5 RE: ADHERENCE<br>) TO PROPER TRIAL PROCEDURE<br>) AND EVIDENTIARY RULES;<br>) MEMORANDUM IN SUPPORT OF<br>) MOTION; CERTIFICATE OF<br>) SERVICE<br>)<br>) Date: _____<br>) Time: _____<br>) Judge: Honorable Kevin S.C. Chang<br>) |

TRIAL DATE: WEEK OF
MARCH 14, 2006

## NOTICE OF HEARING

TO:   JACK SCHWEIGERT, ESQ.
      550 Halekauwila Street, Room 309
      Honolulu, Hawai'i 96813
                and
      ARTHUR E. ROSS, ESQ.
      126 Queen Street, Suite 210
      Honolulu, Hawaii  96813
                and
      RORY SOARES TOOMEY
      1088 Bishop Street, Suite 1004
      Honolulu, Hawaii  96813

      Attorneys for Plaintiff
      OFELIA COLOYAN

      PLEASE TAKE NOTICE that the undersigned will bring the foregoing

Motion on for hearing before the Honorable Kevin S.C. Chang, Magistrate Judge

of the above-entitled Court, in his courtroom at the Prince Kuhio Federal Building,

300 Ala Moana Boulevard, Honolulu, Hawaii, on the ___ day of _____,

2006, at _____ o'clock _.m., or as soon thereafter as counsel may be heard.

      DATED:  Honolulu, Hawaii, February 21, 2006.

                              CARRIE K.S. OKINAGA
                              Corporation Counsel

                         By  _____
                              KENDRA K. KAWAI
                              MARIE MANUELE GAVIGAN
                              Deputies Corporation Counsel
                              Attorneys for Defendants

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) DEFENDANTS WILLIAM P. |
| | ) BADUA, JEFFREY OMAI AND |
| vs. | ) SPENCER ANDERSON'S MOTION |
| | ) IN LIMINE NO. 5 RE: ADHERENCE |
| WILLIAM P. BADUA; | ) TO PROPER TRIAL PROCEDURE |
| JEFFREY OMAI; | ) AND EVIDENTIARY RULES |
| SPENCER ANDERSON; | ) |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND
SPENCER ANDERSON'S MOTION IN LIMINE NO. 5 RE: ADHERENCE TO
PROPER TRIAL PROCEDURE AND EVIDENTIARY RULES

Defendants WILLIAM P. BADUA, SPENCER ANDERSON and

JEFFREY OMAI (hereinafter collectively "Defendants"), by and through their

attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai and

Marie Manuele Gavigan, Deputies Corporation Counsel, hereby move this

Honorable Court for an order, in limine, requesting that all proper trial procedures

and evidentiary rules must be followed.

This motion is brought pursuant to Rule 7 of the Federal Rules of Civil

Procedure, LR 16.9 and Rule 611 of the Federal Rules of Evidence, and is based

upon the memorandum of law attached hereto, as well as upon the record and files herein.

DATED:  Honolulu, Hawaii, February 21, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By _____

KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM P. BADUA; | ) |
| JEFFREY OMAI; | ) |
| SPENCER ANDERSON; | ) |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ———————————————— | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by hand

delivery to the following individuals at their addresses shown below on

February 21, 2006:

        JACK SCHWEIGERT, ESQ.
        550 Halekauwila Street, Room 309
        Honolulu, Hawai‘i 96813
            and

        ARTHUR E. ROSS, ESQ.
        126 Queen Street, Suite 210
        Honolulu, Hawaii  96813
            and

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED:  Honolulu, Hawai'i, February 21, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By: _____
KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel

Attorney for Defendants

-2-