# ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel

KENDRA K. KAWAI,  7779
MARIE MANUELE GAVIGAN,  6585
Deputies Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai‘i 96813
Telephone:   523-4116/527-5585
Facsimile:    523-4583
Email address:  kkawai@honolulu.gov

Attorneys for Defendants WILLIAM P. BADUA,
JEFFREY OMAI and SPENCER ANDERSON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 1 2006

at 4 o'clock and 63 min. P M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. CV03-476 KSC |
| | ) |
| Plaintiff, | ) NOTICE OF HEARING; |
| | ) DEFENDANTS WILLIAM P. |
| vs. | ) BADUA, JEFFREY OMAI AND |
| | ) SPENCER ANDERSON'S MOTION |
| WILLIAM P. BADUA; | ) IN LIMINE NO. 6 RE: LIMITING |
| JEFFREY OMAI; | ) SCOPE OF TRIAL TO CLAIMS IN |
| SPENCER ANDERSON; | ) FOURTH AMENDED COMPLAINT; |
| NEIL PANG; | ) MEMORANDUM IN SUPPORT OF |
| and DOES 5-10, | ) MOTION; DECLARATION OF |
| | ) KENDRA K. KAWAI; EXHIBITS |
| Defendants. | ) "A"-"B"; CERTIFICATE OF |
| | ) SERVICE |
| | ) |
| | ) Date:      _____ |
| | ) Time:      _____ |
| | Judge:    Honorable Kevin S.C. Chang |

TRIAL DATE:  WEEK OF
MARCH 14, 2006

## NOTICE OF HEARING

TO:    JACK SCHWEIGERT, ESQ.
       550 Halekauwila Street, Room 309
       Honolulu, Hawai'i 96813
                    and
       ARTHUR E. ROSS, ESQ.
       126 Queen Street, Suite 210
       Honolulu, Hawaii  96813
                    and
       RORY SOARES TOOMEY
       1088 Bishop Street, Suite 1004
       Honolulu, Hawaii  96813

       Attorneys for Plaintiff
       OFELIA COLOYAN

       PLEASE TAKE NOTICE that the undersigned will bring the foregoing

Motion on for hearing before the Honorable Kevin S.C. Chang, Magistrate Judge

of the above-entitled Court, in his courtroom at the Prince Kuhio Federal Building,

300 Ala Moana Boulevard, Honolulu, Hawaii, on the ___ day of _____, 2006, at

_____ o'clock _.m., or as soon thereafter as counsel may be heard.

       DATED:  Honolulu, Hawaii, February 21, 2006.

                              CARRIE K.S. OKINAGA
                              Corporation Counsel


                         By _____
                              KENDRA K. KAWAI
                              MARIE MANUELE GAVIGAN
                              Deputies Corporation Counsel
                              Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| OFELIA COLOYAN, | ) | CIVIL NO. 03-476 KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANTS WILLIAM P. |
| | ) | BADUA, JEFFREY OMAI AND |
| vs. | ) | SPENCER ANDERSON'S MOTION |
| | ) | IN LIMINE NO. 6 RE: LIMITING |
| WILLIAM P. BADUA; | ) | SCOPE OF TRIAL TO CLAIMS IN |
| JEFFREY OMAI; | ) | FOURTH AMENDED COMPLAINT |
| SPENCER ANDERSON; | ) | |
| NEIL PANG; | ) | |
| and DOES 5-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND
SPENCER ANDERSON'S MOTION IN LIMINE
NO. 6 RE: LIMITING SCOPE OF TRIAL TO CLAIMS IN
FOURTH AMENDED COMPLAINT

Defendants WILLIAM P. BADUA, SPENCER ANDERSON and

JEFFREY OMAI (hereinafter collectively "Defendants"), by and through their

attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai and

Marie Manuele Gavigan, Deputies Corporation Counsel, hereby move this

Honorable Court for an order, in limine, to limit the scope of trial to the claims

articulated in the complaint.

This motion is brought pursuant to Rules 7, 8 and 15 of the Federal Rules of

Civil Procedure, LR 16.9 and Rules 401, 402 and 403 of the Federal Rules of

Evidence, and is based upon the memorandum of law attached hereto, as well as

upon the record and files herein.

DATED:  Honolulu, Hawaii, February 21, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By  _Kendra Kawai_

KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM P. BADUA; | ) |
| JEFFREY OMAI; | ) |
| SPENCER ANDERSON; | ) |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by hand

delivery to the following individuals at their addresses shown below on

February 21, 2006:

        JACK SCHWEIGERT, ESQ.
        550 Halekauwila Street, Room 309
        Honolulu, Hawai'i 96813
                and

        ARTHUR E. ROSS, ESQ.
        126 Queen Street, Suite 210
        Honolulu, Hawaii  96813
                and

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii  96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED:  Honolulu, Hawai'i, February 21, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By: _____
KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel

Attorney for Defendants