COLOYAN vs. BADUA, et al.

ROBERT C. MARVIT, M.D.
January 12, 2006

SHEET 1  PAGE 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF HAWAII
 3
 4   OFELIA COLOYAN,           )   CIVIL NO. CV03-476 KSC
                               )
 5           Plaintiff,        )
                               )
 6       vs.                   )
                               )
 7   WILLIAM P. BADUA;         )
     JEFFREY OMAI;             )
 8   SPENCER ANDERSON;         )
     NEIL PANG; and DOES 5-10, )
 9                             )
                               )
10           Defendants.       )
                               )
11
12        DEPOSITION OF ROBERT C. MARVIT, M.D.
13
14   Taken on behalf of Defendants at 1314 South King
15   Street, Suite 862, Honolulu, Hawaii, commencing
16   at 2:00 p.m., on Thursday, January 12, 2006,
17   pursuant to Federal Rules of Civil Procedure.
18   BEFORE:  PHYLLIS K. KUSHINER, CSR NO. 147
                   Notary Public, State of Hawaii
19
     H O N O L U L U   R E P O R T I N G   S E R V I C E S
20         1000 Bishop Street, Suite 401
               Honolulu, Hawaii 96813
21
              PHONE (808) 524-6288
```

PAGE 2

```
 1   APPEARANCES:
 2   For Plaintiff:    ART ROSS, ESQ.
                       126 Queen Street
 3                     Honolulu, Hawaii 96813
 4
 5
 6   For Defendants:   KENDRA K. KAWAI, ESQ.
                       and MARIE M. GAVIGAN, ESQ.
 7                     Deputies Corporation Counsel
                       City and County of Honolulu
 8                     Honolulu Hale, Suite 110
                       530 South King Street
 9                     Honolulu, Hawaii  96813
```

PAGE 3

```
 1                       I N D E X
 2   EXAMINATION BY:                           PAGE
 3   Ms. Kawai                                   4
 4   Mr. Ross                                   49
 ...
17   EXHIBITS MARKED FOR IDENTIFICATION:
18   Defendants' A and B                         8
19   Defendants' C and D                         9
20   Defendants' E                              50
```

PAGE 4

```
 1       (The Reporter's Disclosure Statement was
 2   made available to all counsel prior to the
 3   commencement of the following proceedings.)
 4           ROBERT C. MARVIT, M.D.,
 5   called as a witness on behalf of the Defendants,
 6   having been first duly sworn, was examined and
 7   testified as follows:
 8                 EXAMINATION
 9   BY MS. KAWAI:
10   Q.    Good afternoon, Dr. Marvit.
11   A.    Good afternoon.
12   Q.    Could you state your name and address
13   for the record, please?
14   A.    Robert C. Marvit, 1314 South King, Suite
15   862, Honolulu, 96814.
16   Q.    Before we start, I am going to ask you
17   a few preliminary questions.  Have you ever
18   had your deposition taken before?
19   A.    Yes.
20   Q.    How many times have you had your
21   deposition taken?
22   A.    In my lifetime, 300, 400.
23   Q.    Just for the record, I am going to go
24   over some guidelines.  As you know, we are
25   taking your testimony.  We are not in a
```

HONOLULU REPORTING SERVICES
PHONE: (808) 524-6288

EXHIBIT A

COLOYAN vs. BADUA, et al.

ROBERT C. MARVIT, M.D.
January 12, 2006

SHEET 2   PAGE 5

**Page 5**

```
 1  courtroom here today, but you are sworn to
 2  tell the truth.  The testimony you give today
 3  is going to be as if we were in court, and it
 4  can be used later in court to confirm or
 5  contradict any statements that you make at
 6  this time.
 7        If you don't understand a question, can
 8  you please tell me, and I will try my best to
 9  rephrase the question.  Please don't guess.
10  However, you can estimate.  If you answer a
11  question, I will assume that you understand the
12  question.  Please answer all questions with
13  verbal responses in order to make the record
14  clear as possible.
15        Do you have any questions?
16  A.    No, not at this time.
17  Q.    Thank you.  You were retained as an
18  expert in this matter by plaintiff's counsel,
19  Jack Schweigert; is that correct?
20  A.    Yes.
21  Q.    On what date were you retained?
22  A.    October 5, 2005.
23  Q.    Were you retained by telephone or
24  letter or neither of the two?
25  A.    Both.  He called first.
```

**Page 6**

```
 1  Q.    And on what date did he call you?
 2  A.    October 5, 2005.
 3  Q.    And the letter that you say you also
 4  received, was that dated October 5, 2005?
 5  A.    That is true, but it didn't necessarily
 6  arrive until October 10th it looks like.  She
 7  date-stamps everything.
 8  Q.    What was the substance of your
 9  telephone call with Mr. Schweigert?
10  A.    He said "Can you do me a favor," the
11  reason being that there was a short deadline.  I
12  don't generally do things on short deadline.
13        What he asked me to do basically was to
14  review a report by Dr. Byron Eliashof and comment
15  on it in a sense of any agreement, disagreement
16  for rebuttal purposes.  The issue was a woman who
17  was exposed to police coming to her home without
18  a search warrant and suffered an emotional
19  reaction to this event.
20  Q.    What is your hourly rate?
21  A.    Depends on what I do.
22  Q.    Could you differentiate between amongst
23  all the different rates that you may have?
24  A.    Well, there is the Work Comp. no-fault
25  rate per 45-, 50-minute hour of about $160.
```

**Page 7**

```
 1  Complex medical evaluation face-to-face is $700.
 2  Reports are based on an hourly rate.
 3        Depositions are $700 which includes
 4  preparation, review of the record for the
 5  purposes of making sure that it is accurate, and
 6  you are guaranteed two hours whether you use them
 7  or not.  If I go to trial, the trial rate is for
 8  half a day.  I like to try to either go on at
 9  9:00 or 1:00, and that is $1,300.
10        Record reviews vary.  It is done on how
11  long it takes reports.  Same thing, it is an
12  hourly basis, varies between $180 and $200
13  depending on how tedious it is.
14  Q.    How many hours have you put into this
15  case to date?
16  A.    Couple.  I should have had her pull the
17  bill.  I mean it hasn't been extensive, I assure
18  you.
19  Q.    And as I see in front of you, is that
20  the file for the case?
21  A.    Yes.
22  Q.    Is it possible to take a look at the
23  file?
24  A.    Absolutely.
25  Q.    Can we go off the record for a couple
```

**Page 8**

```
 1  minutes?
 2            (Discussion was held
 3             off the record.)
 4        MS. KAWAI:  Let's go back on the record.
 5        Dr. Marvit, after reviewing the
 6  documents in your file, I'm going to be marking
 7  Mr. Schweigert's two letters as both Exhibits A
 8  and B.
 9        MR. ROSS:  What are they?
10        THE WITNESS:  Transmittals.
11        MS. KAWAI:  They are just to and from
12  Dr. Marvit to -- or from Jack Schweigert to Dr.
13  Marvit.
14            (Defendants' Exhibit A and B
15             were marked for Identification.)
16  Q.    (By Ms. Kawai)  And the question I have
17  of you is these apparently -- there is a set
18  of documents within your file that appears to
19  be doctor's notes.  Are these Dr. Lum's
20  doctor's notes by chance?
21  A.    Yes.  Don't you see his name on it?  It is
22  there some place.
23  Q.    And is it correct to say that these are
24  notes, doctor's notes, from Dr. Steven Lum
25  from April 1, 2003 to August 18, 2004?
```

SHEET 3   PAGE 9

**Page 9**

1  A.   Those are the dates that are on there.
2  Q.   And also contained within the file
3  is -- is this a doctor's note from Steven Lum
4  I guess certifying that Ofelia Coloyan was out
5  of work from June 4, 2003 to June 21, 2003?
6       MR. ROSS: If that is what it says.
7       THE WITNESS: I'm supposed to answer the
8  questions.
9       MS. KAWAI: At this time, I would like
10 to marked Dr. Lum's notes with regards to
11 Ofelia Coloyan as Exhibit C and Dr. Lum's
12 certification that Ms. Coloyan was out of work
13 from June 4, 2003 to June 21, 2003 as Exhibit
14 D.
15          (Defendants' Exhibits C and D
              were marked for identification.)
16
17      MS. KAWAI: At this time, I am going to
18 hand back your file. Thank you.
19 Q.   And before the end of the, before the
20 we leave today, is it possible to get also
21 marked as an exhibit your invoice to Mr.
22 Schweigert?
23 A.   Sure.
24 Q.   And we will mark that as Exhibit E.
25      MR. ROSS: How is that relevant to this

**Page 10**

1  inquiry?
2       MS. KAWAI: It is just to establish how
3  much time he has investedd in this case so far.
4       MR. ROSS: Well, ask him the hours. The
5  dollar amount I don't think is pertinent.
6  Q.   (By Ms. Kawai) Besides this case, have
7  you done any other work with Mr. Schweigert?
8  A.   Yeah.
9  Q.   On how many cases?
10 A.   Two.
11 Q.   And --
12 A.   You are talking in my lifetime?
13 Q.   Yes.
14 A.   Or in the last five years?
15 Q.   Let's just say the last 20 years.
16 A.   Couple, three maybe.
17 Q.   And what type of cases were they?
18 A.   One was a case where a guy was in jail
19 because he had a kind of a run-in with some
20 motorcycle guy, and there was a question of
21 whether or not one guy chased the other guy or
22 some kind of road rage case.
23 Q.   Was it a civil or criminal case?
24 A.   It was a criminal case.
25 Q.   And the other two cases?

**Page 11**

1  A.   They were civil cases, but they go back so
2  many years, I can't remember. I mean, this other
3  one was like about three years ago.
4  Q.   And the work -- well, based on what you
5  have stated thus far in this deposition, it
6  appears that your report wasn't an independent
7  medical examination, correct, or would you
8  classify it as one?
9  A.   Well, number one, I don't use that term.
10 Number two, I was reviewing the record. I did
11 not physically examine nor did I test her.
12 Q.   Instead of the term independent medical
13 examination, what term do you use?
14 A.   I use complex medical evaluation because
15 I'm not sure what the word independent means in
16 this regard. I would like to think it meant that
17 it was unbiased, but everybody comes to things
18 with their own biases, I suppose. But the fact
19 of the matter is complex medical evaluation or
20 CME more appropriately describes this process.
21 Q.   How many reports in I guess throughout
22 your career have you generated this type of
23 report where you just review the report,
24 another report itself, of a doctor?
25      Sorry. Does that make sense? I kind of

**Page 12**

1  fragmented it.
2  A.   What you are asking me is how many times
3  in my career have I given a report based on
4  simply a review of records?
5  Q.   Yes. Or not just records, but in this
6  case you actually reviewed Dr. Eliashof's
7  report and what Mr. Schweigert had given to
8  you of Dr. Lum's notes, correct?
9  A.   Yeah. I call that review of records.
10 Q.   Okay. I mean, I'm just stating what
11 records you have reviewed because there are
12 several other documents, I mean, involved in
13 this case other than just those records in
14 your file.
15 A.   Your question if you recall was in my
16 career, how many times have I generated a report
17 based solely on the review of records or for that
18 matter other doctors' reports?
19 Q.   Yes.
20 A.   Correct?
21 Q.   Yes.
22 A.   Is that what the question was?
23 Q.   Yes.
24 A.   Many times. How many times?
25 Q.   Yes.

SHEET 4   PAGE 13

**Page 13**

1  A.   Couple hundred probably at least.
2  Sometimes I, if -- I have had flurries
3  periodically of will contests where people are
4  dead, and you don't have a chance to examine
5  them. They are called psychiatric autopsies. So
6  it is purely review of medical records and
7  doctors' opinions about what was going on.
8  Q.   But in cases where the examinee is
9  still living, what percentage would you say
10 out of those couple hundred that you have done
11 is these kind of reports?
12 A.   I couldn't tell you. I couldn't give you
13 a percentage.
14 Q.   Now we are going to go to your report.
15 It is two pages, correct, and it is dated
16 October 11, 2005; is that correct?
17 A.   Right. You want to mark that one, too?
18 Q.   No. I'm okay right now. Thank you.
19      And you previously stated that you didn't
20 examine Ms. Coloyan; is that correct?
21 A.   Correct.
22      MR. ROSS: It has already been answered.
23 Q.   (By Ms. Kawai) Did you ever speak to
24 her over the phone?
25 A.   No.

**Page 14**

1  Q.   Is there any particular reason why you
2  did not meet with Ms. Coloyan?
3  A.   Well, number one, I wasn't asked to.
4  Number two, the sole purpose of my being retained
5  as I understood it was simply to comment on the
6  Eliashof report.
7  Q.   Just to confirm, other than those two
8  documents of Dr. Lum's, you didn't review any
9  other documents; is that correct?
10 A.   Just what is in the file.
11 Q.   At this time, can you please list all
12 the opinions that you have in relation to this
13 case?
14 A.   Objection. Broad, ambiguous, without
15 foundation.
16      MR. ROSS: What are you saying? Do you
17 want him to repeat what he wrote in here?
18      MS. KAWAI: Well, I want him to
19 elaborate himself today what opinions he has
20 with regards to this case.
21      THE WITNESS: Okay. Not a problem. I
22 won't be unduly obfuscating. All opinions to
23 be rendered will be with reasonable medical
24 probability based on information that I have
25 available to me at the time I am rendering

**Page 15**

1  these opinions.
2       It may be that other information may
3  become available to me or what have you, and,
4  if so, I may have additional opinions or alter
5  these opinions. But, if so, you should be duly
6  notified by plaintiff counsel, and I would be
7  more than happy to continue to be deposed.
8  Q.   (By Ms. Kawai) So at this time you are
9  not going to elaborate or clarify?
10 A.   No, I'm just giving you the preface to my
11 opinion because usually these questions come up
12 like "Are you going to say anything more or
13 different at trial?" I don't know. What are you
14 going to ask me? I don't even know if I'm going
15 to trial.
16      Okay. I'm just giving you what I
17 understand at the present moment, okay, although
18 as they say in Latin, res ipso loquitur. The
19 thing speaks for itself.
20      In any event, my opinion is reasonable
21 probability that Mrs. Coloyan as a result of her
22 interaction with the police in this event
23 suffered from an acute disorder of extreme
24 stress, not otherwise specified.
25      This diagnostic classification was

**Page 16**

1  manifested by a series of psychiatric symptoms
2  which are described in the records regarding
3  anxiety, depression, insomnia, inability to
4  concentrate, focus, not being able to go to work,
5  being preoccupied, obsessing about things, having
6  trouble eating, a variety of somatoform and
7  affective disturbances.
8       They were -- the symptoms and the
9  diagnostic classification was significant enough
10 for her to seek medical care, take time off from
11 work and subsequently was able to return to work.
12 I don't have any specific information regarding
13 her current status since the limitation of
14 records that I have.
15      However, given the situation as described
16 and reported by the records that I had available,
17 it would seem that there would be a certain
18 amount of residual difficulties that might occur
19 as a result of this type of traumatic event.
20      In that regard, as I tried to explain in
21 my report, if we utilized the current version of
22 the Diagnostic and Statistical Manual, Version
23 IV-TR -- that is this one; we are all familiar
24 with that -- then adopting Dr. Eliashof's
25 categorization of adjustment disorder with mixed

SHEET 5   PAGE 17

**Page 17**

```
 1  anxiety and depression, then the acute phase
 2  lasts from three to four weeks and chronic phase
 3  can last longer with a reduction in the intensity
 4  and frequency of symptoms.
 5          However, the question that might have to
 6  be addressed -- and I can't say that with
 7  absolute certainty -- is that when people get
 8  sensitized as a result of trauma like if you got
 9  allergic to penicillin, then exposure to a
10  similar situation may cause a type of
11  exacerbation of symptomatology.
12          So like many people, say, have an
13  automobile accident. They have a fear of
14  driving, and they notice how many bad drivers
15  there are out there. So if you have been
16  frightened by a policeman, then you may feel that
17  instead of protecting and serving, you are being
18  under scrutiny.
19          But since I don't know what her current
20  status is, I can't say that she has ongoing
21  symptomatology except for the fact that having
22  been exposed to a condition, there usually is a
23  sensitization, and it doesn't necessarily
24  evaporate although nothing ever happened.
25          I will give you two more opinions while --
```

**Page 18**

```
 1  I was waiting for you to finish writing. There
 2  is no indication whatsoever that she is a
 3  malingerer, faker or symptom magnifier or someone
 4  who is representing herself other than what she
 5  really is. I wanted to make that clear.
 6          I think that was clear from the records.
 7  She comes across as a reasonably straightforward
 8  person, even though I haven't read her deposition
 9  or what have you, at least from the reports.
10          She also seems to be a kind of a
11  law-abiding, hard-working, good citizen. In
12  other words, she is a person of nonpathological
13  background as far as I can tell, not like she is
14  an eggshell or something that would overreact to
15  something. Okay. There is all I can think of at
16  the moment.
17  Q.     As to your second opinion saying that
18  there is no indication that she is a
19  malingerer, there was a long list that you
20  stated. Is the basis that she comes off as a
21  straightforward person, is that the only basis
22  you have to support that notion?
23  A.     I think that you are asking me, well, what
24  is the basis of my saying that she is not a
25  malingerer?
```

**Page 19**

```
 1  Q.     Yes.
 2  A.     Well, I will answer the question. You
 3  don't have to object to that one. I have got an
 4  answer.
 5          Dr. Eliashof retained by defense gave her
 6  MMPI testing, and in his report, A, she didn't
 7  seem to be a symptom magnifier on her MMPI. And
 8  he didn't find her to be a person who was
 9  magnifying things out of proportion, and he
10  annotates her background in that fashion as well
11  as Dr. Lum's medical records do not demonstrate
12  someone who is kind of a polysymptomatic, all
13  over the place type of individual that we see in
14  people who are symptom magnifiers.
15          MS. GAVIGAN: Can we go off the record?
16                  (Discussion was held
17                   off the record.)
18          MS. KAWAI: Let's go back on the record.
19  Q.     Dr. Marvit, as to your third opinion
20  saying that Mrs. Coloyan is a law-abiding,
21  good citizen, what is your basis for that
22  opinion?
23  A.     In the Eliashof records, he goes over her
24  work record, her family history and all that, and
25  their description is consistent with an
```

**Page 20**

```
 1  individual who is pro-social, if you will, does
 2  try to do the right family value thing.
 3  Q.     And as to the first opinion, with
 4  regards to Ms. Coloyan suffering acute
 5  disorder of extreme stress, other than what
 6  you have already mentioned, are there any
 7  other bases for that opinion?
 8  A.     On the basis of what? You mean could
 9  there be another cause of this?
10  Q.     I guess I should take a step back.
11  A.     Good idea.
12  Q.     What are your bases for your first
13  opinion with regards to the acute disorder of
14  extreme stress diagnoses?
15  A.     Review of the record.
16  Q.     Could you go into more detail on that?
17  I know you went over a list of things, and I
18  am just trying to follow up to see if there is
19  anything else.
20  A.     Well, simply stated once again, a person
21  is exposed to a stressor that is outside the norm
22  of regular, everyday human experience. Their
23  reaction to it can be manifested by a series of
24  physiological and psychological symptoms
25  manifesting themselves as anxiety, tension,
```

COLOYAN vs. BADUA, et al.

ROBERT C. MARVIT, M.D.
January 12, 2006

SHEET 6  PAGE 21

**21**
1  difficulty in focusing, depression, obsessional
2  thinking and so forth. All these things are
3  documented by Dr. Eliashof in his examination.
4  She described herself being upset, embarrassed,
5  shamed, so forth.
6         So the cause and effect dissociation
7  between her psychiatric symptomatology or
8  symptoms of severe emotional distress are well
9  stated by her and Eliashof in his report and are
10 causally connected to the events in question.
11 Q.    Referring to our report on page one,
12 the first paragraph, it states "As a result,
13 she suffered severe emotional distress." Is
14 that your conclusion?
15 A.    Yes.
16 Q.    I just want to confirm because, as a
17 layperson, I am not sure if it is the same
18 thing. But when you refer to acute disorder
19 of extreme stress versus severe emotional
20 distress, is that the same thing?
21 A.    No. Severe emotional distress, it is
22 almost like a legal term. It goes beyond the
23 normal anxiety one has when taking my deposition,
24 for example. So it is not a -- severe emotional
25 distress is not a diagnostic entity. It is

PAGE 22

**22**
1  simply a quantification of an emotional response,
2  you know, mild, moderate, severe. It is a matter
3  of degree, not kind.
4         Disorder of extreme distress is a
5  substitute for post-traumatic stress disorder
6  where I don't like the term post-traumatic stress
7  disorder applied to almost anything that a person
8  gets exposed to.
9         Sometimes you are in a stressful situation
10 that does not necessarily fit the criteria of
11 life threatening but is a disorder of extreme
12 stress, sort of like having the Internal Revenue
13 Service knock on your door although that probably
14 qualifies for something that is within the realm
15 of normal human experience.
16        But as a categorization of the stressor
17 per say, severe emotional distress is different
18 because it is the response. If you think about
19 it, there is stress which we all have, but
20 distress is different. It is where the stress
21 goes beyond a certain point.
22 Q.    What is your basis for this conclusion
23 with regards to the severe emotional distress?
24 A.    The records.
25 Q.    Okay. Could you elaborate a little bit

PAGE 23

**23**
1  more on that?
2  A.    Once again, the manifestations of symptoms
3  presented in the records descriptively by her as
4  well as Eliashof and Lum are consistent with
5  severe emotional distress, an inability to work,
6  concentrate, focus, anxiety, depression,
7  psychosomatic complaints, and the like.
8  Q.    On page two of your report, the third
9  full paragraph, it basically states "Therefore
10 I am in agreement with Dr. Eliashof's
11 conclusion that this woman suffered severe
12 emotional distress as a result of the
13 incident."
14        After reviewing Dr. Eliashof's report, I
15 don't recall reading that Dr. Eliashof stated
16 that Ms. Coloyan suffered severe emotional
17 distress. Do you recall if it is specifically
18 stated within his report?
19 A.    Well, I will look, but I can tell you
20 this, that if it walks like a duck and it quacks
21 like a duck, it is probably a duck. So he has
22 described all the phenomena of extreme emotional
23 distress. Okay?
24        On page 33 of his single spaced report,
25 last line, "In response to this incident, it is

PAGE 24

**24**
1  clear," I'm quoting now, "that Ms. Coloyan became
2  emotionally disturbed." That goes even beyond
3  distress. Being disturbed means being even more
4  dysfunctional than being distressed. I'm being
5  kind.
6         "She was anxious, depressed, had insomnia,
7  couldn't concentrate, had trouble eating and was
8  so distracted she was unable to work. She had
9  other symptoms, hyperreactivity to noise,
10 concerns that someone might be following her."
11 It walks like a duck and it quacks like a -- this
12 is severe emotional distress or, as he says,
13 emotional disturbance.
14 Q.    So in other words, correct me if I'm
15 wrong, so severe emotional distress and
16 emotional disturbance are the same thing? Is
17 that what you are saying?
18 A.    Mischaracterizes what I just said. No.
19 I said emotional disturbance is, as he describes
20 it, worse than severe emotional distress. I'm
21 just saying that emotional distress, severe
22 emotional distress is clearly indicated by
23 emotional disturbance and his list of symptoms
24 that she had.
25 Q.    Let me see if I get this straight there

SHEET 7  PAGE 25

Page 25

1  then.  Is emotional disturbance, is it more
2  severe than severe emotional distress?  Is
3  that what you are saying?
4  A.   What I'm saying is my -- you asked me the
5  basis of my severe emotional distress opinion.  I
6  am now telling you it is Eliashof saying she was
7  emotionally disturbed and then lists all these
8  disturbances.  I'm saying those things are the
9  basis of saying she had severe emotional
10 distress.  That is all.
11 Q.   Sorry, but so let me get this straight.
12 So all of the list of things that he lists
13 basically in his report that you had just
14 stated or quoted from his report, those are
15 elements of what equates to severe emotional
16 distress?  I'm just trying to understand as a
17 layperson because I am not familiar with
18 medical terminology.
19 A.   Oh, yeah?  It is clearly consistent with
20 descriptively severe emotional distress.  If you
21 recall way back when you initially asked, the
22 question was where did I get severe emotional
23 distress, and I was merely pointing this out to
24 you.
25 Q.   I'm just trying to confirm.  That is

Page 26

1  all I am doing.
2  A.   And I am doing it.
3  Q.   Okay.
4  A.   And she will tell you I'm being very nice.
5  Q.   On page one of your report, first
6  paragraph, you state that she was given a
7  psychiatric examination by Dr. Eliashof.  What
8  is your understanding of what that examination
9  consisted of?
10 A.   Well, I can only say what the report would
11 indicate, that he examined -- it says
12 "Independent Psychological Examination" on this
13 report.  I'm assuming he did it.  I mean, I don't
14 know.  Sometimes he has other people do things
15 for him.
16      There is fundamentally a face-to-face
17 interview, a review of records, apparently giving
18 her an MMPI and then the production of this
19 36-page tome.
20      MR. ROSS:  Which is the depositions
21 taken in the case, right?
22 Q.   (By Ms. Kawai)  I guess what Dr.
23 Eliashof did was he actually summarized
24 documents that he reviewed, some being
25 depositions and others being documents?

Page 27

1  A.   Yeah.  I mean, I go in in my report.  I
2  don't why he put all these quotes in for the
3  depositions.  I haven't seen that ordinarily.
4       MR. ROSS:  That included a deposition
5  from Ms. Coloyan, too.
6       MS. KAWAI:  Yes.
7       THE WITNESS:  Not the complete one, I
8  assume.
9       MR. ROSS:  No, no.
10      MS. KAWAI:  It wasn't the complete one
11 though.  It was just the general summary.
12 Q.   In your report on page one, second
13 paragraph, you state "In the report, he
14 documents the fact that she is a hard-working,
15 honest mother of four who reports that a
16 number of police officers intimidated her,
17 frightened her and illegally searched her
18 premises without permission.  There is nothing
19 in the narrative that he describes that is
20 inconsistent with a honest representation of
21 her recollection of the events."
22      First of all, when you refer to "he," I'm
23 assuming you are referring to Dr. Eliashof,
24 correct?
25 A.   Yes.

Page 28

1  Q.   And you claim within that first
2  sentence that I read that Dr. Eliashof states
3  that Ms. Coloyan is honest, correct?
4  A.   Yeah.
5  Q.   Could you tell me where in Dr.
6  Eliashof's report that it states that?
7  A.   Page 35, "She appears to be an individual
8  who is conscientious, hard-working and
9  industrious."  Those are characteristics of
10 honesty.
11 Q.   Sorry.  Where are you reading?
12 A.   Page 35.
13      MR. ROSS:  Third paragraph.
14 Q.   (By Ms. Kawai)  But just to clarify,
15 that was just your interpretation of his
16 report because he never specifically states
17 that?
18 A.   I am not finished.
19 Q.   Okay.  Sorry.
20 A.   Remember, walks like a duck.
21      Additionally, next paragraph, he goes on
22 to describe her behavior which was also his
23 impression during this evaluation.  I point out
24 also in my report that there is a great deal of
25 consistency with deposition, records, her

SHEET 8  PAGE 29

**Page 29**

representations to him, her performance on the MMPI. All of these things are indicia of honest representations.

Now, granted, I am not as wordy as 36 pages here, but that is my putting together in a rather concise fashion the fact that she is hard-working, honest, and I realize the term conscientious may not in your lexicon somehow equate to honesty, but I suppose we could look it up in the dictionary. Conscientious sometimes is well-intended. So, yes, I think that all things are consistent.

Q. Are you aware that Dr. Eliashof specifically stated in his report that there appears to be problems with Ms. Coloyan's memory regarding the facts and details relating to this incident?
A. Yeah.
Q. And taking that into consideration, you still take the position that she is -- I mean, what you had said with regards to your opinion?
A. Yes, and I am going to give you the basis of that since you asked. When a person is exposed to extreme stressors, their ability to

**Page 30**

recall events that occurred during the time of the stressors is frequently scrambled as a result of neurophysiological changes that occur in the brain. And if you think about it, if you get anxious and your heart is beating fast and your blood pressure goes up and you are sweating and you are anxious and you don't know what is going to happen and there are all these people with guns and stuff, it is going to be difficult to remember.

There is a great deal of literature on eyewitness testimony. People -- I examined someone who was identifying a criminal that says they were held up. While someone is putting a gun to your face and you are exposed to them for one minute, are you going to be able to really remember every little detail? No.

So, yeah, I don't have a problem with her difficulty in having 150 percent recall given the circumstances of this event.
Q. If I were to tell you that during her deposition, because you haven't read her deposition testimony, correct?
A. Right.
Q. That her story had basically changed

**Page 31**

throughout the duration of the deposition, would you still take that position?
A. Absolutely. I think a deposition for a woman like this is extremely stressful, and having to recall events from a traumatic incident is going to cause an exacerbation.

It is like your allergic to penicillin. It is going to bring all that stuff back, and you are in with all these people. You know, depositions can be terribly intimidating to people especially if you are a witness.
MS. GAVIGAN: You are certainly not speaking about yourself, Dr. Marvit.
THE WITNESS: I could say if you are a party, although some experts are.
Q. (By Ms. Kawai) Dr. Marvit, you also state that "Mrs. Coloyan's recollection of events was an honest representation of what happened," correct?
A. I didn't say that.
Q. What did you say then?
A. About what? The question about her honesty had to do with where did I find that she was honest in Eliashof's report, and I described that. Then you asked me -- yeah, I'm going to

**Page 32**

test your memory inexpensively.

Then you asked me whether or not her inconsistencies in recollection had any influence on whether or not I considered her honest, and I explained to you no, and then I explained to you why. Then you said that she shifted around in deposition, and I explained that, so.
Q. What I'm referring to actually just for clarification is the second sentence that I read to you out of your report on page one, second paragraph, with regards to "There is nothing in the narrative that he describes that is inconsistent with an honest representation of her recollection of the events."
A. Correct.
Q. Because I take it as the previous sentence was just like a personality trait, being honest, and this I take it as a different situation with regards to her particular recollection.
A. My review of his description of his interview and his record review seemed to me with reasonable medical probability that her recollection was an honest representation. I

COLOYAN vs. BADUA, et al.

ROBERT C. MARVIT, M.D.
January 12, 2006

SHEET 9   PAGE 33

**33**
1  just explained to you the second time what could
2  account for some discrepancy. That doesn't make
3  it dishonest.
4  Q.   In this kind of situation, when you are
5  assessing something with regards to someone's
6  honesty, don't you think it is necessary to
7  interview that person yourself?
8  A.   Well, maybe if someone else has called her
9  dishonest. I mean, if someone is hired by the
10 other side and says that she is honest and
11 conscientious and I don't see anything that I
12 have reason to doubt that, I'm not -- I think it
13 is always good to examine someone myself, but I
14 wasn't asked to do that.
15 Q.   Because I can tell you this, as an
16 attorney, I like to be as thorough as
17 possible. So I'm just asking you these
18 questions just, you know, for your own
19 personal knowledge, did you feel it was
20 necessary to interview or examine her?
21 A.   To determine her honesty?
22 Q.   Or just to determine or to create a
23 report as requested by plaintiff's counsel.
24 A.   No, because I was asked to review that
25 report. Now I understand as an attorney, you are

PAGE 34

**34**
1  wondering "Well, gee, here is a guy like Marvit.
2  Why aren't they asking him to do kind of damage
3  assessment and see whether she has got this, that
4  or the other thing?" I don't know. You have got
5  to ask him that.
6       He just asked me simply -- we discussed
7  this on the phone -- would I do this? There was
8  a short time. I reviewed it. I gave him the
9  two-page report. That is it. I don't actually
10 do things that I am not asked to do. Sometimes I
11 don't even do things I am asked to do.
12 Q.   So is it safe to assume with regards to
13 the documents, you didn't feel -- or based on
14 the fact that he asked you, he being
15 Mr. Schweigert, asked you to do something
16 specifically and gave you those documents he
17 thought were necessary to do the report, you
18 didn't feel it was necessary to review the
19 documents that Dr. Eliashof reviewed, too?
20 A.   Well, there were certain limitations. And
21 as far as feeling the need, although a rather
22 interesting choice of words, I would have to be
23 suspicious that Eliashof was not objectively or
24 independently reporting his record review, but I
25 didn't suspect that.

PAGE 35

**35**
1  Q.   On page one, second paragraph, you
2  state "Her description of being upset,
3  embarrassed, especially when the neighbors
4  were questioned and the development of
5  stress-related symptoms after the event is
6  clear." What is your basis for that
7  statement?
8  A.   It is described in Eliashof's report.
9  Q.   But I want to hear it in your words.
10 A.   You want to hear it in my words?
11 Q.   Well, I want to hear it in terms of is
12 there any basis -- what is your basis for
13 coming to that conclusion, or do you
14 completely agree with Dr. Eliashof in how,
15 what he based it on?
16 A.   Do I have a choice? I have to rely on
17 Eliashof's record review and description of his
18 interview examination as well as Dr. Lum,
19 although Dr. Lum doesn't have all those
20 additional things.
21      It was clear to me by Eliashof's
22 description that she represented this cause and
23 effect association to him with regard to the
24 neighbor, the embarrassment and so forth, and it
25 appears in many different places in the report.

PAGE 36

**36**
1  Q.   On page one, the third paragraph, you
2  state that "Mrs. Coloyan was not trying to
3  fake bad or in any way act as a malingerer,"
4  correct?
5  A.   Yes.
6  Q.   Could you elaborate on what the term
7  fake bad means?
8  A.   In the MMPI, there is a, what is known as
9  a fake bad scale where a person presents
10 themselves as fundamentally polysymptomatic of a
11 severe nature that is inconsistent statistically
12 with what might be expected on normed tables. So
13 quite the opposite. If anything, she presents
14 herself as being less symptomatic.
15      So in some respects -- I didn't have the
16 MMPI. But what he says is basically she presents
17 herself as being virtuous and blah, blah, blah,
18 that kind of stuff. So it is like faking good.
19 You minimize pathology.
20 Q.   Could you briefly tell us what the
21 traits of a malingerer are?
22 A.   The traits of a malingerer. Well, I read
23 an article called "Malingering is an Accusation
24 Rather Than a Diagnosis," presented at the World
25 Congress of Psychiatry in Banff some years ago.

SHEET 10   PAGE 37

**Page 37**

Malingering is feigning symptoms that you in fact do not have to achieve a purpose that you would not otherwise get if you didn't have these symptoms. That is quite different than secondary gain which some layperson and even lawyers somehow equate with that.

Secondary gain is unconscious. You might say, "Gee, if secondary gain is all the kind of benefits that you get from being sick, gee, what is primary gain then?" No one seems to ask that question.

In any event, clearly the Diagnostic and Statistical Manual looks at malingering as to some extent being context dependent. You know, it can happen in people that are involved in litigation and manifest symptoms over and above that that would be expected for any of the events in question. But more than that, there is a certain psychopathic lack of conscience trend true malingerers have. They are basically con people.

So the profile generally is individuals who have never really held a job for very long, are extremely manipulative, tend to overreact to things and feel that they need to be able to get

**Page 38**

the jump on everybody else.

But the pure malingerer in my experience is a relatively rare occurrence. I mean, I do a fair number of examinations over the last 40 years, I hate to say, and the absolute true malingerers tend to be really a very small number. I mean, I could tell you maybe less than 1 percent.

What you have is people who manifest wild, exaggerated symptomatology, and those are the kinds of things that, you know, hit the newspaper like the woman who drops coffee in her lap and sues McDonald's and people that claim post-traumatic stress disorder from finding a finger in chili at Wendy's, those.

So they are as opposed to people that are, say, conscientious objectors because they don't want to go to Vietnam. So there is a range of things that occur, but if they are talking about the true malingerer being the psychopath who is feigning something to gain economic or other advantage and has this sort of track record of ne'er do well, that is the spectrum we are talking about.

Q. In that same paragraph, you state that

**Page 39**

"An MMPI profile suggests that she views her adjustment as adequate." Can you elaborate on what that means?

A. Yeah. That is what I just got through explaining to you, yeah, well, when I said that she tends to fake good or not be symptomatic on her MMPI. So she tries to minimize pathology.

Q. Prior to drafting your report, did you ever speak to Dr. Steven Lum?

A. No. I didn't even speak to Schweigert.

Q. Do you agree with Dr. Eliashof's opinion that Mrs. Coloyan experienced a period of emotional distress which cleared after three weeks with no psychiatric treatment?

A. No.

Q. And why is that?

A. Because I don't know that to be a fact. His point is that -- yes, I agree with him up to the point where he said, well, it turned off and on like a light switch basically. In three weeks, she was back to work and business as usual as if nothing happened.

I don't think -- that is not the way it works. Why? Well, because that's my clinical experience tells me that that is not the way it

**Page 40**

works.

Q. If you were to see Mrs. Coloyan's updated medical records and there was no indication that she was going through any type of stress, emotional distress, emotional disturbance, would you still have that same opinion?

A. Well, I would like to examine her if that is the issue because medical records don't always reflect the entirety of the situation. Granted, she is not a person who complains. Some people suffer in silence inwardly. She wants to appear healthier than perhaps she is.

Q. Turning to your issue with regards to a light switch going off and on and you also state that "Emotional distress in her case seems to linger on," what is your basis for that statement?

A. Well, you just helped. You pointed out that, you know, in her deposition she seemed to be waffling around, and I get the impression from Eliashof that initially she was tense but she relaxed. In the deposition excerpts he had indicated that she had concerns about her embarrassment and the neighbors and all that kind

COLOYAN vs. BADUA, et al.

ROBERT C. MARVIT, M.D.
January 12, 2006

SHEET 11   PAGE 41

**41**

1  of thing.
2       Now, granted that this event happened two
3  years previously. My assumption was it happened
4  on June 3, 2003, and he examined her in July or
5  something of 2005, approximately two years.
6  There is nothing in his report that states that
7  she, other than she went back to work, that she
8  was asymptomatic. As a matter of fact, he keeps
9  on going on talking about all these disturbing
10 issues.
11      So there is a kind of like, "Yeah, all
12 this bad stuff happened there, and then I saw her
13 and she seemed to be okay." I don't know.
14 Q.   This is just to confirm everything you
15 have answered up till now. Do you agree that
16 Mrs. Coloyan had a primary psychiatric
17 diagnosis of adjustment disorder with mixed
18 anxiety and depressed mood?
19 A.   You could say that.
20 Q.   Do you also agree that this psychiatric
21 condition is defined as, quote, "Development
22 of emotional behavior symptoms in response to
23 identifiable stressors occurring within three
24 months of the onset of the stressors," end
25 quote?

PAGE 42

**42**

1  A.   Yes.
2  Q.   Do you agree with Dr. Eliashof's Axis
3  IV diagnosis regarding concerns about her son
4  being involved in drugs and possibly arrested
5  was the cause of these problems?
6  A.   Cause of what problem?
7  Q.   Her emotional distress problems.
8  A.   No, her emotional distress was
9  precipitated by the police.
10 Q.   On what evidence or bases do you come
11 to that conclusion?
12 A.   The description of the police barging in
13 there warrantless searching for her son who is in
14 Alaska or what have you and that whether or
15 not -- and then they say that, you know, because
16 he is a drug dealer, okay? So if you are trying
17 to in any way imply that Eliashof giving the
18 opinion that the reason she has this emotional
19 disturbance is because her son is a junkie, I
20 would disabuse you of that conclusion.
21 Q.   If you refer to page 36 of Dr.
22 Eliashof's report, he specifically lays out in
23 first, second and third, the reasons for her
24 emotional disturbance, and that is why I
25 raised that with you.

PAGE 43

**43**

1       And the first primary issue for her, her
2  problems, was based on her statement saying that
3  she was concerned about her son and that the
4  police possibly might arrest him for being
5  involved in drugs?
6  A.   Well, you can correct me if I'm wrong, but
7  I understood from my preliminary conversation
8  with Mr. Schweigert that her son was in fact not
9  involved in dealing drugs and that Eliashof says
10 at the bottom of page 35, "Mrs. Coloyan takes
11 great pride in being an upright individual. For
12 her to be confronted with the possibility that
13 her son was involved in drug dealing, much less a
14 warrant for his arrest, to have her neighbors be
15 informed that this occurred and have the police
16 search her house would be upsetting."
17      That to me is saying that the police are
18 responsible for her emotional disturbance. That
19 is the way -- you can correct me if I am wrong,
20 if I'm overreading it, but, gee, that is what it
21 sounds like to me.
22 Q.   But if you read on through the rest of
23 the paragraph, I mean, that is only a little
24 capsule summary of --
25 A.   That is the first sentence.

PAGE 44

**44**

1  Q.   Well, yes, that is the premise, and
2  then basically he puts it into perspective as
3  to saying first, second and third, these are
4  the --
5  A.   He doesn't say first, second and third.
6  He says for Mrs. Coloyan the primary issue, which
7  may include what she was thinking about in 2005,
8  was a concern about her son. Well, gee, why
9  should she have a concern about her son? The
10 cops break in there telling her he is a junkie
11 and searching the place and drawing guns and God
12 only knows what. Sure.
13      And the third -- you know, second in
14 importance, the embarrassment with the neighbors,
15 hey, read the sentence. Having the house
16 searched? She had nothing to hide, sure. That
17 wasn't the problem. The problem was breaking in
18 there and scaring the bejesus out of her.
19 Q.   If I were to tell you today that in her
20 deposition she clearly stated that at the time
21 the police were present, she wasn't worried
22 about her son, it wasn't even on her mind,
23 would that change your -- and then now she
24 states that in -- she stated to Dr. Eliashof
25 during her examination that she is extremely

SHEET 12   PAGE 45

**Page 45**

```
 1  concerned about her son and whether or not he
 2  would be arrested?
 3  A.    Well, we don't know what she said to
 4  Eliashof specifically. He is drawing that
 5  conclusion. Well, certainly at the moment that
 6  the police were there, you know, she is having to
 7  deal with the situation, and if it raises the
 8  possibility that is a concern, yeah. That is
 9  kind of retrospective.
10         It is sort of like if you have a
11  life-threatening experience and you survive it,
12  then you have the opportunity at your leisure to
13  begin to think about what got you into that
14  situation in the first place.
15  Q.    On page two, the second paragraph, you
16  state "In his discussion, he states that in
17  response to this incident, it is clear that
18  Ms. Coloyan became emotionally disturbed. She
19  was anxious, depressed, had insomnia, could
20  not concentrate. She had trouble eating and
21  was so distracted she was unable to work."
22         I have no quarrel with that. So just to
23  confirm, I realize that this was a statement made
24  by Dr. Eliashof. So you are saying that you
25  agree with what is stated there based on the
```

**Page 46**

```
 1  information that you have?
 2  A.    Yes. That would seem to be a logical
 3  response to the incident he described.
 4  Q.    You stated in your report that
 5  "Emotional distress may turn on suddenly as a
 6  result of a stressor." What type of stressors
 7  would be involved to basically turn on the
 8  light switch? I know you previously stated
 9  interaction with maybe the police, but are
10  there any other instances?
11  A.    Hold on. Are you referring to this
12  incident or some future incident or what? I
13  mean, what kind of stressor?
14  Q.    What stressor in the future.
15  A.    Well, maybe someone knocked on her door in
16  the middle of the night, anything that could
17  symbolically or practically represent the
18  phenomenon that set this whole thing in motion.
19         You want to take a few minutes and discuss
20  it?
21  Q.    Yes. Can we take a break?
22  A.    All right.
23              (Recess was taken.)
24         MS. KAWAI: Back on the record.
25  Q.    Dr. Marvit, before the break, you had
```

**Page 47**

```
 1  mentioned that the police entered into the
 2  home with their guns drawn?
 3  A.    No, I was using that metaphorically, but
 4  they were armed, I assume.
 5         MR. ROSS: Whether they used it or not,
 6  I don't know. The record is not clear on that.
 7  I couldn't determine that.
 8  Q.    (By Ms. Kawai) And you also mentioned
 9  that you referred to the term junkie like the
10  plaintiff's son or the police had told Ms.
11  Coloyan that her son was a junkie or something
12  to that effect. Could you --
13  A.    I never stated what the police said. The
14  implication was that he was a drug dealer. They
15  were looking at him because of -- they were
16  looking for him because of his involvement in
17  drugs.
18  Q.    And was that your understanding of why
19  the police went to Ms. Coloyan's house on the
20  day of the incident?
21  A.    Yeah.
22  Q.    And just to confirm, you were asked by
23  plaintiff's counsel to review Dr. Eliashof's
24  report, correct?
25  A.    Yes.
```

**Page 48**

```
 1  Q.    And to comment on it with any rebuttal
 2  commentary, correct?
 3  A.    Yes.
 4  Q.    And just to confirm, is it your opinion
 5  that all of Mrs. Coloyan's emotional distress
 6  was caused by the police coming to her house
 7  on the date of the incident?
 8  A.    Which emotional distress? I mean, you are
 9  talking about at the time or now, later?
10         I'm saying, yeah, there doesn't seem to be
11  any indication on the record that she suffered
12  from severe emotional distress prior to this
13  incident, that it is clear that she suffered
14  severe emotional distress as a result of this
15  incident. That is all.
16  Q.    Are there any other factors that caused
17  her severe emotional distress?
18  A.    When? When she took her deposition?
19  Maybe. I don't know.
20  Q.    No, on the date of the incident.
21  A.    On the date of the incident, I have no
22  evidence or information or documentation that
23  there were other things going in her life that
24  would account for this panoply of symptoms.
25  Q.    Just to clarify it, I know you refer to
```

COLOYAN vs. BADUA, et al.

ROBERT C. MARVIT, M.D.
January 12, 2006

**SHEET 13   PAGE 49**

```
 1   the incident in your report and I just want to
 2   clarify is the incident that you are referring
 3   to the police coming to Ms. Coloyan's house on
 4   the date of the incident?  Sorry.  On the date
 5   on June 3, 2003?
 6   A.     Yes.
 7          MS. KAWAI:  Thank you.  I have no
 8   further questions.
 9          MR. ROSS:  I have one question, doctor.
10
11                  EXAMINATION
12   BY MR. ROSS:
13          Based on the narrowness of the
14   assignment Mr. Schweigert gave you in this
15   case, was there anything in reviewing
16   Eliashof's or Dr. Lum's records that would
17   trigger your need to have wanted to see the
18   material they looked at or had an interview
19   with the lady?  Was there any need for that
20   triggered by what you read?
21   A.     Only in the sense that if I didn't have
22   her current status that I was relying on the fact
23   that they were representing what her situation
24   was in a descriptively accurate manner.
25   Q.     Okay.  The last entry you had from Dr.
```

**PAGE 50**

```
 1   Lum was something in 2005?
 2   A.     No, 2004.
 3          MR. ROSS:  I don't have anything
 4   further.
 5          MS. KAWAI:  Nothing further.
 6          (The deposition concluded at 3:35 p.m.)
 7                      --oOo--
 8          (Defendants' Exhibit E was
                marked for identification.)
```

**PAGE 51**

```
 1
 2          I, ROBERT C. MARVIT, M.D., do hereby
 3   certify that I have read the foregoing pages
 4   1 through 50, inclusive, and corrections,
 5   if any, were noted by me and that same is now a
 6   true and correct transcript of my testimony.
 7   Dated _____
 8
 9          _____
10                ROBERT C. MARVIT, M.D.
11
12
13   Signed before me this _____
14   day of _____, 2006.
15
16
17   _____
```

**PAGE 52**

```
 1   STATE OF HAWAII        )
                            ) ss.
 2   CITY AND COUNTY OF HONOLULU )
 3          I, PHYLLIS K. KUSHINER, CSR, a Notary
     Public in and for the State of Hawaii, do hereby
 4   certify:
 5          That on Thursday, January 12, 2006 at 2:00
     p.m. appeared before me ROBERT C. MARVIT, M.D., the
 6   witness whose testimony is contained herein; that
     prior to being examined, the witness was by me
 7   duly sworn or affirmed; that the proceedings were
     taken in machine shorthand by me and were
 8   thereafter reduced to typewriting under my
     supervision; that the foregoing represents to the
 9   best of my ability a correct transcript of the
     proceedings had in the foregoing matter.
10
11          That, if applicable, the witness was
     notified through counsel by mail or by telephone
12   to appear and sign; that if transcription is not
     signed, either the reading and signing were waived
13   by the witness and all parties, or the witness has
     failed to appear, and the original is therefore
14   kept on file without signature pursuant to Court
     rules.
15          I further certify that I am not counsel
16   for any of the parties hereto nor in any way
     interested in the outcome of the cause named in
17   the caption.
18          DATED:  January 30, 2006
23   PHYLLIS K. KUSHINER, CSR NO. 147
     Notary Public, State of Hawaii
     My commission expires 4/24/07
```

COLOYAN vs. BADUA, et al.

ROBERT C. MARVIT, M.D.
January 12, 2006

### $

$1,300 [1] 7:9
$160 [1] 6:25
$180 [1] 7:12
$200 [1] 7:12
$700 [2] 7:1,3

### 1

1 [3] 8:25 38:8 51:4
1:00 [1] 7:9
1000 [1] 1:20
10th [1] 6:6
11 [1] 13:16
110 [1] 2:8
12 [2] 1:15 52:5
1314 [2] 1:13 4:14
147 [1] 1:18
150 [1] 30:19
18 [1] 8:25

### 2

2:00 [2] 1:15 52:5
20 [1] 10:15
2003 [7] 8:25 9:5,5,13,13 41:4 49:5
2004 [2] 8:25 50:2
2005 [7] 5:22 6:2,4 13:16 41:5 44:7 50:1
2006 [2] 1:15 52:5
21 [2] 9:5,13

### 3

3 [2] 41:4 49:5
3:35 [1] 50:6
300 [1] 4:22
33 [1] 23:24
35 [3] 28:7,12 43:10
36 [2] 29:4 42:21
36-page [1] 26:19

### 4

4 [3] 3:3 9:5,13
40 [1] 38:4
400 [1] 4:22
401 [1] 1:20
45 [1] 6:25
49 [1] 3:4

### 5

5 [3] 5:22 6:2,4
50 [2] 3:20 51:4
50-minute [1] 6:25

### 8

8 [1] 3:18
862 [2] 1:14 4:15

### 9

9 [1] 3:19
9:00 [1] 7:9
96813 [2] 2:3,9
96814 [1] 4:15

### A

ability [2] 29:25 52:9
able [4] 16:4,11 30:16 37:25
above [1] 37:16
absolute [2] 17:7 38:5
Absolutely [2] 7:24 31:3
accident [1] 17:13
account [2] 33:2 48:24
accurate [2] 7:5 49:24
Accusation [1] 36:23
achieve [1] 37:2
across [1] 18:7
act [1] 36:3
actually [4] 12:6 26:23 32:8 34:9
acute [5] 15:23 17:1 20:4,13 21:18
additional [2] 15:4 35:20
Additionally [1] 28:21
address [1] 4:12
addressed [1] 17:6
adequate [1] 39:2
adjustment [3] 16:25 39:2 41:17
adopting [1] 16:24
advantage [1] 38:22
affective [1] 16:7
affirmed [1] 52:7
afternoon [2] 4:10,11
ago [2] 11:3 36:25
agree [7] 35:14 39:11,18 41:15,20 42:2 45:25
agreement [2] 6:15 23:10
Alaska [1] 42:14
allergic [2] 17:9 31:7
almost [2] 21:22 22:7
already [2] 13:22 20:6
alter [1] 15:4
although [6] 15:17 17:24 22:13 31:15 34:21 35:19
ambiguous [1] 14:14
amongst [1] 6:22
amount [2] 10:5 16:18
ANDERSON [1] 1:8
annotates [1] 19:10
another [2] 11:24 20:9
answer [5] 5:10,12 9:7 19:2,4
answered [2] 13:22 41:15
anxiety [6] 16:3 17:1 20:25 21:23 23:6 41:18
anxious [4] 24:6 30:5,7 45:19
apparently [2] 8:17 26:17
appear [2] 40:12 52:13
APPEARANCES [1] 2:1
appears [5] 8:18 11:6 28:7 29:15 35:25
applied [1] 22:7
appropriately [1] 11:20
approximately [1] 41:5
April [1] 8:25
aren't [1] 34:2
armed [1] 47:4
around [2] 32:6 40:21

arrest [2] 43:4,14
arrested [2] 42:4 45:2
arrive [1] 6:6
ART [1] 2:2
article [1] 36:23
assessing [1] 33:5
assessment [1] 34:3
assignment [1] 49:14
association [1] 35:23
assume [4] 5:11 27:8 34:12 47:4
assuming [2] 26:13 27:23
assumption [1] 41:3
assure [1] 7:17
asymptomatic [1] 41:8
attorney [2] 33:16,25
August [1] 8:25
automobile [1] 17:13
autopsies [1] 13:5
available [4] 4:2 14:25 15:3 16:16
aware [1] 29:13
Axis [1] 42:2

### B

back [10] 8:4 9:18 11:1 19:18 20:10 25:21 31:8 39:21 41:7 46:24
background [2] 18:13 19:10
bad [5] 17:14 36:3,7,9 41:12
BADUA [1] 1:7
Banff [1] 36:25
barging [1] 42:12
based [10] 7:2 11:4 12:3,17 14:24 34:13 35:15 43:2 45:25 49:13
bases [3] 20:7,12 42:10
basically [9] 6:13 23:9 25:13 30:25 36:16 37:20 39:20 44:2 46:7
basis [14] 7:12 18:20,21,24 19:21 20:8 22:22 25:5,9 29:23 35:6,12,12 40:17
beating [1] 30:5
became [2] 24:1 45:18
become [1] 15:3
begin [1] 45:13
behalf [2] 1:13 4:5
behavior [2] 28:22 41:22
bejesus [1] 44:18
benefits [1] 37:9
Besides [1] 10:6
best [2] 5:8 52:9
between [3] 6:22 7:12 21:7
beyond [3] 21:22 22:21 24:2
biases [1] 11:18
bill [1] 7:17
Bishop [1] 1:20
bit [1] 22:25
blah [3] 36:17,17,17
blood [1] 30:6
Both [2] 5:25 8:7
bottom [1] 43:10
brain [1] 30:4
break [3] 44:10 46:21,25
breaking [1] 44:17

briefly [1] 36:20
bring [1] 31:8
Broad [1] 14:14
business [1] 39:21
Byron [1] 6:14

### C

call [3] 6:1,9 12:9
called [5] 4:5 5:25 13:5 33:8 36:23
capsule [1] 43:24
care [1] 16:10
career [3] 11:22 12:3,16
case [15] 7:15,20 10:3,6,18,22,23,24 12:6,13 14:13,20 26:21 40:16 49:15
cases [5] 10:9,17,25 11:1 13:8
categorization [2] 16:25 22:16
causally [1] 21:10
cause [8] 17:10 20:9 21:6 31:6 35:22 42:5,6 52:16
caused [2] 48:6,16
certain [4] 16:17 22:21 34:20 37:19
certainly [2] 31:12 45:5
certainty [1] 17:7
certification [1] 9:12
certify [3] 51:3 52:4,15
certifying [1] 9:4
chance [2] 8:20 13:4
change [1] 44:23
changed [1] 30:25
changes [1] 30:3
characteristics [1] 28:9
chased [1] 10:21
chili [1] 38:15
choice [2] 34:22 35:16
chronic [1] 17:2
circumstances [1] 30:20
citizen [2] 18:11 19:21
CITY [1] 52:2
Civil [3] 1:16 10:23 11:1
claim [2] 28:1 38:13
clarification [1] 32:9
clarify [4] 15:9 28:14 48:25 49:2
classification [2] 15:25 16:9
classify [1] 11:8
clear [9] 5:14 18:5,6 24:1 35:6,21 45:17 47:6 48:13
cleared [1] 39:13
clearly [4] 24:22 25:19 37:12 44:20
clinical [1] 39:24
CME [1] 11:20
coffee [1] 38:12
COLOYAN [20] 1:4 9:4,11,12 13:20 14:2 15:21 19:20 20:4 23:16 24:1 27:5 28:3 36:2 39:12 41:16 43:10 44:6 45:18 47:11
Coloyan's [6] 29:15 31:17 40:2 47:19 48:5 49:3
come [2] 15:11 42:10

comes [3] 11:17 18:7,20
coming [4] 6:17 35:13 48:6 49:3
commencement [1] 4:3
commencing [1] 1:14
comment [3] 6:14 14:5 48:1
commentary [1] 48:2
Comp [1] 6:24
complains [1] 40:11
complaints [1] 23:7
complete [2] 27:7,10
completely [1] 35:14
Complex [3] 7:1 11:14,19
con [1] 37:20
concentrate [4] 16:4 23:6 24:7 45:20
concern [3] 44:8,9 45:8
concerned [2] 43:3 45:1
concerns [3] 24:10 40:24 42:3
concise [1] 29:6
concluded [1] 50:6
conclusion [7] 21:14 22:22 23:11 35:13 42:11,20 45:5
condition [2] 17:22 41:21
confirm [8] 5:4 14:7 21:16 25:25 41:14 45:23 47:22 48:4
confronted [1] 43:12
Congress [1] 36:25
connected [1] 21:10
conscience [1] 37:19
conscientious [5] 28:8 29:8,10 33:11 38:17
consideration [1] 29:19
considered [1] 32:4
consisted [1] 26:9
consistency [1] 28:25
consistent [4] 19:25 23:4 25:19 29:12
contained [2] 9:2 52:6
contests [1] 13:3
context [1] 37:14
continue [1] 15:7
contradict [1] 5:5
conversation [1] 43:7
cops [1] 44:10
Corporation [1] 2:7
correct [23] 5:19 8:23 11:7 12:8,20 13:15,16,20,21 14:9 24:14 27:24 28:3 30:23 31:19 32:16 36:4 43:6, 19 47:24 48:2 51:6 52:9
corrections [1] 51:4
couldn't [4] 13:12,12 24:7 47:7
Counsel [8] 2:7 4:2 5:18 15:6 33: 23 47:23 52:11,15
COUNTY [1] 52:2
Couple [5] 7:16,25 10:16 13:1,10
COURT [3] 1:1 5:3,4
courtroom [1] 5:1
create [1] 33:22
criminal [3] 10:23,24 30:13
criteria [1] 22:10

CSR [2] 1:18 52:3
current [4] 16:13,21 17:19 49:22

**D**

damage [1] 34:2
date [8] 5:21 6:1 7:15 48:7,20,21 49:4,4
date-stamps [1] 6:7
dated [3] 6:4 13:15 51:7
dates [1] 9:1
day [3] 7:8 47:20 51:14
dead [1] 13:4
deadline [2] 6:11,12
deal [3] 28:24 30:11 45:7
dealer [2] 42:16 47:14
dealing [2] 43:9,13
Defendants [3] 1:13 2:6 4:5
Defendants' [6] 3:18,19,20 8:14 9: 15 50:8
defense [1] 19:5
defined [1] 41:21
degree [1] 22:3
demonstrate [1] 19:11
dependent [1] 37:14
depending [1] 7:13
Depends [1] 6:21
deposed [1] 15:7
deposition [17] 4:18,21 11:5 18:8 21:23 27:4 28:25 30:22,23 31:1,3 32:7 40:20,23 44:20 48:18 50:6
Depositions [5] 7:3 26:20,25 27:3 31:10
depressed [3] 24:6 41:18 45:19
depression [4] 16:3 17:1 21:1 23:6
Deputies [1] 2:7
describe [1] 28:22
described [7] 16:2,15 21:4 23:22 31:24 35:8 46:3
describes [4] 11:20 24:19 27:19 32:12
description [6] 19:25 32:22 35:2, 17,22 42:12
descriptively [3] 23:3 25:20 49:24
detail [2] 20:16 30:17
details [1] 29:16
determine [3] 33:21,22 47:7
development [2] 35:4 41:21
diagnoses [1] 20:14
Diagnosis [3] 36:24 41:17 42:3
diagnostic [5] 15:25 16:9,22 21:25 37:12
dictionary [1] 29:10
different [7] 6:23 15:13 22:17,20 32:20 35:25 37:4
differentiate [1] 6:22
difficult [1] 30:9
difficulties [1] 16:18
difficulty [2] 21:1 30:19
disabuse [1] 42:20

disagreement [1] 6:15
Disclosure [1] 4:1
discrepancy [1] 33:2
discuss [1] 46:19
discussed [1] 34:6
Discussion [3] 8:2 19:16 45:16
dishonest [2] 33:3,9
disorder [11] 15:23 16:25 20:5,13 21:18 22:4,5,7,11 38:14 41:17
dissociation [1] 21:6
distracted [2] 24:8 45:21
distress [36] 21:8,13,20,21,25 22: 4,17,20,23 23:5,12,17,23 24:3,12, 15,20,21,22 25:2,5,10,16,20,23 39: 13 40:5,16 42:7,8 46:5 48:5,8,12, 14,17
distressed [1] 24:4
DISTRICT [2] 1:1,2
disturbance [9] 24:13,16,19,23 25:1 40:6 42:19,24 43:18
disturbances [2] 16:7 25:8
disturbed [4] 24:2,3 25:7 45:18
disturbing [1] 41:9
doctor [2] 11:24 49:9
doctor's [4] 8:19,20,24 9:3
doctors' [2] 12:18 13:7
documentation [1] 48:22
documented [1] 21:3
documents [11] 8:6,18 12:12 14:8, 9 26:24,25 27:14 34:13,16,19
doing [2] 26:1,2
dollar [1] 10:5
done [3] 7:10 10:7 13:10
door [2] 22:13 46:15
doubt [1] 33:12
drafting [1] 39:8
drawing [2] 44:11 45:4
drawn [1] 47:2
drivers [1] 17:14
driving [1] 17:14
drops [1] 38:12
drug [3] 42:16 43:13 47:14
drugs [4] 42:4 43:5,9 47:17
duck [5] 23:20,21,21 24:11 28:20
duly [3] 4:6 15:5 52:7
duration [1] 31:1
during [4] 28:23 30:1,21 44:25
dysfunctional [1] 24:4

**E**

eating [3] 16:6 24:7 45:20
economic [1] 38:21
effect [3] 21:6 35:23 47:12
eggshell [1] 18:14
either [2] 7:8 52:12
elaborate [5] 14:19 15:9 22:25 36: 6 39:2
elements [1] 25:15
Eliashof [23] 6:14 14:6 19:5,23 21: 3,9 23:4,15 25:6 26:7,23 27:23 28: 2 29:13 34:19,23 35:14 40:22 42:

17 43:9 44:24 45:4,24
Eliashof's [14] 12:6 16:24 23:10, 14 28:6 31:24 35:8,17,21 39:11 42:2,22 47:23 49:16
embarrassed [2] 21:4 35:3
embarrassment [3] 35:24 40:25 44:14
emotional [45] 6:18 21:8,13,19,21, 24 22:1,17,23 23:5,12,16,22 24:12, 13,15,16,19,20,21,22,23 25:1,2,5, 9,15,20,22 39:13 40:5,5,16 41:22 42:7,8,18,24 43:18 46:5 48:5,8,12, 14,17
emotionally [3] 24:2 25:7 45:18
end [2] 9:19 41:24
enough [1] 16:9
entered [1] 47:1
entirety [1] 40:10
entity [1] 21:25
entry [1] 49:25
equate [2] 29:9 37:6
equates [1] 25:15
especially [2] 31:11 35:3
ESQ [2] 2:2,6
establish [1] 10:2
estimate [1] 5:10
evaluation [4] 7:1 11:14,19 28:23
evaporate [1] 17:24
even [8] 15:14 18:8 24:2,3 34:11 37:5 39:10 44:22
event [8] 6:19 15:20,22 16:19 30: 20 35:5 37:12 41:2
events [7] 21:10 27:21 30:1 31:5, 18 32:15 37:17
everybody [2] 11:17 38:1
everyday [1] 20:22
everything [2] 6:7 41:14
evidence [2] 42:10 48:22
exacerbation [2] 17:11 31:6
exaggerated [1] 38:10
EXAMINATION [11] 3:2 4:8 11:7, 13 21:3 26:7,8,12 35:18 44:25 49: 11
examinations [1] 38:4
examine [6] 11:11 13:4,20 33:13, 20 40:8
examined [4] 4:6 26:11 30:12 41: 4
examinee [1] 13:8
example [1] 21:24
except [1] 17:21
excerpts [1] 40:23
Exhibit [6] 8:14 9:11,13,21,24 50: 8
EXHIBITS [3] 3:17 8:7 9:15
expected [2] 36:12 37:17
experience [5] 20:22 22:15 38:2 39:25 45:11
experienced [1] 39:12
expert [1] 5:18

COLOYAN vs. BADUA, et al.

ROBERT C. MARVIT, M.D.
January 12, 2006

experts [1] 31:15
explain [1] 16:20
explained [4] 32:5,5,7 33:1
explaining [1] 39:5
exposed [6] 6:17 17:22 20:21 22:8 29:25 30:15
exposure [1] 17:9
extensive [1] 7:17
extent [1] 37:14
extreme [8] 15:23 20:5,14 21:19 22:4,11 23:22 29:25
extremely [3] 31:4 37:24 44:25
eyewitness [1] 30:12

**F**

face [1] 30:15
face-to-face [2] 7:1 26:16
fact [10] 11:18 17:21 27:14 29:6 34:14 37:2 39:17 41:8 43:8 49:22
factors [1] 48:16
facts [1] 29:16
failed [1] 52:13
fair [1] 38:4
fake [4] 36:3,7,9 39:6
faker [1] 18:3
faking [1] 36:18
familiar [2] 16:23 25:17
family [2] 19:24 20:2
far [4] 10:3 11:5 18:13 34:21
fashion [2] 19:10 29:6
fast [1] 30:5
favor [1] 6:10
fear [1] 17:13
Federal [1] 1:16
feel [5] 17:16 33:19 34:13,18 37:25
feeling [1] 34:21
feigning [2] 37:1 38:21
few [2] 4:17 46:19
file [8] 7:20,23 8:6,18 9:2,18 12:14 14:10
find [2] 19:8 31:23
finding [1] 38:14
finger [1] 38:15
finish [1] 18:1
finished [1] 28:18
first [14] 4:6 5:25 20:3,12 21:12 26:5 27:22 28:1 42:23 43:1,25 44:3,5 45:14
fit [1] 22:10
five [1] 10:14
flurries [1] 13:2
focus [2] 16:4 23:6
focusing [1] 21:1
follow [1] 20:18
following [2] 4:3 24:10
follows [1] 4:7
foregoing [1] 51:3
forth [3] 21:2,5 35:24
foundation [1] 14:15
four [2] 17:2 27:15
fragmented [1] 12:1

frequency [1] 17:4
frequently [1] 30:2
frightened [2] 17:16 27:17
front [1] 7:19
full [1] 23:9
fundamentally [2] 26:16 36:10
further [4] 49:8 50:4,5 52:15
future [2] 46:12,14

**G**

gain [5] 37:5,7,8,10 38:21
gave [4] 19:5 34:8,16 49:14
GAVIGAN [2] 19:15 31:12
gee [5] 34:1 37:8,9 43:20 44:8
general [1] 27:11
generally [2] 6:12 37:22
generated [2] 11:22 12:16
gets [1] 22:8
give [4] 5:2 13:12 17:25 29:23
given [5] 12:3,7 16:15 26:6 30:19
giving [4] 15:10,16 26:17 42:17
God [1] 44:11
got [6] 17:8 19:3 34:3,4 39:4 45:13
granted [3] 29:4 40:10 41:2
great [3] 28:24 30:11 43:11
guaranteed [1] 7:6
guess [5] 5:9 9:4 11:21 20:10 26:22
guidelines [1] 4:24
gun [1] 30:15
guns [3] 30:9 44:11 47:2
guy [5] 10:18,20,21,21 34:1

**H**

Hale [1] 2:8
half [1] 7:8
hand [1] 9:18
happen [2] 30:8 37:15
happened [6] 17:24 31:19 39:22 41:2,3,12
happy [1] 15:7
hard-working [4] 18:11 27:14 28:8 29:7
hate [1] 38:5
HAWAII [6] 1:2,14 2:3,9 52:1,23
healthier [1] 40:13
hear [3] 35:9,10,11
heart [1] 30:5
held [4] 8:2 19:16 30:14 37:23
helped [1] 40:19
hereby [1] 51:2
herein [1] 52:6
herself [4] 18:4 21:4 36:14,17
hide [1] 44:16
himself [1] 14:19
hired [1] 33:9
history [1] 19:24
hit [1] 38:11
Hold [1] 46:11
home [2] 6:17 47:2
honest [12] 27:15,20 28:3 29:2,7

31:18,24 32:4,13,19,25 33:10
honesty [5] 28:10 29:9 31:23 33:6,21
Honolulu [5] 1:14 2:3,8,9 4:15 52:2
hour [1] 6:25
hourly [3] 6:20 7:2,12
hours [3] 7:6,14 10:4
house [5] 43:16 44:15 47:19 48:6 49:3
However [3] 5:10 16:15 17:5
human [2] 20:22 22:15
hundred [2] 13:1,10
hyperreactivity [1] 24:9

**I**

idea [1] 20:11
identifiable [1] 41:23
IDENTIFICATION [1] 3:17
identifying [1] 30:13
illegally [1] 27:17
implication [1] 47:14
imply [1] 42:17
importance [1] 44:14
impression [2] 28:23 40:21
inability [2] 16:3 23:5
incident [17] 23:13,25 29:17 31:5 45:17 46:3,12,12 47:20 48:7,13,15,20,21 49:1,2,4
include [1] 44:7
included [1] 27:4
includes [1] 7:3
inclusive [1] 51:4
inconsistencies [1] 32:3
inconsistent [3] 27:20 32:13 36:11
independent [4] 11:6,12,15 26:12
independently [1] 34:24
indicate [1] 26:11
indicated [2] 24:22 40:24
indication [4] 18:2,18 40:4 48:11
indicia [1] 29:2
individual [4] 19:13 20:1 28:7 43:11
individuals [1] 37:22
industrious [1] 28:9
inexpensively [1] 32:1
influence [1] 32:3
information [5] 14:24 15:2 16:12 46:1 48:22
informed [1] 43:15
initially [2] 25:21 40:22
inquiry [1] 10:1
insomnia [3] 16:3 24:6 45:19
instances [1] 46:10
Instead [2] 11:12 17:17
intensity [1] 17:3
interaction [2] 15:22 46:9
interested [1] 52:16
interesting [1] 34:22
Internal [1] 22:12

interpretation [1] 28:15
interview [6] 26:17 32:23 33:7,20 35:18 49:18
intimidated [1] 27:16
intimidating [1] 31:10
investedd [1] 10:3
invoice [1] 9:21
involved [7] 12:12 37:15 42:4 43:5,9,13 46:7
involvement [1] 47:16
inwardly [1] 40:12
ipso [1] 15:18
issue [5] 6:16 40:9,14 43:1 44:6
issues [1] 41:10
itself [2] 11:24 15:19
IV [1] 42:3
IV-TR [1] 16:23

**J**

Jack [2] 5:19 8:12
jail [1] 10:18
January [2] 1:15 52:5
job [1] 37:23
July [1] 41:4
jump [1] 38:1
June [6] 9:5,5,13,13 41:4 49:5
junkie [4] 42:19 44:10 47:9,11

**K**

KAWAI [23] 2:6 3:3 4:9 8:4,11,16 9:9,17 10:2,6 13:23 14:18 15:8 19:18 26:22 27:6,10 28:14 31:16 46:24 47:8 49:7 50:5
keeps [1] 41:8
KENDRA [1] 2:6
kind [16] 10:19,22 11:25 13:11 18:10 19:12 22:3 24:5 33:4 34:2 36:18 37:8 40:25 41:11 45:9 46:13
kinds [1] 38:11
King [2] 1:13 4:14
knock [1] 22:13
knocked [1] 46:15
knowledge [1] 33:19
known [1] 36:8
knows [1] 44:12
KUSHINER [2] 1:18 52:3

**L**

lack [1] 37:19
lady [1] 49:19
lap [1] 38:12
last [6] 10:14,15 17:3 23:25 38:4 49:25
lasts [1] 17:2
later [2] 5:4 48:9
Latin [1] 15:18
law-abiding [2] 18:11 19:20
lawyers [1] 37:5
layperson [3] 21:17 25:17 37:5
lays [1] 42:22
least [2] 13:1 18:9

leave [1] 9:20
legal [1] 21:22
leisure [1] 45:12
less [3] 36:14 38:7 43:13
letter [2] 5:24 6:3
letters [1] 8:7
lexicon [1] 29:8
life [2] 22:11 48:23
life-threatening [1] 45:11
lifetime [2] 4:22 10:12
light [3] 39:20 40:15 46:8
limitation [1] 16:13
limitations [1] 34:20
line [1] 23:25
linger [1] 40:17
list [5] 14:11 18:19 20:17 24:23 25:12
lists [2] 25:7,12
literature [1] 30:11
litigation [1] 37:16
little [3] 22:25 30:17 43:23
living [1] 13:9
logical [1] 46:2
long [3] 7:11 18:19 37:23
longer [1] 17:3
look [3] 7:22 23:19 29:9
looked [1] 49:18
looking [2] 47:15,16
looks [2] 6:6 37:13
loquitur [1] 15:18
Lum [7] 8:24 9:3 23:4 35:18,19 39:9 50:1
Lum's [7] 8:19 9:10,11 12:8 14:8 19:11 49:16

**M**

M.D [2] 4:4 51:2
made [2] 4:2 45:23
magnifier [2] 18:3 19:7
magnifiers [1] 19:14
magnifying [1] 19:9
mail [1] 52:11
malingerer [8] 18:3,19,25 36:3,21,22 38:2,20
malingerers [2] 37:20 38:6
Malingering [3] 36:23 37:1,13
manifest [2] 37:16 38:9
manifestations [1] 23:2
manifested [2] 16:1 20:23
manifesting [1] 20:25
manipulative [1] 37:24
manner [1] 49:24
Manual [2] 16:22 37:13
many [12] 4:20 7:14 10:9 11:2,21 12:2,16,24,24 17:12,14 35:25
mark [2] 9:24 13:17
MARKED [3] 3:17 9:10,21
marking [1] 8:6
MARVIT [12] 4:4,10,14 8:5,12,13 19:19 31:13,16 34:1 46:25 51:2
material [1] 49:18

matter [5] 5:18 11:19 12:18 22:2 41:8
McDonald's [1] 38:13
mean [14] 7:17 11:2 12:10,12 20:8 26:13 27:1 29:20 33:9 38:3,7 43:23 46:13 48:8
means [4] 11:15 24:3 36:7 39:3
meant [1] 11:16
medical [13] 7:1 11:7,12,14,19 13:6 14:23 16:10 19:11 25:18 32:24 40:3,9
meet [1] 14:2
memory [2] 29:16 32:1
mentioned [3] 20:6 47:1,8
merely [1] 25:23
metaphorically [1] 47:3
middle [1] 46:16
might [6] 16:18 17:5 24:10 36:12 37:7 43:4
mild [1] 22:2
mind [1] 44:22
minimize [2] 36:19 39:7
minute [1] 30:16
minutes [2] 8:1 46:19
Mischaracterizes [1] 24:18
mixed [2] 16:25 41:17
MMPI [8] 19:6,7 26:18 29:2 36:8,16 39:1,7
moderate [1] 22:2
moment [3] 15:17 18:16 45:5
months [1] 41:24
mood [1] 41:18
mother [1] 27:15
motion [1] 46:18
motorcycle [1] 10:20
Ms [37] 3:3 4:9 8:4,11,16 9:9,12,17 10:2,6 13:20,23 14:2,18 15:8 19:15,18 20:4 23:16 24:1 26:22 27:5,6,10 28:3,14 29:15 31:12,16 45:18 46:24 47:8,10,19 49:3,7 50:5
much [2] 10:3 43:13
myself [1] 33:13

**N**

name [2] 4:12 8:21
named [1] 52:16
narrative [2] 27:19 32:12
narrowness [1] 49:13
nature [1] 36:11
ne'er [1] 38:23
necessarily [3] 6:5 17:23 22:10
necessary [4] 33:6,20 34:17,18
need [4] 34:21 37:25 49:17,19
neighbor [1] 35:24
neighbors [4] 35:3 40:25 43:14 44:14
neither [1] 5:24
neurophysiological [1] 30:3
never [3] 28:16 37:23 47:13
newspaper [1] 38:11
next [1] 28:21

nice [1] 26:4
night [1] 46:16
no-fault [1] 6:24
noise [1] 24:9
nonpathological [1] 18:12
nor [1] 11:11
norm [1] 20:21
normal [2] 21:23 22:15
normed [1] 36:12
Notary [2] 52:3,23
note [1] 9:3
noted [1] 51:5
notes [6] 8:19,20,24,24 9:10 12:8
nothing [7] 17:24 27:18 32:12 39:22 41:6 44:16 50:5
notice [1] 17:14
notified [2] 15:6 52:11
notion [1] 18:22
number [7] 11:9,10 14:3,4 27:16 38:4,7

**O**

oOo [1] 50:7
obfuscating [1] 14:22
object [1] 19:3
Objection [1] 14:14
objectively [1] 34:23
objectors [1] 38:17
obsessing [1] 16:5
obsessional [1] 21:1
occur [3] 16:18 30:3 38:19
occurred [2] 30:1 43:15
occurrence [1] 38:3
occurring [1] 41:23
October [5] 5:22 6:2,4,6 13:16
OFELIA [3] 1:4 9:4,11
officers [1] 27:16
Okay [13] 12:10 13:18 14:21 15:16,17 18:15 22:25 23:23 26:3 28:19 41:13 42:16 49:25
once [2] 20:20 23:2
One [21] 10:18,21 11:3,8,9 13:17 14:3 16:23 19:3 21:11,23 26:5 27:7,10,12 30:16 32:10 35:1 36:1 37:10 49:9
ongoing [1] 17:20
only [5] 18:21 26:10 43:23 44:12 49:21
onset [1] 41:24
opinion [14] 15:11,20 18:17 19:19,22 20:3,7,13 25:5 29:22 39:12 40:7 42:18 48:4
opinions [8] 13:7 14:12,19,22 15:1,4,5 17:25
opportunity [1] 45:12
opposed [1] 38:16
opposite [1] 36:13
order [1] 5:13
ordinarily [1] 27:3
original [1] 52:13
other [24] 10:7,21,25 11:2 12:12,

13,18 14:7,9 15:2 18:4,12 20:5,7 24:9,14 26:14 33:10 34:4 38:21 41:7 46:10 48:16,23
others [1] 26:25
otherwise [2] 15:24 37:3
out [11] 9:4,12 13:10 17:15 19:9 25:23 28:23 32:10 40:19 42:22 44:18
outcome [1] 52:16
outside [1] 20:21
over [7] 4:24 13:24 19:13,23 20:17 37:16 38:4
overreact [2] 18:14 37:24
overreading [1] 43:20
own [2] 11:18 33:18

**P**

p.m [2] 1:15 50:6
PAGE [14] 3:2 21:11 23:8,24 26:5 27:12 28:7,12 32:10 35:1 36:1 42:21 43:10 45:15
pages [3] 13:15 29:5 51:3
panoply [1] 48:24
paragraph [12] 21:12 23:9 26:6 27:13 28:13,21 32:11 35:1 36:1 38:25 43:23 45:15
particular [2] 14:1 32:21
party [1] 31:15
pathology [2] 36:19 39:7
penicillin [2] 17:9 31:7
people [15] 13:3 17:7,12 19:14 26:14 30:8,12 31:9,11 37:15,21 38:9,13,16 40:11
per [2] 6:25 22:17
percent [2] 30:19 38:8
percentage [2] 13:9,13
performance [1] 29:1
perhaps [1] 40:13
period [1] 39:12
periodically [1] 13:3
permission [1] 27:18
person [10] 18:8,12,21 19:8 20:20 22:7 29:24 33:7 36:9 40:11
personal [1] 33:19
personality [1] 32:18
perspective [1] 44:2
pertinent [1] 10:5
phase [2] 17:1,2
phenomena [1] 23:22
phenomenon [1] 46:18
phone [2] 13:24 34:7
PHYLLIS [2] 1:18 52:3
physically [1] 11:11
physiological [1] 20:24
place [4] 8:22 19:13 44:11 45:14
places [1] 35:25
Plaintiff [3] 1:5 2:2 15:6
plaintiff's [4] 5:18 33:23 47:10,23
please [5] 4:13 5:8,9,12 14:11
point [4] 22:21 28:23 39:18,19
pointed [1] 40:19
pointing [1] 25:23

COLOYAN vs. BADUA, et al.

ROBERT C. MARVIT, M.D.
January 12, 2006

| | | | |
|---|---|---|---|
| police [17] 6:17 15:22 27:16 42:9, 12 43:4,15,17 44:21 45:6 46:9 47: 1,10,13,19 48:6 49:3 | qualifies [1] 22:14 | regular [1] 20:22 | Rules [2] 1:16 52:14 |
| policeman [1] 17:16 | quantification [1] 22:1 | relating [1] 29:17 | run-in [1] 10:19 |
| polysymptomatic [2] 19:12 36: 10 | quarrel [1] 45:22 | relation [1] 14:12 | **S** |
| position [2] 29:20 31:2 | question [16] 5:7,9,11,12 8:16 10: 20 12:15,22 17:5 19:2 21:10 25: 22 31:22 37:11,18 49:9 | relatively [1] 38:3 | safe [1] 34:12 |
| possibility [2] 43:12 45:8 | questioned [1] 35:4 | relaxed [1] 40:23 | Same [7] 7:11 21:17,20 24:16 38: 25 40:6 51:5 |
| possible [4] 5:14 7:22 9:20 33:17 | questions [7] 4:17 5:12,15 9:8 15: 11 33:18 49:8 | relevant [1] 9:25 | saw [1] 41:12 |
| possibly [2] 42:4 43:4 | quite [2] 36:13 37:4 | rely [1] 35:16 | saying [16] 14:16 18:17,24 19:20 24:17,21 25:3,4,6,8,9 43:2,17 44: 3 45:24 48:10 |
| post-traumatic [3] 22:5,6 38:14 | quote [2] 41:21,25 | relying [1] 49:22 | says [8] 9:6 24:12 26:11 30:13 33: 10 36:16 43:9 44:6 |
| practically [1] 46:17 | quoted [1] 25:14 | remember [4] 11:2 28:20 30:10, 17 | scale [1] 36:9 |
| precipitated [1] 42:9 | quotes [1] 27:2 | rendered [1] 14:23 | scaring [1] 44:18 |
| preface [1] 15:10 | quoting [1] 24:1 | rendering [1] 14:25 | Schweigert [10] 5:19 6:9 8:12 9: 22 10:7 12:7 34:15 39:10 43:8 49: 14 |
| preliminary [2] 4:17 43:7 | **R** | repeat [1] 14:17 | Schweigert's [1] 8:7 |
| premise [1] 44:1 | rage [1] 10:22 | rephrase [1] 5:9 | scrambled [1] 30:2 |
| premises [1] 27:18 | raised [1] 42:25 | report [44] 6:14 11:6,23,23,24 12:3, 7,16 13:14 14:6 16:21 19:6 21:9, 11 23:8,14,18,24 25:13,14 26:5,10, 13 27:1,12,13 28:6,16,24 29:14 31:24 32:10 33:23,25 34:9,17 35: 8,25 39:8 41:6 42:22 46:4 47:24 49:1 | scrutiny [1] 17:18 |
| preoccupied [1] 16:5 | raises [1] 45:7 | | search [2] 6:18 43:16 |
| preparation [1] 7:4 | range [1] 38:18 | | searched [2] 27:17 44:16 |
| present [2] 15:17 44:21 | rare [1] 38:3 | | searching [2] 42:13 44:11 |
| presented [2] 23:3 36:24 | rate [4] 6:20,25 7:2,7 | | second [11] 18:17 27:12 32:9,11 33:1 35:1 42:23 44:3,5,13 45:15 |
| presents [3] 36:9,13,16 | rates [1] 6:23 | reported [1] 16:16 | secondary [3] 37:4,7,8 |
| pressure [1] 30:6 | rather [3] 29:6 34:21 36:24 | Reporter's [1] 4:1 | see [9] 7:19 8:21 19:13 20:18 24: 25 33:11 34:3 40:2 49:17 |
| previous [1] 32:17 | reaction [2] 6:19 20:23 | reporting [1] 34:24 | seek [1] 16:10 |
| previously [3] 13:19 41:3 46:8 | read [9] 18:8 28:2 30:22 32:10 36: 22 43:22 44:15 49:20 51:3 | Reports [7] 7:2,11 11:21 12:18 13: 11 18:9 27:15 | seem [4] 16:17 19:7 46:2 48:10 |
| pride [1] 43:11 | reading [3] 23:15 28:11 52:12 | represent [1] 46:17 | seemed [3] 32:23 40:20 41:13 |
| primary [4] 37:10 41:16 43:1 44:6 | realize [2] 29:7 45:23 | representation [4] 27:20 31:18 32:14,25 | seems [3] 18:10 37:10 40:17 |
| prior [3] 4:2 39:8 48:12 | really [4] 18:5 30:16 37:23 38:6 | representations [2] 29:1,3 | seen [1] 27:3 |
| pro-social [1] 20:1 | realm [1] 22:14 | represented [1] 35:22 | sense [3] 6:15 11:25 49:21 |
| probability [3] 14:24 15:21 32:24 | reason [4] 6:11 14:1 33:12 42:18 | representing [2] 18:4 49:23 | sensitization [1] 17:23 |
| probably [3] 13:1 22:13 23:21 | reasonable [3] 14:23 15:20 32:24 | requested [1] 33:23 | sensitized [1] 17:8 |
| problem [5] 14:21 30:18 42:6 44: 17,17 | reasonably [1] 18:7 | res [1] 15:18 | sentence [5] 28:2 32:9,18 43:25 44:15 |
| problems [4] 29:15 42:5,7 43:2 | reasons [1] 42:23 | residual [1] 16:18 | series [2] 16:1 20:23 |
| Procedure [1] 1:16 | rebuttal [2] 6:16 48:1 | respects [1] 36:15 | Service [1] 22:13 |
| proceedings [2] 4:3 52:7 | recall [7] 12:15 23:15,17 25:21 30: 1,19 31:5 | response [6] 22:1,18 23:25 41:22 45:17 46:3 | serving [1] 17:17 |
| process [1] 11:20 | received [1] 6:4 | responses [1] 5:13 | set [2] 8:17 46:18 |
| production [1] 26:18 | Recess [1] 46:23 | responsible [1] 43:18 | several [1] 12:12 |
| profile [2] 37:22 39:1 | recollection [6] 27:21 31:17 32:3, 14,21,25 | rest [1] 43:22 | severe [26] 21:8,13,19,21,24 22:2, 17,23 23:5,11,16 24:12,15,20,21 25:2,2,5,9,15,20,22 36:11 48:12, 14,17 |
| proportion [1] 19:9 | | result [8] 15:21 16:19 17:8 21:12 23:12 30:2 46:6 48:14 | |
| protecting [1] 17:17 | record [19] 4:13,23 5:13 7:4,10,25 8:4 11:10 19:15,18,24 20:15 32: 23 34:24 35:17 38:22 46:24 47:6 48:11 | retained [5] 5:17,21,23 14:4 19:5 | |
| psychiatric [7] 13:5 16:1 21:7 26: 7 39:14 41:16,20 | | retrospective [1] 45:9 | shamed [1] 21:5 |
| Psychiatry [1] 36:25 | | return [1] 16:11 | shifted [1] 32:6 |
| psychological [2] 20:24 26:12 | records [20] 12:4,5,9,11,13,17 13: 6 16:2,14,16 18:6 19:11,23 22:24 23:3 26:17 28:25 40:3,9 49:16 | Revenue [1] 22:12 | short [3] 6:11,12 34:8 |
| psychopath [1] 38:20 | | review [17] 6:14 7:4 11:23 12:4,9, 17 13:6 14:8 20:15 26:17 32:22, 23 33:24 34:18,24 35:17 47:23 | sick [1] 37:9 |
| psychopathic [1] 37:19 | | | side [1] 33:10 |
| psychosomatic [1] 23:7 | reduced [1] 52:8 | reviewed [5] 12:6,11 26:24 34:8, 19 | Signed [2] 51:13 52:12 |
| Public [1] 52:23 | reduction [1] 17:3 | | significant [1] 16:9 |
| pull [1] 7:16 | refer [4] 21:18 27:22 42:21 48:25 | reviewing [4] 8:5 11:10 23:14 49: 15 | signing [1] 52:12 |
| pure [1] 38:2 | referred [1] 47:9 | | silence [1] 40:12 |
| purely [1] 13:6 | Referring [5] 21:11 27:23 32:8 46: 11 49:2 | reviews [1] 7:10 | similar [1] 17:10 |
| purpose [2] 14:4 37:2 | | road [1] 10:22 | simply [5] 12:4 14:5 20:20 22:1 34: 6 |
| purposes [2] 6:16 7:5 | reflect [1] 40:10 | ROBERT [3] 4:4,14 51:2 | |
| pursuant [1] 1:16 | regard [3] 11:16 16:20 35:23 | ROSS [16] 2:2 3:4 8:9 9:6,25 10:4 13:22 14:16 26:20 27:4,9 28:13 47:5 49:9,12 50:3 | since [3] 16:13 17:19 29:24 |
| put [2] 7:14 27:2 | regarding [4] 16:2,12 29:16 42:3 | | |
| puts [1] 44:2 | regards [11] 9:10 14:20 20:4,13 22:23 29:21 32:11,20 33:5 34:12 40:14 | | |
| putting [2] 29:5 30:14 | | | |
| **Q** | | | |
| quacks [2] 23:20 24:11 | | | |

COLOYAN vs. BADUA, et al.

ROBERT C. MARVIT, M.D.
January 12, 2006

| | | | |
|---|---|---|---|
| single [1] 23:24 | subsequently [1] 16:11 | throughout [2] 11:21 31:1 | value [1] 20:2 |
| situation [9] 16:15 17:10 22:9 32:20 33:4 40:10 45:7,14 49:23 | substance [1] 6:8 | Thursday [2] 1:15 52:5 | varies [1] 7:12 |
| small [1] 38:6 | substitute [1] 22:5 | till [1] 41:15 | variety [1] 16:6 |
| sole [1] 14:4 | suddenly [1] 46:5 | today [5] 5:1,2 9:20 14:19 44:19 | vary [1] 7:10 |
| solely [1] 12:17 | sues [1] 38:13 | together [1] 29:5 | verbal [1] 5:13 |
| somatoform [1] 16:6 | suffer [1] 40:12 | tome [1] 26:19 | version [2] 16:21,22 |
| somehow [2] 29:8 37:6 | suffered [7] 6:18 15:23 21:13 23:11,16 48:11,13 | took [1] 48:18 | versus [1] 21:19 |
| someone [9] 18:3 19:12 24:10 30:13,14 33:8,9,13 46:15 | suffering [1] 20:4 | track [1] 38:22 | Vietnam [1] 38:18 |
| someone's [1] 33:5 | suggests [1] 39:1 | trait [1] 32:18 | views [1] 39:1 |
| Sometimes [5] 13:2 22:9 26:14 29:10 34:10 | Suite [4] 1:14,20 2:8 4:14 | traits [2] 36:21,22 | virtuous [1] 36:17 |
| son [12] 42:3,13,19 43:3,8,13 44:8,9,22 45:1 47:10,11 | summarized [1] 26:23 | transcript [2] 51:6 52:9 | vs [1] 1:6 |
| Sorry [5] 11:25 25:11 28:11,19 49:4 | summary [2] 27:11 43:24 | Transmittals [1] 8:10 | **W** |
| sort [3] 22:12 38:22 45:10 | support [1] 18:22 | trauma [1] 17:8 | waffling [1] 40:21 |
| sounds [1] 43:21 | suppose [2] 11:18 29:9 | traumatic [2] 16:19 31:5 | waiting [1] 18:1 |
| South [2] 1:13 4:14 | supposed [1] 9:7 | treatment [1] 39:14 | waived [1] 52:12 |
| spaced [1] 23:24 | survive [1] 45:11 | trend [1] 37:19 | walks [3] 23:20 24:11 28:20 |
| speaking [1] 31:13 | suspect [1] 34:25 | trial [4] 7:7,7 15:13,15 | wanted [2] 18:5 49:17 |
| speaks [1] 15:19 | suspicious [1] 34:23 | tried [1] 16:20 | wants [1] 40:12 |
| specific [1] 16:12 | sweating [1] 30:6 | tries [1] 39:7 | warrant [2] 6:18 43:14 |
| specifically [6] 23:17 28:16 29:14 34:16 42:22 45:4 | switch [3] 39:20 40:15 46:8 | trigger [1] 49:17 | warrantless [1] 42:13 |
| specified [1] 15:24 | sworn [3] 4:6 5:1 52:7 | triggered [1] 49:20 | way [6] 25:21 36:3 39:23,25 42:17 43:19 |
| spectrum [1] 38:23 | symbolically [1] 46:17 | trouble [3] 16:6 24:7 45:20 | weeks [3] 17:2 39:14,21 |
| SPENCER [1] 1:8 | symptom [3] 18:3 19:7,14 | true [5] 6:5 37:20 38:5,20 51:6 | well-intended [1] 29:11 |
| start [1] 4:16 | symptomatic [2] 36:14 39:6 | truth [1] 5:2 | Wendy's [1] 38:15 |
| state [11] 4:12 26:6 27:13 31:17 35:2 36:2 38:25 40:16 45:16 52:1,23 | symptomatology [4] 17:11,21 21:7 38:10 | try [3] 5:8 7:8 20:2 | whatsoever [1] 18:2 |
| stated [15] 11:5 13:19 18:20 20:20 21:9 23:15,18 25:14 29:14 44:20,24 45:25 46:4,8 47:13 | symptoms [14] 16:1,8 17:4 20:24 21:8 23:2 24:9,23 35:5 37:1,4,16 41:22 48:24 | trying [5] 20:18 25:16,25 36:2 42:16 | whether [8] 7:6 10:21 32:2,4 34:3 42:14 45:1 47:5 |
| Statement [5] 4:1 35:7 40:18 43:2 45:23 | **T** | turn [2] 46:5,7 | whole [1] 46:18 |
| statements [1] 5:5 | tables [1] 36:12 | turned [1] 39:19 | wild [1] 38:9 |
| STATES [9] 1:1 21:12 23:9 28:2,6,16 41:6 44:24 45:16 | tedious [1] 7:13 | Turning [1] 40:14 | will [10] 5:8,11 9:24 13:3 14:23 17:25 19:2 20:1 23:19 26:4 |
| stating [1] 12:10 | telephone [3] 5:23 6:9 52:11 | two [14] 5:24 7:6 8:7 10:10,25 11:10 13:15 14:4,7 17:25 23:8 41:2,5 45:15 | WILLIAM [1] 1:7 |
| Statistical [2] 16:22 37:13 | tells [1] 39:25 | two-page [1] 34:9 | within [6] 8:18 9:2 22:14 23:18 28:1 41:23 |
| statistically [1] 36:11 | tend [2] 37:24 38:6 | type [7] 10:17 11:22 16:19 17:10 19:13 40:4 46:6 | without [3] 6:17 14:14 27:18 |
| status [3] 16:13 17:20 49:22 | tends [1] 39:6 | typewriting [1] 52:8 | witness [8] 4:5 8:10 9:7 14:21 27:7 31:11,14 52:6 |
| step [1] 20:10 | tense [1] 40:22 | **U** | woman [4] 6:16 23:11 31:4 38:12 |
| Steven [3] 8:24 9:3 39:9 | tension [1] 20:25 | unable [2] 24:8 45:21 | wondering [1] 34:1 |
| still [4] 13:9 29:20 31:2 40:6 | term [8] 11:9,12,13 21:22 22:6 29:7 36:6 47:9 | unbiased [1] 11:17 | word [1] 11:15 |
| story [1] 30:25 | terminology [1] 25:18 | unconscious [1] 37:7 | words [5] 18:12 24:14 34:22 35:9,10 |
| straight [2] 24:25 25:11 | terms [1] 35:11 | under [2] 17:18 52:8 | wordy [1] 29:4 |
| straightforward [2] 18:7,21 | terribly [1] 31:10 | understand [5] 5:7,11 15:17 25:16 33:25 | Work [14] 6:24 9:5,12 10:7 11:4 16:4,11,11 19:24 23:5 24:8 39:21 41:7 45:21 |
| Street [2] 1:14,20 | test [2] 11:11 32:1 | understanding [2] 26:8 47:18 | works [2] 39:24 40:1 |
| stress [11] 15:24 20:5,14 21:19 22:5,6,12,19,20 38:14 40:5 | testified [1] 4:7 | understood [2] 14:5 43:7 | World [1] 36:24 |
| stress-related [1] 35:5 | testimony [6] 4:25 5:2 30:12,23 51:6 52:6 | unduly [1] 14:22 | worried [1] 44:21 |
| stressful [2] 22:9 31:4 | testing [1] 19:6 | UNITED [1] 1:1 | worse [1] 24:20 |
| stressor [5] 20:21 22:16 46:6,13,14 | themselves [2] 20:25 36:10 | until [1] 6:6 | writing [1] 18:1 |
| stressors [5] 29:25 30:2 41:23,24 46:6 | thereafter [1] 52:8 | up [7] 15:11 20:18 29:10 30:6,14 39:18 41:15 | wrote [1] 14:17 |
| stuff [4] 30:9 31:8 36:18 41:12 | Therefore [2] 23:9 52:13 | updated [1] 40:3 | **Y** |
| | thinking [2] 21:2 44:7 | upright [1] 43:11 | years [8] 10:14,15 11:2,3 36:25 38:5 41:3,5 |
| | third [8] 19:19 23:8 28:13 36:1 42:23 44:3,5,13 | upset [2] 21:4 35:2 | yourself [2] 31:13 33:7 |
| | thorough [1] 33:16 | upsetting [1] 43:16 | |
| | though [2] 18:8 27:11 | using [1] 47:3 | |
| | threatening [1] 22:11 | usual [1] 39:21 | |
| | three [6] 10:16 11:3 17:2 39:14,20 41:23 | utilized [1] 16:21 | |
| | | **V** | |

HONOLULU REPORTING SERVICES
PHONE: (808) 524-6288

Sheet 6                                                                                                                 single - yourself