**ROBERT C. MARVIT, M.D., INC.**
1314 S. KING STREET, STE. 862
HONOLULU, HI 96814
(808)591-2420

Page: 1

1/12/2006

| | | | |
|---|---|---|---|
| Patient: | OFELIA COLOYAN | Diagnosis: | 1. |
| | | | 2. |
| | HONOLULU, HI | | 3. |
| | | | 4. |
| Chart #: | COLOF000 | | |
| Case #: | 803 | | |

Instructions: Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 10/5/2005 | START/OPEN FILE | START OPI | | | 1 | 300.00 |
| 10/7/2005 | RECORD REVIEW | RECORD R | | | 1 | 150.00 |
| 10/11/2005 | REPORT | REPORT | | | 1 | 150.00 |
| 10/13/2005 | PAYMENT BY ATTORNEY | ATTYPAY | | | 1 | -500.00 |
| 10/31/2005 | PAYMENT BY ATTORNEY | ATTYPAY | | | 1 | -100.00 |

**EXHIBIT**
DEFTS' E
R.C. MARVIT, M.D.
1/12/06

**Provider Information**
Provider Name: ROBERT C. MARVIT M.D.
License:
Insurance PIN:
SSN or EIN: 99-0194245

| | |
|---|---|
| Total Charges: | $ 600.00 |
| Total Payments: | -$ 600.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 0.00** |
| Total Account Balance: | $ 700.00 |

Assign and Release: I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____   Date: _____

EXHIBIT B