ORIGINAL

ARTHUR K. ROSS, ESQ.
126 Queen St., Suite 210
Honolulu, HI 96813
Phone: (808) 521-4343

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
Facsimile: (808) 533-7490

RORY SOARES TOOMEY, ESQ.
1088 Bishop Street, Suite 1004
Honolulu, HI 96813
Phone: 533-7162

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2006

at ___9___ o'clock and 2 4 min. A M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF'S FINAL NAMING |
| | ) OF WITNESSES; CERTIFICATE |
| WILLIAM BADUA, | ) OF SERVICE |
| JEFFERY OMAI, | ) |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) TRIAL WEEK: March 14, 2006 |
| and DOES 5-10; | ) JUDGE: Kevin S.C. Chang |
| | ) |
| Defendants. | ) |

PLAINTIFF'S FINAL COMPREHENSIVE WITNESS LIST

COMES NOW PLAINTIFF OFELIA COLOYAN by and through counsel

and submits her final comprehensive witness list.

1. Plaintiff Ofelia Coloyan is expected to testify that on June 3, 2003 Defendants forced their way into her home without her consent and without a search warrant, then searched her home without her consent. Ms. Coloyan is expected to testify how Defendants' actions affected her health and well being in support of her damages suffered from Defendant's wrongful conduct. Estimated testimony time: 2 hours.

2. Alejandro Coloyan, husband of Ofelia Coloyan, is expected to testify of his observations of his wife as a result of the June 3, 2003 search for purposes of damages. Estimated testimony time: 1 hours.

3. Steven M.C. Lum, M.D., is Plaintiff's treating doctor, and is expected to authenticate his medical records and files he maintains for this patient and to give testimony of his diagnosis. prognosis, and treatment of Ms. Coloyan as a result of the Defendants' conduct in this case on June 3, 2003. Estimated testimony time: 1 hour.

4. Robert C. Marvit, M.D., is expected to testify in rebuttal to the opinion of Defendant's expert Byron A. Eliashof, M.D., in accordance with his report already submitted to the defense for purposes of damages. Estimated testimony time: 1 hour.

5. Process Server Dexter Carrasco is expected to give testimony of the difficulty he had in serving the 4th Amended Complaint in this case on Defendant Jeffrey Omai.   Estimated testimony time:  1/2 hour.

6. Defendant William Badua is expected to testify as an adverse witness of his actions on June 3, 2003 as they pertain to this lawsuit for purposes of establishing liability. Estimated testimony time:  1 hour.

7. Defendant Jeffrey Omai is expected to testify as an adverse witness of his actions on June 3, 2003 as they pertain to this lawsuit for purposes of establishing liability.  Estimated testimony time:  1 hour.

8. Defendant Spencer Anderson is expected to testify as an adverse witness of his actions on June 3, 2003 as they pertain to this lawsuit for purposes of establishing liability.  Estimated testimony time:  1 hour.

9. Officer Neil Pang is expected to testify as an adverse witness of his actions on June 3, 2003 as they pertain to this lawsuit for purposes of establishing liability.  Estimated testimony time:  1 hour.

10. Officer Donald Stafford is expected to testify as an adverse witness of his actions on June 3, 2003 as they pertain to this lawsuit for purposes of establishing liability.  Estimated testimony time:  1 hour.

11. Officer Darren Nihei is expected to testify as an adverse witness of his actions on June 3, 2003 as they pertain to this lawsuit for purposes of establishing liability. Estimated testimony time: 1 hour.

12. Officer Darren Rodrigues-Wong is expected to testify as an adverse witness of his actions on June 3, 2003 as they pertain to this lawsuit for purposes of establishing liability. Estimated testimony time: 1/2 hour.

13. Officer Detrich Kamakani is expected to testify as an adverse witness of his actions on June 3, 2003 as they pertain to this lawsuit for purposes of establishing liability. Estimated testimony time: 1 hour.

14. Retired Honolulu Police Chief Lee D. Donohue is expected to testify as an adverse witness about the "code of silence" known to exist in the Honolulu Police Department for purposes of liability. Estimated testimony time: 1 hour.

15. Custodian of Records and/or Authorized Representative of Castle Medical Center is expected to testify as to the authenticity of the records, reports, documents and other tangible objects relating to Ofelia Coloyan in his/her care, custody and/or control. Estimated testimony time: 1/2 hour.

16. Custodian of Records and/or Authorized Representative of The Wackenhut Corporation is expected to testify as to the record and file maintained

4

on Ofelia Coloyan while she was an employee of the Wackenhut Security Guard Corporation.  Estimated testimony time:  1/2 hour.

Plaintiff reserves the right to call any and all witnesses listed in any responsive or amended pretrial statements or any final or supplemental comprehensive naming of witnesses, even though they may be adverse witnesses.

DATED:  Honolulu, Hawaii; February 21, 2006.

Jack Schweigert, Esq.
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| WILLIAM BADUA, | ) |
| JEFFERY OMAI, | ) |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) |
| and DOES 5-10; | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

The below-signed hereby certifies that on February 21, 2006 one copy of the attached document was served on the below named individual by fax transmittal to 523-4583 and one copy mailed U.S. first class postage prepaid addressed as follows:

Kendra K. Kawai, Esq.
Deputy Corporation Counsel
530 S. King Street, Room 110
City & County of Honolulu
Honolulu, HI 96813
Attorney for Defendants

Person certifying service