CARRIE K.S. OKINAGA, 5958
Corporation Counsel

KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputies Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:   523-4116
Facsimile:    523-4583
Email address:  kkawai@honolulu.gov

Attorneys for Defendants WILLIAM P. BADUA,
JEFFREY OMAI and SPENCER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | CIVIL NO. CV03-00476 KSC |
| Plaintiff, | STIPULATION TO EXTEND THE DEPOSITION DESINGATIONS DEADLINE FROM FEBRUARY 21, 2006 TO MARCH 2, 2006 AND EXTEND THE OBJECTIONS TO DEPOSITION DESIGNATIONS DEADLINE FROM FEBRUARY 28, 2006 TO MARCH 7, 2006 AND ORDER |
| vs. | |
| WILLIAM P. BADUA; JEFFREY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10, | |
| Defendants. | TRIAL WEEK: March 14, 2006 |

STIPULATION TO EXTEND THE DEPOSITION DESINGATIONS
DEADLINE FROM FEBRUARY 21, 2006 TO MARCH 2, 2006
AND EXTEND THE OBJECTIONS TO DEPOSITION DESIGNATIONS
DEADLINE FROM FEBRUARY 28, 2006 TO MARCH 7, 2006

Defendants WILLIAM P. BADUA, JEFFREY OMAI and

SPENCER ANDERSON ("Defendants"), by and through his attorneys,

Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai and

Marie Manuele Gavigan, Deputies Corporation Counsel, and Plaintiff

OFELIA COLOYAN ("Plaintiff"), by and through her attorneys

Jack Schweigert, Esq., Arthur Ross, Esq. and Rory Soares Toomey, Esq. hereby

agree, consent and stipulate to extend the deposition designations deadline from

/

/

/

/

/

/

/

/

/

February 21, 2006 to March 2, 2006, and extend the objections to the deposition designations deadline from February 28, 2006 to March 7, 2006.

DATED: Honolulu, Hawaii, February 17, 2006.

>CARRIE K.S. OKINAGA
>Corporation Counsel
>
>By: _____
>KENDRA K. KAWAI
>MARIE MANUELE GAVIGAN
>
>Deputies Corporation Counsel
>Attorneys for Defendant
>WILLIAM P. BADUA,
>JEFFREY OMAI and
>SPENCER ANDERSON

DATED: Honolulu, Hawaii, 2/17/06.

>_____
>JACK SCHWEIGERT, ESQ.
>ARTHUR ROSS, ESQ.
>RORY SOARES TOOMEY, ESQ.
>Attorneys for Plaintiff
>OFELIA COLOYAN

APPROVED BY THE COURT:

_____
JUDGE OF THE ABOVE ENTITLED COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. CV03-00476 KSC, <u>OFELIA COLOYAN v. WILLIAM P. BADUA et al.</u>; *STIPULATION TO EXTEND THE DEPOSITION DESINGATIONS DEADLINE FROM FEBRUARY 21, 2006 TO MARCH 2, 2006 AND EXTEND THE OBJECTIONS TO DEPOSITION DESIGNATIONS DEADLINE FROM FEBRUARY 28, 2006 TO MARCH 7, 2006 AND ORDER*