IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) |
| | ) NON-DISCLOSURE CERTIFICATE |
| vs. | ) |
| | ) |
| WILLIAM P. BADUA; | ) |
| JEFFREY OMAI; | ) |
| SPENCER ANDERSON; | ) |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## NON-DISCLOSURE CERTIFICATE

I, the undersigned, certify that I understand that access to confidential information and materials produced in connection with the above-captioned action ("Confidential Information") is provided to me pursuant to the terms and restrictions of a Stipulated Protective Order entered by the Court on _____, 2006 (the "Order"). I certify that I have been given a copy of, and have read, the Order and agree to comply with its terms. I understand that the contents and substance of any Confidential Information, and any notes or other memoranda or any other forms of information which copy of disclose such

EXHIBIT A

Confidential Information, shall not be disclosed to anyone other than in accordance with the Order and shall be used only for the purposes set forth therein. I agree to be subject to the jurisdiction of the Court for purposes of this Non-Disclosure Certificate and the Order.

By: _____

Title: _____

Representing: _____

Date: _____