CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputies Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 523-4116/527-5585
Facsimile: 523-4583
Email address: kkawai@honolulu.gov

Attorneys for Defendants WILLIAM P. BADUA,
JEFFREY OMAI and SPENCER ANDERSON

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10,<br><br>    Defendants. | ) CIVIL NO. CV03-476 KSC<br>)<br>) DEFENDANTS<br>) WILLIAM P. BADUA,<br>) JEFFREY OMAI AND<br>) SPENCER ANDERSON'S<br>) OPPOSITION TO PLAINTIFF'S<br>) MOTION IN LIMINE RE<br>) EXCLUSION OF ALL EVIDENCE<br>) THAT THE ARREST WARRANT<br>) FOR ALLEN COLOYAN WAS<br>) SIGNED BY KEVIN S.C. CHANG;<br>) CERTIFICATE OF SERVICE<br>)<br>) Date: March 13, 2006<br>) Time: 1:30 p.m.<br>) Judge: Honorable Kevin S.C. Chang<br>)<br>) TRIAL DATE: WEEK OF<br>)                 MARCH 14, 2006 |

DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND SPENCER ANDERSON'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE EXCLUSION OF ALL EVIDENCE THAT THE ARREST WARRANT FOR ALLEN COLOYAN WAS SIGNED BY KEVIN S.C. CHANG

Come Now Defendants WILLIAM P. BADUA, JEFFREY OMAI and SPENCER ANDERSON (hereinafter referred to as "Defendants"), by and through their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai and Marie Manuele Gavigan, Deputies Corporation Counsel, and file this memorandum in opposition to Plaintiff's motion, in limine, to exclude all evidence that the arrest warrant for Allan Coloyan[1] (hereinafter "Plaintiff's son") was signed by the Honorable Kevin S.C. Chang. For the reasons stated herein, the Defendants request that Plaintiff's motion, in limine, be denied based on the foregoing.

I. PLAINTIFF'S MOTION IN LIMINE

Plaintiff seeks to exclude "any evidence or any reference that the arrest warrant for Allen [sic] Coloyan was signed by United States Magistrate Kevin S.C. Chang". Plaintiff's Motion in Limine Re Exclusion of All Evidence that the Arrest Warrant for Allen Coloyan was Signed by Kevin S.C. Chang, page 3.

---

[1] Plaintiff refers to her son as "Allen Coloyan". However, Defendants believe that the correct spelling of her son's first name is "Allan".

In Plaintiff's Memorandum in Support of her Motion, Plaintiff asserts that there are two issues in this case to be litigated at trial.[2] In this particular motion, Plaintiff argues multiples issues; some issues which do not pertain to the subject matter of this motion, but pertain to the other two motions in limine filed in this case. However, Defendants will respond directly to the respective issue at hand in order to avoid any further confusion.

## II. DISCUSSION

After reading Plaintiff's Memorandum in Support of her Motion to exclude all evidence that the arrest warrant was signed by the Honorable Kevin S.C. Chang, Defendants could not extract any coherent reason why Judge Chang's signature should be omitted from the federal arrest warrant for Allan Coloyan.

Nonetheless, Defendants argue that the signature of the judge that issued the federal arrest warrant at issue in this case is relevant, pursuant to Rule 401 of the FRE, in that it demonstrates that the subject document is authentic and was signed and executed by a federal district court judge. On the other hand, Defendants will not object to this motion, in limine, so long as the following conditions are met: (1)

---

[2] Defendants disagree with Plaintiff's statement that there are two issues. Defendants assert that there is only one issue in this case, that being whether Plaintiff consented to Defendants' entry to search her home to verify that her son was not present within the residence. Defendants will address this issue in their trial brief.

-3-

the whole line stating the judge's name, his title and signature, if any, be omitted (including the word "By:"), and (2) this Court give an instruction that this federal arrest warrant was signed by a federal district court judge and was properly issued.

III. CONCLUSION

For all the foregoing reasons, Defendants respectfully request that this Honorable Court deny Plaintiff's Motion in Limine Re Exclusion of All Evidence that the Arrest Warrant for Allen Coloyan was Signed by Kevin S.C. Chang. However, Defendants will not object to this motion so long as the above-mentioned conditions are met.

DATED: Honolulu, Hawai'i, February 28, 2006.

        CARRIE K.S. OKINAGA
        Corporation Counsel

By: _____
        KENDRA K. KAWAI
        MARIE MANUELE GAVIGAN
        Deputies Corporation Counsel

        Attorney for Defendants
        WILLIAM P. BADUA
        JEFFREY OMAI and
        SPENCER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by hand delivery to the following individuals at their addresses shown below on February 28, 2006:

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawai'i 96813
          and

ARTHUR E. ROSS, ESQ.
126 Queen Street, Suite 210
Honolulu, Hawaii  96813
          and

-2-

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED: Honolulu, Hawai'i, February 28, 2006.

       CARRIE K.S. OKINAGA
       Corporation Counsel

By: *Kendra K Kawai* (signature)
       KENDRA K. KAWAI
       MARIE MANUELE GAVIGAN
       Deputies Corporation Counsel

       Attorney for Defendants
       WILLIAM P. BADUA
       JEFFREY OMAI and
       SPENCER ANDERSON