

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:  523-4116/527-5585
Facsimile:  523-4583
Email address:  kkawai@honolulu.gov

Attorneys for Defendants
WILLIAM P. BADUA,
JEFFREY OMAI and
SPENCER ANDERSON

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10,<br><br>　　　　Defendants. | CIVIL NO. CV03-476 KSC<br><br>DEFENDANTS WILLIAM P.<br>BADUA, JEFFREY OMAI AND<br>SPENCER ANDERSON'S<br>OBJECTIONS TO PLAINTIFF'S<br>PROPOSED TRIAL EXHIBITS;<br>CERTIFICATE OF SERVICE<br><br>TRIAL DATE: WEEK OF<br>　　　　　　　MARCH 14, 2006 |

DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI
AND SPENCER ANDERSON'S OBJECTIONS TO
PLAINTIFF'S PROPOSED TRIAL EXHIBITS

Defendants, WILLIAM P. BADUA, JEFFREY OMAI AND SPENCER ANDERSON (collectively hereinafter "Defendants"), by and through their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai and Marie Manuele Gavigan, Deputies Corporation Counsel, and pursuant to this Court's Third Amended Rule 16 Scheduling Order, hereby submit their objections to the admissibility of Plaintiff's proposed trial exhibits.

1. <u>Plaintiff's Exhibits – Photographs of Plaintiff's Home and Area</u>

   Objection:   Relevance. Cumulative. Hearsay. Lack of foundation. Defendants also object on the grounds that it may be a waste of time, under Rule 403 of the Federal Rules of Evidence ("FRE"), to go through possibly all of the 37 photographs. Counsel involved in this matter may come to an agreement regarding which photos should be admitted at trial.

2. <u>Plaintiff's Exhibits – Deposition of Lee D. Donohue from Civil No. 02-0271, Long v. City and County of Honolulu, et al.</u>

   Objection:   Relevance. Lack of foundation. Hearsay. <u>See also</u>, Defendants William P. Badua, Spencer Anderson and Jeffrey Omai's Motion in Limine No. 2 Re: Precluding Testimony of Lee Donohue and/or Testimony Regarding a Code of Silence, filed on February 21, 2006.

3.  <u>Plaintiff's Exhibit – Declaration of Ofelia Coloyan Attached to Plaintiff's Opposition to Defendant Neil Pang's Motion for Summary Judgment</u>

    Objection:     Relevance. Lack of foundation. Hearsay. Defendants assert that this document will be cumulative based on the fact that Plaintiff will testify at trial.

4.  <u>Plaintiff's Exhibits – Any and All Documents Re: Last Known Address for Allan Coloyan.</u>

    Objection:     Relevance. Lack of foundation. Defendants object under Rule 403 of the FRE because the issue regarding the last known address will mislead and confuse the jury.

5.  <u>Plaintiff's Exhibit – Map of Ewa Beach</u>

    Objection:     Relevance. Lack of foundation. Hearsay. Defendants object because it may be a waste of time under Rule 403 of the FRE to establish where Plaintiff lives in Ewa Beach. Defendants' counsel was shown a copy of the map by Plaintiff's counsel, but did not receive a copy of the map.

6.  <u>Plaintiff's Exhibits – Exhibits attached to Deposition of Spencer Anderson</u>

    Objection:     Lack of foundation. Hearsay. Relevance.

7.  <u>Plaintiff's Exhibit – Correction Sheet and Signature Page for Spencer Anderson</u>

    Objection:     Lack of foundation. Hearsay. Relevance.

8.  <u>Plaintiff's Exhibit – Correction Sheet and Signature Page for William P. Badua</u>

        Objection:        Lack of foundation. Hearsay. Relevance.

9. <u>Plaintiff's Exhibit – Correction Sheet and Signature Page for Neil Pang</u>

        Objection:        Lack of foundation. Hearsay. Relevance.

10. <u>Plaintiff's Exhibit – Exhibit attached to Deposition of Darren Nihei</u>

        Objection:        Lack of foundation. Hearsay. Relevance.

11. <u>Plaintiff's Exhibit – Correction Sheet and Signature Page for Darren Nihei</u>

        Objection:        Lack of foundation. Hearsay. Relevance.

12. <u>Plaintiff's Exhibit – Correction Sheet and Signature Page for Donald Stafford</u>

        Objection:        Lack of foundation. Hearsay. Relevance.

13. <u>Plaintiff's Exhibit – Correction Sheet and Signature Page for Detrich Kamakani</u>

        Objection:        Lack of foundation. Hearsay. Relevance.

14. <u>Plaintiff's Exhibits – Any and all Oral Deposition Transcripts Listed in Plaintiff's Pretrial Statement</u>

        Objection:        Lack of foundation. Hearsay. Relevance. Defendants assert that any and all deposition transcripts should not be attached as exhibits, as they are hearsay and should be used for impeachment purposes only.

15. <u>Plaintiff's Exhibit – Records from Wackenhut Corporation</u>

    Objection:        Relevance. Lack of foundation. Hearsay.

16. <u>Plaintiff's Exhibit – Records from Castle Medical Center</u>

    Objection:        Relevance. Lack of foundation. Hearsay.

17. <u>Plaintiff's Exhibit – Work Release Note from Steven Lum, M.D.</u>

    Objection:        Lack of foundation. Hearsay.

18. <u>Plaintiff's Exhibit – Medical Records from Steven Lum, M.D. for Plaintiff</u>

    Objection:        Lack of foundation. Hearsay.

19. <u>Plaintiff's Exhibit – Supplemental Medical Records from Steven Lum, M.D. for Plaintiff</u>

    Objection:        Lack of foundation. Hearsay.

20. <u>Plaintiff's Exhibit – Curriculum Vitae of Steven Lum, M.D.</u>

    Objection:        Relevance. Lack of foundation. Hearsay.

21. <u>Plaintiff's Exhibit – Curriculum Vitae of Robert Marvit, M.D.</u>

    Objection:        Relevance. Lack of foundation. Hearsay.

22. <u>Plaintiff's Exhibit – Report by Robert Marvit, M.D. dated October 11, 2005</u>

    Objection:        Hearsay. Lack of foundation.

23. <u>Plaintiff's Exhibits – Any and All Court Pleadings Listed in Plaintiff's Pretrial Statement</u>

    Objection:        Hearsay. Lack of foundation. Relevance. Cumulative.

24. <u>Plaintiff's Exhibits – Any and All Discovery Pleadings Listed in Plaintiff's Pretrial Statement</u>

   Objection:     Hearsay. Lack of foundation. Relevance. Cumulative.

25. <u>Plaintiff's Exhibit – Any Correspondence between Counsel Listed in Plaintiff's Pretrial Statement</u>

   Objection:     Relevance. Lack of foundation. Hearsay.

26. <u>Plaintiff's Exhibit – Proof of Service on Custodian of Records, Honolulu Police Department, dated October 13, 2003</u>

   Objection:     Relevance. Lack of foundation. Hearsay. Defendants have not received a copy of said document.

27. <u>Plaintiff's Exhibit – Subpoena in a Civil Case, dated October 13, 2003</u>

   Objection:     Relevance. Lack of foundation. Hearsay. Defendants have not received a copy of said document.

28. <u>Plaintiff's Exhibit – Investigative Report, dated October 20, 2005</u>

   Objection:     Relevance. Lack of foundation. Hearsay. Defendants have not received a copy of said document.

29. <u>Plaintiff's Exhibit – Fax Transmittal to Process Server dated October 22, 2005</u>

   Objection:     Relevance. Lack of foundation. Hearsay. Defendants have not received a copy of said document.

30. <u>Plaintiff's Exhibit – Return of Service filed August 10, 2005 by Jacinto Carrasco III</u>

   Objection:   Relevance. Lack of foundation. Hearsay. Defendants have not received a copy of said document.

31. <u>Plaintiff's Exhibit – Return of Service for Officer Badua executed February 12, 2004</u>

   Objection:   Relevance. Lack of foundation. Hearsay. Defendants have not received a copy of said document.

Defendants reserve the right to make further objections as to the admissibility of Plaintiff's exhibits, once all exhibits are marked for trial and in the event that additional exhibits may be presented before trial.

If the Court wishes to review Plaintiff's Exhibits prior to March 14, 2006, Defendants can provide the Court with copies of Plaintiff's exhibits to which they are objecting.

DATED: Honolulu, Hawaii, February 28, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By  /s/ Kendra K. Kawai
KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel

Attorneys for Defendants
WILLIAM P. BADUA
JEFFREY OMAI and
SPENCER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM P. BADUA; | ) |
| JEFFREY OMAI; | ) |
| SPENCER ANDERSON; | ) |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by hand delivery to the following individuals at their addresses shown below on February 28, 2006:

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawai'i 96813
    and

ARTHUR E. ROSS, ESQ.
126 Queen Street, Suite 210
Honolulu, Hawaii 96813
    and

-2-

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED: Honolulu, Hawai'i, February 28, 2006.

                        CARRIE K.S. OKINAGA
                        Corporation Counsel

By: _____
                        KENDRA K. KAWAI
                        MARIE MANUELE GAVIGAN
                        Deputies Corporation Counsel

                        Attorney for Defendants
                        WILLIAM P. BADUA
                        JEFFREY OMAI and
                        SPENCER ANDERSON