

## ORIGINAL

JACK SCHWEIGERT, #1560
550 HALEKAUWILA STREET, ROOM 309
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7491

ARTHUR E. ROSS. #1005
226 Queen Street, Suite 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 52-4343

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiff
OFELIA COLOYAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 8 2006

at 2 o'clock and ___ min ___ M
SUE BEITIA, CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | CIVIL NO. 03-00476-KSC |
| Plaintiff, | PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS WILLIAM P. BADUA, SPENCER ANDERSON, and JEFFERY OMAI'S MOTION IN LIMINE NO. 3 RE: PRECLUDING STEVEN M. C. LUM, M. D. FROM TESTIFYING AS AN EXPERT WITNESS; CERTIFICATE OF SERVICE |
| vs. | |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | |
| Defendants. | |
| | **HEARING:** |
| | DATE:    March 13, 2006 |
| | TIME:    1:30 p. m. |

)
)    JUDGE:    <u>Hon. Kevin S. C. Chang</u>
)    Trial is set for March 14, 2006.
)
_____)

## <u>PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS WILLIAM P. BADUA, SPENCER ANDERSON and JEFFERY OMAI'S MOTION IN LIMINE NO.3 RE PRECLUDING STEVEN M. C. LUM, M. D. FROM TESTIFYING AS AN EXPERT WITNESS:</u>

The Defendants object to Steven M. C. Lum, M. D. (hereinafter referred to as Dr. Lum), testifying, as an expert witness, on behalf of Plaintiff, on the grounds that she has not retained Dr. Lum as an expert witness, Dr. Lum has not prepared a report on the matters that he will be called upon to testify as required by Rule 26 (a) (2) (b) of the <u>Federal Rules of Civil Procedure</u>, and Dr. Lum has not conducted an independent medical examination.

As the Defendants admit Dr. Lum is the Plaintiff's "treating physician." As such Dr. Lum is familiar with her medical condition.

Rule 26 (a) (2) (B) contemplates two categories of expert witnesses: those who may qualify as experts, but who are *not* retained or specifically employed to testify, and those who are specifically retained or employed to testify. The reporting requirement of that rule only applies to the latter. <u>Shapardon v. West Beach Estates</u>, 172 F. R. D. 415 (D Haw. 1997)

Treating physicians fall into the former category of experts. Therefore, the

Plaintiff is entitled to have Dr. Lum testify on her behalf as an expert witness,

even though he did not prepare a report of his findings. id at pages 416-417 and

Davoll v. Webb 194 F. 3d 1116, 1138 (10th Cir. 1999).

> The relevant question is whether these treating physicians acquired their opinions as to the cause of the plaintiff's injuries directly through their treatment of the Plaintiff, If so, then they must be treated as treating physicians, who can be deposed under the amendments to Rule 26 but who cannot be forced to file the written report required by Rule 26 (a) (2) (B).

Shapardon, 172 F. R. D. 415, 417 citing Piper v,. Harnischfeger Corp., 170 F. R.

D. 173, 175 (D Nev. 1007).

The Defendants do not point to any one piece of testimony by Dr. Lum that

is not based upon knowledge that he obtained from his treatment of the Plaintiff.

Therefore, Dr. Lum is capable of testifying as an expert witness in this matter.

<u>CONCLUSION</u>

***THE DEFENDANTS' MOTION IN LIMINE MUST BE DENIED.***

DATED: Honolulu, Hawaii, February 28, 2006

Respectfully Submitted

JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN ) | CIVIL NO. 03-00476-KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM BADUA, JEFFERY ) | |
| OMAI; SPENCER ANDERSON; ) | |
| NEIL PANG; and DOES 5-10 ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>February 28, 2006</u>, a copy of the attach

document was served upon:

KENDRA K. KAWAI                [X] HAND DELIVERED
550 S. KING ST,. Rm 110        [  ] UNITED STATES MAIL, first class
HONOLULU, HAWAII                 Postage prepaid

Attorney for Defendants
WILLIAM BADUA; SPENCER
ANDERSON , NEIL PANG

DATED: Honolulu, Hawaii, <u>February 28, 2006</u>

JACK SCHWEIGERT
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN