**ORIGINAL**

JACK SCHWEIGERT, #1560
550 HALEKAUWILA STREET, ROOM 309
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7491

ARTHUR E. ROSS. #1005
226 Queen Street, Suite 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 52-4343

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiff
OFELIA COLOYAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at 3 o'clock and 10 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | CIVIL NO. 03-00476-KSC |
| Plaintiff, | PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS |
| vs. | WILLIAM P. BADUA, SPENCER ANDERSON, and JEFFERY |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | OMAI'S MOTION IN LIMINE NO. 7 RE: PRECLUDING PLAINTIFF'S EXPERT WITNESS' TESTIMONY AND REPORT, CERTIFICATE OF |
| Defendants. | SERVICE |
| | **HEARING:** |
| | DATE: March 13, 2006 |
| | TIME: 1:30 p. m. |

)
) JUDGE:   Hon. Kevin S. C. Chang
) Trial is set for March 14, 2006.
)

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS WILLIAM P. BADUA, SPENCER ANDERSON and JEFFERY OMAI'S MOTION IN LIMINE NO.7 RE: PRECLUDING PLAINTIFF'S EXPERT WITNESS' TESTIMONY AND REPORT

The Defendants object to Robert C. Marvit, M. D.(hereinafter referred as Dr. Marvit) being qualified as an expert witness for the purpose of rebutting the testimony of their expert witness, Byron Eliashof, M. D. (hereinafter referred to as Dr. Eliashof). The Defendants object to the qualification of Dr. Marvit on the grounds that his testimony is not sufficiently scientific to adequately assist the fact finder, he has not examined the Plaintiff, spent sufficient time on the matter, and relies upon Dr. Eliashof's report and certain of the Plaintiff's medical records.

The purpose of expert testimony is to help the finder of fact to make sense out of the evidence, which is outside the understanding of the community in general. This is not to say that expert testimony is admissible to explain just anything away

Before a witness can be qualified as an expert witness, there must be a scientific basis for his testimony and that the witness' conclusions are based upon the recognized methodology of that science. In this case, Dr. Marvit is going to

2

testify on Dr. Eliashof's conclusions about the cause and extent of the psychiatric injuries to the Plaintiff.

The law recognizes Psychiatry as one of the scientific disciplines that expert testimony may be given. The Defendants have failed to show how Dr. Marvit's testimony does not meet the protocols recognized by that discipline, and therefore, there is no reason to believe that Dr. Marvit should not be qualified as an expert.

Dr. Marvit's reliance upon Dr. Eliashof's report and certain other medical records do not disqualify Dr. Marvit from testifying as an expert. An expert witness may testify about the reports of other experts along with reviewing and may base his opinions largely, if not exclusively on the report of a single expert. United States v. Smith, 964 F. 2d 1221(D. C. Cir. 1992).

In Smith, the government's original expert was unavailable. The government called the original expert's supervisor.

The Defendant objected on the grounds that the supervisor had not done any of the work in analyzing the drug that was the subject of his testimony and therefore, his testimony was inadmissible because it was hearsay. In affirming the admission of the supervisors testimony, the appellate Court held that so long as the data contained in the report was the kind of information that experts normally relied upon. id page 1223.

In this case the information that Dr. Marvit relies upon is the same data that Dr. Eliashof relied upon to form his conclusions. Therefore, Dr. Marvit's use of that material is not barred.

## CONCLUSION

***THE DEFENDANTS' MOTION IN LIMINE MUST BE DENIED.***

DATED: Honolulu, Hawaii, February 28, 2006

Respectfully Submitted

_____
JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | CIVIL NO. 03-00476-KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | |
| Defendants. | |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2006, a copy of the attach document was served upon:

KENDRA K. KAWAI       [X] HAND DELIVERED
550 S. KING ST,. Rm 110   [ ] UNITED STATES MAIL, first class
HONOLULU, HAWAII         Postage prepaid

Attorney for Defendants
WILLIAM BADUA; SPENCER ANDERSON, NEIL PANG

DATED: Honolulu, Hawaii, February 28, 2006

_____
JACK SCHWEIGERT
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN