*cu/KSC*

# ORIGINAL

JACK SCHWEIGERT, #1560
550 HALEKAUWILA STREET, ROOM 309
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7491

ARTHUR E. ROSS. #1005
226 Queen Street, Suite 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 52-4343

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiff
OFELIA COLOYAN



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 8 2006

at ___3___ o'clock and ___12___ min. P ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | ) CIVIL NO. 03-00476-KSC |
| | ) |
| Plaintiff, | ) PLAINTIFF'S STATEMENT OF NO |
| | ) OPPOSITION TO DEFENDANTS |
| vs. | ) WILLIAM P. BADUA, SPENCER |
| | ) ANDERSON, and JEFFERY |
| WILLIAM BADUA, JEFFERY | ) OMAI'S MOTION IN LIMINE NO. |
| OMAI; SPENCER ANDERSON; | ) 9 RE: UNSEALING FEDERAL |
| NEIL PANG; and DOES 5-10 | ) ARREST WARRANT FOR |
| | ) ALLAN COLOYAN, CERTIFICATE |
| Defendants. | ) OF SERVICE |
| | ) |
| | ) |
| | ) **HEARING:** |
| | ) |
| | ) DATE:      March 13, 2006 |
| | ) |

)    TIME:        1:30 p. m.
)
)    JUDGE:      Hon. Kevin S. C. Chang
)    Trial is set for March 14, 2006.
)

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS WILLIAM P. BADUA, SPENCER ANDERSON and JEFFERY OMAI'S MOTION IN LIMINE NO.9 RE: UNSEALING FEDERAL ARREST WARRANT FOR ALLAN COLOYAN

Plaintiff Ofelia Coloyan by and through her attorneys Jack Schweigert, Esq.

Arthur E. Ross, Esq., and Rory Soares Toomey, Esq. and states that she does not

oppose  Defendants William P. badua, Spencer Anderson and Jeffery Omai's

Motion in Limine Re: Unsealing Federal Arrest Warrant for Allan Coloyan.

However, if the Court does grant the aforementioned motion, the Plaintiff requests

this Court to order Defendants William P. Badua, Spencer Anderson and Jeffery

Omai along with defense counsel ti provide the Plaintiff with a certified copy of

that warrant.

DATED: Honolulu, Hawaii, February 28, 2006

Respectfully Submitted

JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFEILA COLOYAN

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| OFELIA COLOYAN | ) | CIVIL NO. 03-00476-KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM BADUA, JEFFERY | ) | |
| OMAI; SPENCER ANDERSON; | ) | |
| NEIL PANG; and DOES 5-10 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on <u>February 28, 2006</u>, a copy of the attach

document was served upon:

KENDRA K. KAWAI                [X] HAND DELIVERED
550 S. KING ST,. Rm 110        [  ] UNITED STATES MAIL, first class
HONOLULU, HAWAII                    Postage prepaid

Attorney for Defendants
WILLIAM BADUA; SPENCER
ANDERSON , NEIL PANG

DATED: Honolulu, Hawaii,  <u>February 28, 2006</u>

_____
JACK SCHWEIGERT
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN