**ORIGINAL**

JACK SCHWEIGERT, #1560
550 HALEKAUWILA STREET, ROOM 309
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7491

ARTHUR E. ROSS. #1005
226 Queen Street, Suite 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 52-4343

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiff
OFELIA COLOYAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 8 2006

at 3 o'clock and 13 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | CIVIL NO. 03-00476-KSC |
| Plaintiff, | PLAINTIFF'S STATEMENT OF NO POSITION TO DEFENDANTS WILLIAM P. BADUA, SPENCER ANDERSON, and JEFFERY OMAI'S MOTION IN LIMINE NO. 10 RE: PRECLUDING TESTIMONY AS TO DEFENDANT BADUA'S PHONE CONVERSATIONS WITH DEFENSE COUNSEL; CERTIFICATE OD SERVICE |
| vs. | |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | |
| Defendants. | **HEARING:** |
| | DATE:    March 13, 2006 |

)    TIME:        1:30 p. m.
)
)    JUDGE:       Hon. Kevin S. C. Chang
)    Trial is set for March 14, 2006.
)
_____ )

## PLAINTIFF'S STATEMENT OF NO POSITION TO DEFENDANTS WILLIAM P. BADUA, SPENCER ANDERSON and JEFFERY OMAI'S MOTION IN LIMINE NO.10 RE: PRECLUDING TESTIMONY OF PHONE CONVERSATIONS WITH DEFENSE COUNSEL

Plaintiff Ofelia Coloyan by and through her attorneys Jack Schweigert, Esq.

Arthur E. Ross, Esq., and Rory Soares Toomey, Esq. takes no position on

Defendants William P. badua, Spencer Anderson and Jeffery Omai's Motion in

Limine Re: Precluding Testimony as to Defendant Badua's Phone Conversations

with Defense Counsel.

DATED: Honolulu, Hawaii, February 28, 2006

Respectfully Submitted

JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFEILA COLOYAN

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| OFELIA COLOYAN | ) | CIVIL NO. 03-00476-KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM BADUA, JEFFERY | ) | |
| OMAI; SPENCER ANDERSON; | ) | |
| NEIL PANG; and DOES 5-10 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2006, a copy of the attach

document was served upon:

KENDRA K. KAWAI          [X] HAND DELIVERED
550 S. KING ST,. Rm 110   [  ] UNITED STATES MAIL, first class
HONOLULU, HAWAII              Postage prepaid

Attorney for Defendants
WILLIAM BADUA; SPENCER
ANDERSON , NEIL PANG

DATED: Honolulu, Hawaii,  February 28, 2006

JACK SCHWEIGERT
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN