UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) DECLARATION OF JACK |
| vs. | ) SCHWEIGERT, ESQ. |
| | ) |
| WILLIAM BADUA, | ) |
| JEFFERY OMAI, | ) |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) |
| and DOES 5-10; | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, declare as follows:

1.    I am the lead counsel for Plaintiff in this case.

2.    Attached hereto as Exhibit 1 is a true and correct copy of a portion of a law review article dealing with the Code of Silence which appears at 80 Boston University Law Review, pages 63-66 (2000).

3.    Attached hereto as Exhibit 2 is a true and correct copy of a portion of the deposition transcript of Lee Donohue, retired Honolulu Police Chief, taken in the case of Long v. City & County of Honolulu, Civ. No. 2-271 SPK-KSC.

4.    Attached hereto as Exhibit 3 is a true and correct copy of a portion of the deposition transcript of Brian Eliashof, M.D., the Defendants expert witness in this case.

I declare under penalty of perjury the foregoing statements are true and correct.

Executed in Honolulu, this 28th day of February 2006.

_____
Declarant