

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:   523-4116/527-5585
Facsimile:   523-4583
Email address:  kkawai@honolulu.gov

Attorneys for Defendants
WILLIAM P. BADUA,
JEFFREY OMAI and
SPENCER ANDERSON

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 8 2006

at 3 o'clock and ___ min 2 M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10,<br><br>          Defendants. | ) CIVIL NO. CV03-476 KSC<br>)<br>) DEFENDANT WILLIAM P. BADUA,<br>) JEFFREY OMAI AND<br>) SPENCER ANDERSON'S<br>) PROPOSED CONCISE STATEMENT<br>) OF THE CASE; CERTIFICATE OF<br>) SERVICE<br>)<br>)<br>)<br>)<br>) TRIAL DATE:  WEEK OF<br>)               MARCH 14, 2006<br>)<br>) |

-2-

DEFENDANT WILLIAM P. BADUA, JEFFREY OMAI
AND SPENCER ANDERSON'S PROPOSED CONCISE
STATEMENT OF THE CASE

Plaintiff Ofelia Coloyan claims that her constitutional rights were violated when Defendants William P. Badua, Jeffrey Omai and Spencer Anderson allegedly searched her home on June 3, 2003, over her objection and without her consent.

Defendants deny Plaintiff's allegations.  Defendants contend that they had a federal arrest warrant for her son and Plaintiff consented to them entering her home for the purpose of verifying that her son was not present within the residence.

DATED:  Honolulu, Hawaii, February 28, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By _____
KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel

Attorneys for Defendants
WILLIAM P. BADUA
JEFFREY OMAI and
SPENCER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM P. BADUA; | ) |
| JEFFREY OMAI; | ) |
| SPENCER ANDERSON; | ) |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by hand

delivery to the following individuals at their addresses shown below on

February 28, 2006:

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawai'i 96813
            and

ARTHUR E. ROSS, ESQ.
126 Queen Street, Suite 210
Honolulu, Hawaii  96813
            and

-2-

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii  96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED:  Honolulu, Hawai'i, February 28, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By: _____
KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel

Attorney for Defendants
WILLIAM P. BADUA
JEFFREY OMAI and
SPENCER ANDERSON