```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4   OFELIA COLOYAN,                     ) Civil No.
                                         ) 03-476KSC
 5            Plaintiff,                 )
                                         )
 6         vs.                           )
                                         )
 7   WILLIAM P. BADUA; JEFFREY OMAI;     )
     SPENCER ANDERSON; NEIL PANG;        )
 8   and DOES 5-10,                      )
                                         )
 9            Defendants.                )
     _____)

10

11

12            DEPOSITION OF JEFFREY OMAI

13   Taken on behalf of Plaintiff Ofelia Coloyan at the

14   Law Office of Jack Schweigert, The Lawyers

15   Building, 550 Halekauwila Street, Room 309,

16   Honolulu, Hawaii, commencing at 1:45 p.m. on

17   February 14, 2006, pursuant to Notice.

18

19

20

21

22

23

24                                            EXHIBIT A

25   Before:   WILLIAM T. BARTON, RPR, CSR NO. 391
               Court Reporter, State of Hawaii
```

POWERS & ASSOCIATES (808) 536-2001

```
 1   APPEARANCES:

 2       For Plaintiff
         Ofelia Coloyan
 3           JACK SCHWEIGERT, ESQ.
             The Lawyers Building
 4           550 Halekauwila Street, Room 309
             Honolulu, Hawaii 96813
 5           (808) 533-7491

 6           ARTHUR E. ROSS, ESQ.
             735 Bishop Street, Suite 430
 7           Honolulu, Hawaii 96813
             (808) 521-4343
 8

 9       For Defendants
         William P. Badua, Jeffrey Omai, and
10       Spencer Anderson
             KENDRA K. KAWAI, ESQ.
11           Office of Corporation Counsel
             City and County of Honolulu
12           530 S. King Street, Room 110
             Honolulu, Hawaii 96813
13           (808) 523-4116

14       Also Present:
             David, intern
15

16

17

18

19

20

21

22

23

24

25
```