CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputies Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 523-4116/527-5585
Facsimile: 523-4583
Email address: kkawai@honolulu.gov

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2006

at 1 o'clock and 15 min. P.M.
SUE BEITIA, CLERK

Attorneys for Defendants WILLIAM P. BADUA,
JEFFREY OMAI andSPENCER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10,<br><br>Defendants. | CIVIL NO. CV03-476 KSC<br><br>FIRST AMENDED CERTIFICATE OF SERVICE<br><br>TRIAL DATE: WEEK OF MARCH 14, 2006 |

FIRST AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the following were duly served by hand delivery to the following individuals at their addresses shown below on March 1, 2006:

- DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND SPENCER ANDERSON'S TRIAL BRIEF; CERTIFICATE OF SERVICE
- DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND SPENCER ANDERSON'S OBJECTIONS TO PLAINTIFF'S PROPOSED TRIAL EXHIBITS; CERTIFICATE OF SERVICE
- DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND SPENCER ANDERSON'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE EXCLUSION OF ALL EVIDENCE OF THE ALLEGED CRIMINAL CONDUCT OF ALLEN COLOYAN; DECLARATION OF KENDRA K. KAWAI; EXHIBIT "A"; CERTIFICATE OF SERVICE
- DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND SPENCER ANDERSON'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE EXCLUSION OF ALL EVIDENCE OF INJURIES TO ANY OF THE DEFENDANTS THAT OCCURRED IN THE LINE OF DUTY; CERTIFICATE OF SERVICE
- DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND SPENCER ANDERSON'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE EXCLUSION OF ALL EVIDENCE THAT THE ARREST WARRANT FOR ALLEN COLOYAN WAS SIGNED BY KEVIN S.C. CHANG; CERTIFICATE OF SERVICE
- DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND SPENCER ANDERSON'S PROPOSED SPECIAL VERDICT FORM; CERTIFICATE OF SERVICE

- DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND SPENCER ANDERSON'S PROPOSED SPECIAL VOIR DIRE QUESTIONS; CERTIFICATE OF SERVICE

- DEFENDANT WILLIAM P. BADUA, JEFFREY OMAI AND SPENCER ANDERSON'S PROPOSED CONCISE STATEMENT OF THE CASE; CERTIFICATE OF SERVICE

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

I also certify that that a copy of this *First Amended Certificate of Service* as duly served on by United States mail, postage prepaid to the following individuals on March 1, 2006:

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawai'i 96813
and

/

/

/

/

/

/

ARTHUR E. ROSS, ESQ.
126 Queen Street, Suite 210
Honolulu, Hawaii 96813

DATED: Honolulu, Hawai'i, March 1, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By: [signature]
KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel

Attorney for Defendants
WILLIAM P. BADUA
JEFFREY OMAI and
SPENCER ANDERSON