CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 523-4116/527-5585
Facsimile: 523-4583
Email address: kkawai@honolulu.gov

Attorneys for Defendants
WILLIAM P. BADUA, JEFFREY OMAI and
SPENCER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. CV03-476 KSC |
| | ) |
| Plaintiff, | ) DEFENDANTS |
| | ) WILLIAM P. BADUA, |
| vs. | ) JEFFREY OMAI AND |
| | ) SPENCER ANDERSON'S |
| WILLIAM P. BADUA; | ) DESIGNATION OF ORAL |
| JEFFREY OMAI; | ) DEPOSITION OF |
| SPENCER ANDERSON; | ) BYRON A. ELIASHOF, M.D., |
| NEIL PANG; | ) TAKEN ON FEBRUARY 23, 2006; |
| and DOES 5-10, | ) DECLARATION OF |
| | ) KENDRA K. KAWAI; EXHIBIT "A"; |
| Defendants. | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) TRIAL DATE: WEEK OF |
| | )                  MARCH 14, 2006 |

DEFENDANTS WILLIAM P. BADUA, JEFFREY OMAI AND
SPENCER ANDERSON'S DESIGNATION OF ORAL DEPOSITION OF
BYRON A. ELIASHOF, M.D., TAKEN ON FEBRUARY 23, 2006

Defendants WILLIAM P. BADUA, JEFFREY OMAI AND

SPENCER ANDERSON (hereinafter collectively known as "Defendants"), by and

through their undersigned attorneys, hereby designate the following portions of the

deposition transcript of Byron A. Eliashof, M.D., taken on February 23, 2006, to

be read to the jury and/or played by videotape to the jury in this case:

| Page No. | Line No. |
|---|---|
| 4 | 1-25 |
| 5 | 1-25 |
| 6 | 1-25 |
| 7 | 1-25 |
| 8 | 1-25 |
| 9 | 1-25 |
| 10 | 1-25 |
| 11 | 1-25 |
| 12 | 1-14; 23-25 |
| 13 | 1-25 |
| 14 | 1-24 |
| 16 | 2-25 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-25 |
| 21 | 1-25 |
| 22 | 1-25 |
| 23 | 1-25 |
| 24 | 1-25 |
| 25 | 1-25 |
| 26 | 1-25 |

| Page No. | Line No. |
| --- | --- |
| 27 | 1-25 |
| 28 | 1-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 1-25 |
| 34 | 1-25 |
| 35 | 1-25 |
| 36 | 1-25 |
| 37 | 1-25 |
| 38 | 1-25 |
| 39 | 1-25 |
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 1-25 |
| 43 | 1-25 |
| 44 | 1-25 |
| 45 | 1-25 |
| 46 | 1-25 |
| 47 | 1-25 |
| 48 | 1-25 |
| 49 | 1-25 |
| 50 | 1-25 |
| 51 | 1-25 |
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-25 |
| 55 | 1-25 |
| 56 | 1-25 |
| 57 | 1-25 |
| 58 | 1-25 |
| 59 | 1-25 |
| 60 | 1-25 |
| 61 | 1-25 |
| 62 | 1-25 |

| Page No. | Line No. |
|---|---|
| 63 | 1-25 |
| 64 | 1-25 |
| 65 | 1-25 |
| 66 | 1-25 |
| 67 | 1-25 |
| 68 | 1-25 |
| 69 | 1-25 |
| 70 | 1-25 |
| 71 | 1-25 |
| 72 | 1-25 |
| 73 | 1-25 |
| 74 | 1-25 |
| 75 | 1-25 |
| 76 | 1-25 |
| 77 | 1-25 |

Defendants reserve the right to modify the above-mentioned deposition transcript pending the Court's rulings on the motions, in limine, filed in this matter.

DATED: Honolulu, Hawai'i, March 2, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By: _____
KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel

Attorney for Defendants
WILLIAM P. BADUA, JEFFREY OMAI
and SPENCER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, ) | CIVIL NO. 03-476 KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM P. BADUA; ) | |
| JEFFREY OMAI; ) | |
| SPENCER ANDERSON; ) | |
| NEIL PANG; ) | |
| and DOES 5-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by hand delivery to the following individuals at their addresses shown below on March 2, 2006:

    JACK SCHWEIGERT, ESQ.
    550 Halekauwila Street, Room 309
    Honolulu, Hawai'i 96813
        and

    ARTHUR E. ROSS, ESQ.
    126 Queen Street, Suite 210
    Honolulu, Hawaii 96813
        and

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff
OFELIA COLOYAN

DATED: Honolulu, Hawai'i, March 2, 2006.

                CARRIE K.S. OKINAGA
                Corporation Counsel

By: _____
                KENDRA K. KAWAI
                MARIE MANUELE GAVIGAN
                Deputies Corporation Counsel

                Attorney for Defendants
                WILLIAM P. BADUA, JEFFREY OMAI
                and SPENCER ANDERSON