w/KSC

**ORIGINAL**

JACK SCHWEIGERT, #1560
550 HALEKAUWILA STREET, Room 309
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7491

ARTHUR E. ROSS. #1005
226 Queen Street, Suite 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 52-4343

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiff
OFELIA COLOYAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 2 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | CIVIL NO. 03-00476-KSC |
| Plaintiff, | PLAINTIFF'S SPECIAL VERDICT FORM; CERTIFICATE OF SERVICE |
| vs. | |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | |
| | Trial is set for March 14, 2006 |
| Defendants. | |

PLAINTIFF OFELIA COLOYAN'S SPECIAL VERDICT FORM

I.    INTRODUCTION TO THE SPECIAL JURY FORM

The jury must follow the directions in the Special Verdict Form. The jury must answer all of the questions unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict Form before proceeding to answer the questions in numerical order, starting with Question No. 1, because an earlier answer may excuse you from answering a later question. Follow all directions carefully. Answer "yes" or "no" unless otherwise indicated. Each question requires the agreement of all jurors. If you do not understand any question, please communicate with the Court in writing.

Once you have answered these questions, your Foreperson must sign and date this form in he spaces indicated and let the bailiff know that you have reached a verdict.

DATED: Honolulu, Hawaii, March 1, 2006

*[signature]*
JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN

We the jury of the above-entitled action, find the following special verdict on the questions submitted to us:

1. Did the defendants violate the Plaintiff's Fourth Amendment Right to be free from an unreasonable search?

   _____                    _____
   yes                        no

If the Answer is yes go on to question two, if it is no the Foreperson must sign and date this form and notify the Bailiff that you have reached a verdict.

2. Did the Defendants violate the Plaintiff's Fourth Amendment right to be free from an unreasonable search while they were acting under color of state law?

   _____                    _____
   yes                        no

If the Answer is yes go on to question three, if it is no the Foreperson must sign and date this form and notify the Bailiff that you have reached a verdict.

3. Did the Defendants act unreasonably when they searched the Plaintiff's home?

   _____                    _____
   yes                        no

If the Answer is yes or no go on to question four.

4      Was the Plaintiff damaged as a result of the Defendants' violation of her Fourth Amendment Right to be free from unreasonable searches?

\_\_\_ yes          \_\_\_ no

Amount $_____

5.      What percentage of the Plaintiff's damages are attributable to each of the Defendants?

William P Badua \_\_\_\_\_ %

Spencer Anderson \_\_\_\_\_ %

Jeffery Omai \_\_\_\_\_ %

6.      Do you find that the Plaintiff is entitled to punitive damages from the Defendants?

\_\_\_ yes          \_\_\_ No

Amount $_____

7.      What percentage of the Plaintiff's damages are attributable to each of the Defendants?

William P Badua \_\_\_\_\_ %

4

Spencer Anderson _____%

Jeffery Omai _____%

DATED: Honolulu, Hawaii, _____

_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | ) CIVIL NO. 03-00476-KSC )<br>Plaintiff, ) CERTIFICATE OF SERVICE )<br>vs. )<br>WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 )<br>Defendants. ) |

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 1, 2006, a copy of the attach document was served upon:

KENDRA K. KAWAI            [X] HAND DELIVERED
550 S. KING ST,. Rm 110    [ ] UNITED STATES MAIL, first class
HONOLULU, HAWAII               Postage prepaid

Attorney for Defendants
WILLIAM BADUA; SPENCER
ANDERSON , NEIL PANG

DATED: Honolulu, Hawaii, March 1, 2006

JACK SCHWEIGERT
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN