ORIGINAL

JACK SCHWEIGERT, #1560
550 HALEKAUWILA STREET, Room 309
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7491

ARTHUR E. ROSS. #1005
226 Queen Street, Suite 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 52-4343

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiff
OFELIA COLOYAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 2 2006

at _____ o'clock and _____ min. _____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | ) CIVIL NO. 03-00476-KSC |
| Plaintiff, | ) AMENDED CERTIFICATE OF |
| | ) SERVICE RE: NOTICE OF FILING |
| vs. | ) PLAINTIFF'S PROPOSED JURY |
| | ) INSTRUCTIONS and PLAINTIFF'S |
| WILLIAM BADUA, JEFFERY | ) SPECIAL VERDICT FORM |
| OMAI; SPENCER ANDERSON; | ) |
| NEIL PANG; and DOES 5-10 | ) |
| Defendants. | ) |

AMENDED CERTIFICATE OF SERVICE RE:NOTICE3 OF FILING

PLAINTIFF'S PROPOSED JURY INSTRUCTIONS and PLAINTIFF'S

.SPECIAL VERDICT FORM

**I HEREBY CERTIFY** that on <u>March 2, 2006</u>, one copy each of the <u>Notice</u>

<u>of Filing Plaintiff's Proposed Jury Instruction</u> and <u>Plaintiff's Special Verdict Form</u>

was served upon:

KENDRA K. KAWAI     [X] HAND DELIVERED
550 S. KING ST,. Rm 110     [ ] UNITED STATES MAIL, first class
HONOLULU, HAWAII       Postage prepaid

Attorney for Defendants
WILLIAM BADUA; SPENCER
ANDERSON , NEIL PANG

DATED: Honolulu, Hawaii, <u>March 2, 2006</u>

JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN