# BYRON A. ELIASHOF, M.D.
PSYCHIATRY

615 Piikoi Street, Suite 1509
Honolulu, HI 96814-3142
Phone: (808) 596-7800    Fax: (808) 596-7803

March 2, 2006

Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813

Dear Mr. Schweigert:

This is in response to our telephone conversation earlier today. At the time of my deposition you requested a list of the defendants and plaintiffs for whom I have performed IMEs for the past four years. At that time I said I would provide this for you. In reviewing my records, however, I find that the cases are listed by the name of the individual who was examined, the date, and the individual who requested the examination. There is no reference as to whether the examinee was a defendant or a plaintiff. Consequently, I am unable to respond to your request.

If there are any further questions please feel free to contact me.

Sincerely yours,

Byron A. Eliashof, M.D.

BAE:sdw

cc: Kendra K. Kawai
    City Hall
    Department of the Corporation Counsel
    Honolulu, Hawaii 96813

Exhibit "1"