DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 110 • HONOLULU, HAWAII 96813
PHONE: (808) 523-4859 • FAX: (808) 523-4583 • INTERNET: www.honolulu.gov



MUFI HANNEMANN
MAYOR

CARRIE K.S. OKINAGA
CORPORATION COUNSEL

DONNA M. WOO
FIRST DEPUTY CORPORATION COUNSEL

## FACSIMILE TRANSMITTAL

DATE:       February 22, 2006

TO:         Byron A. Eliashof, M.D.
            615 Piikoi Street, Suite 1509
            Honolulu, Hawaii 96814
            FAX  596-7803

FROM:       KENDRA K. KAWAI
            Deputy Corporation Counsel
            Department of the Corporation Counsel
            530 South King St., Room 110
            Honolulu, Hawaii 96813
            Ph: (808) 523-4116
            Fax: (808) 523-4583/550-6825

CASE/SUBJECT:  COLOYAN v. BADUA

MESSAGE:    **Please find enclosed the list of questions that I will ask you at tomorrow's deposition.**

            FYI - I put asterisks next to questions that I would like to discuss with you prior to your deposition. Please let me know if you have any questions or need to reword questions. Thanks!
            -Kendra

NUMBER OF PAGES: 7
(including cover)

_Kendra Kawai_
KENDRA K. KAWAI
Deputy Corporation Counsel

**Confidentiality.** The information contained in the message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, the reader is hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message and all copies to us by mail in a sealed envelope. Thank you for your assistance.

Exhibit "4"

## DR. BYRON A. ELIASHOF

1. <u>Personal</u>
   a. Name
   b. Are you a resident of Honolulu?
   c. What is your profession?

2. <u>Professional background</u>

   a. What is your educational background?

      1. Where did you attend undergraduate school?

      2. Where did you attend medical school?

      3. What degrees did you earn?

      4. Do you hold any licenses?

      5. In what states?

   b. Beyond medical school, have had any particular other particular training?

   c. Do you have any special interests in psychiatry? (forensic psychiatry)

      1. What is "forensic psychiatry"?

      2. How long have you been doing forensic psychiatry?

   d. What is the nature of your practice?

      1. In your practice, do you see ordinary patients? Yes

      2. Do you see these patients for treatment?

      3. What kind of treatment are your patients seeking?

   e. <u>Expert Witness Experience</u>

      1. Have judges qualified you as an expert in any field?** —

         a. [If so] What field?  *[handwritten]*

         b. How many times?   —

---

** We need to discuss your answer prior to deposition.

1

    d. Are these judges in Hawaii courts?

    e. Are these judges in other jurisdictions? If so, where?

  2. Have you testified in court as an expert in that field?

    a. Approximately how many times?

    b. Where (State and federal)

    c. Plaintiff or Defendant?

f. Professional associations/seminars regarding forensic psychiatry?

  1. What associations do you hold a membership?

  2. Do you attend any seminars?

g. Journal Articles

  1. What professional journals, magazines, or other periodicals do you read on a regular basis as part of your profession?

  2. Do you regularly read any such publications regarding forensic psychiatry?

  3. Have you written any such articles on forensic psychiatry?

  4. Have you written any articles regarding emotional and mental disturbances?[**]

    a. What articles have you written?

h. Testimony as Expert in Litigation

  1. In your work as a forensic psychiatric, do you consult with Plaintiffs and Defendants?

  3. Can you give us a percentage of times that you consulted for Plaintiffs?

---

[**] We need to discuss your answer prior to deposition.

2

4. Can you give us a percentage of times that you consulted for Defendants?

5. Has any judge appointed you as a psychiatric expert to advise them on the bench?[**]

   a. If yes, how many times?

   b. Are these cases all in Hawaii?

   c. Anywhere else?

6. Have you been retained by an attorney in the Office of the Corporation Counsel for any other cases?

   a. How many times?

7. Have you been retained by any attorneys with regard to cases against the City?

   a. How many times?

*TO THE COURT: MAY I PROCEED WITH QUESTIONS WITH DR. ELIASHOF?*

3. <u>Did you perform an examination on the Plaintiff, Ofelia Coloyan?</u>

   A. At whose request did you perform this examination?

   B. How long did the examination last?

   C. What was the assignment?

   D. How much did you charge Defendants to perform this examination?

   E. How much are you charging for your testimony today?

   F. Are the rates that you just mentioned what you charge any party that wishes to retain you for your services?

---

[**] We need to discuss your answer prior to deposition.

3

G.  Did you write a report about your assessment of Plaintiff?
- Do you recognize Defendants' Exhibit __?
- What is Defendant's Exhibit __?
- When did you write it?
- Was that report based upon your examination of Plaintiff and review of the records?
- At this time, I ask you to set your report aside but if you need to refer to it, please let me know.

H.  What did your examination of Plaintiff consist of?

I.  Did you review any records to familiarize yourself with Plaintiff's medical history?
- What medical records did you review?

J.  Other than medical records did you review any other records?
- What records did you review?

✓ K.  What was significant in the records that you reviewed?

L.  Did you make any diagnosis after conducting your examination?
- What did you find?
- Did you make any other diagnosis?  NO

M.  What is your opinion as to the <u>primary</u> cause of Plaintiff's emotional distress?
- Concerned about her son
    • What is the basis for concluding that the primary cause of Plaintiff's emotional distress was due to her concern/worry for her son?

4

- Why is it <u>clear</u> to you that the primary issue for Plaintiff's emotional distress was her concern or worry for her son? [Report, p.34]

N. Did you form any opinions as to any other cause of her emotional distress?

1. What are the other causes of Plaintiff's emotional distress? (Two)

    - Neighbors/public embarrassment
        - What is the basis on which you offer that opinion?
        - In addition to her neighbors, was she embarrassed to relate the incident to anyone else? (brothers and sisters)
        - Is it your opinion that she was embarrassed, in general, about what other people might think of her if they learned about the arrest warrant for her son?

    - Police being present in home
        - What is the basis on which you offer that opinion?
        - Why is it that you labeled this cause of her emotional distress as of less importance than the other two?

2. Did Plaintiff tell you that she became increasingly angry after the incident when she thought about what happened?

    - Did you form an opinion as to why she became angry?**
    - Why was she angry?

O. How long did she suffer from emotional distress?

    - Emotional distress lasted two to three weeks, no residuals.

---

** We need to discuss your answer prior to deposition.

5

- Once she was over her emotional distress, did she have any remaining problems? No.
- How did you come to the conclusion that her emotional distress lasted two to three weeks?
- Doctor, is it fair to say that she overcame her emotional distress without any psychiatric or psychological treatment?

4. <u>In your interview with Plaintiff, did you talk at length with her about what happened when the police came to her home?</u>

   a. What did she tell you?

   - Did you review records of Plaintiff's accounts of what happened when the police came to her house?
   - Did you find any inconsistencies in Plaintiff's accounts of what happened?
   - What is the significance to you of these inconsistencies?**

5. Is it important for a psychiatrist to perform an examination such as you did when assessing that person's mental or emotional health?

   - Why is it important?
   - What was the importance for you in conducting this examination of Plaintiff? [emotions, manner, etc.]
   - Did the emotion that she showed in your interview with her confirm that her concern and worry was for her son being wanted by the police?** [recap]
   - Are all the opinions that you have given here today made to a reasonable degree of medical probability?

---

** We need to discuss your answer prior to deposition.
** We need to discuss your answer prior to deposition.