ARTHUR K. ROSS, ESQ.
126 Queen St., Suite 210
Honolulu, HI 96813
Phone: (808) 521-4343

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
Facsimile: (808) 533-7490

RORY SOARES TOOMEY, ESQ.
1088 Bishop Street, Suite 1004
Honolulu, HI 96813
Phone: 533-7162

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF'S WITNESS AND |
| | ) EXHIBIT LIST; CERTIFICATE |
| WILLIAM BADUA, | ) OF SERVICE |
| JEFFERY OMAI, | ) |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) TRIAL WEEK: March 14, 2006 |
| and DOES 5-10; | ) JUDGE: Kevin S.C. Chang |
| Defendants. | ) |

PLAINTIFF'S WITNESS AND EXHIBIT LIST

PLAINTIFF OFELIA COLOYAN is represented by:

Arthur K. Ross, Esq.

Jack Schweigert, Esq.

Rory Soares Toomey, Esq.

Plaintiff intends to call the following witnesses:

1. Plaintiff Ofelia Coloyan,

2. Alejandro Coloyan,

3. Steven M.C. Lum, M.D.,

4. Robert C. Marvit, M.D.,

5. Officer William Badua,

6. Officer Jeffrey Omai,

7. Officer Spencer Anderson,

8. Officer Neil Pang,

9. Officer Donald Stafford,

10. Officer Darren Nihei,

11. Officer Detrich Kamakani,

12. Retired Chief Lee D. Donohue,

13. Custodian, Castle Medical Center, and,

14. Custodian, Wackenhut Corporation.

Attached to this document is the Plaintiff's Exhibit List.

DATED: Honolulu, Hawaii; March 6, 2006.

                                                        Jack Schweigert, Esq.
Co-counsel for Plaintiff

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## District of Hawaii

| Ofelia Coloyan | v. | William P. Badua, et al. | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: CV03-476 KSC |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kevin S.C. Chang | Jack Schweigert, Esq. | Kendra K. Kawai, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| March 14, 2006 | | Shari Afuso |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Photo depicting Plaintiff's cul de sac |
| 2 | | | | | Photo depicting Plaintiff's front door |
| 3 | | | | | Photo depicting Plaintiff's front door & garage |
| 4 | | | | | Photo depicting Plaintiff's front door |
| 5 | | | | | Photo looking out Plaintiff's front door |
| 6 | | | | | Photo depicting Plaintiff's side yard looking towards street |
| 7 | | | | | Photo depicting side and back of Plaintiff's home |
| 8 | | | | | Photo depicting back sliding door of Plaintiff's home |
| 9 | | | | | Photo depicting back sliding door of Plaintiff's home |
| 19 | | | | | Photo depicting back yard with retaining wall |
| 11 | | | | | Photo depicting living room & front doorway area |
| 12 | | | | | Photo depicting garage from inside home looking towards street |
| 13 | | | | | Photo of Plaintiff's living room looking towards front door |
| 14 | | | | | Photo of Plaintiff's dining room including back sliding door |
| 15 | | | | | Photo looking down staircase |
| 16 | | | | | Photo of bedroom closet |
| 17 | | | | | Photo looking up staircase |
| 18 | | | | | Photo looking up staircase |
| 19 | | | | | Photo looking out front door |
| 20 | | | | | Photo from behind client as she looks out front doorway |
| 21 | | | | | Photo from outside with client in doorway looking out |
| 22 | | | | | Photo looking in front doorway |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)   EXHIBIT AND WITNESS LIST - CONTINUATION

Ofelia Coloyan v. William P. Badua, et al.

CASE NUMBER: CV03-476 KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Photo looking towards Plaintiff's front door |
| 24 | | | | | Photo depicting front of client's home |
| 25 | | | | | Photo depicting front of client's home |
| 26 | | | | | Photo looking towards beginning of Plaintiff's cul de sac |
| 27 | | | | | Photo depicting Plaintiffs in neighbor's home |
| 28 | | | | | Photo depicting front of Plaintiff's side and front of home |
| 29 | | | | | Photo depicting side of Plaintiff's home |
| 30 | | | | | Photo depicting side of Plaintiff's home |
| 31 | | | | | Photo depicting front of Plaintiff's home |
| 32 | | | | | Photo depicting front of Plaintiff's home and partial side yard |
| 33 | | | | | Photo depicting front of Plaintiff's home and neighbor's home |
| 34 | | | | | Photo depicting neighbor's garage |
| 35 | | | | | Photo depicting front of Plaintiff's home and neghbor's garage |
| 36 | | | | | Photo depicting Plaintiff's home and cul de sac |
| 37 | | | | | Photo depicting Plaintiff's cul de sac |
| 38 | | | | | Declaration of Ofelia Coloyan |
| 39 | | | | | Plaintiff's response to 1st request for answers to interrogatories |
| 40 | | | | | Partial records depo from Castle Medical Center |
| 41 | | | | | Partial records depo from Wackenhut |
| 42 | | | | | Curriculum Vitae of Dr. Lum |
| 43 | | | | | Dr. Lum's medical statement of treating physician |
| 44 | | | | | Plaintiff's medical records |
| 45 | | | | | Dr. Marvit's report on Ofelia Coloyan |
| 46 | | | | | Partial depo transcript of retired police chief Lee Donohue |
| 47 | | | | | Defendants response to Plaintiff's 1st request for answers to interrogatories |
| 48 | | | | | Defendants response to Plaintiff's 1st request for production of documents |
| 49 | | | | | Sample of HPD Form 393 |

Page 2 of 2 Pages

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC )|
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) ) |
| WILLIAM BADUA, JEFFERY OMAI, SPENCER ANDERSON, NEIL PANG, and DOES 5-10; | ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The below-signed hereby certifies that on March 6, 2006 one copy of the attached document was served on the below named individual by fax transmittal to 523-4583 and another copy mailed U.S. Mail, first class postage prepaid, addressed as follows:

> Kendra K. Kawai, Esq.
> Deputy Corporation Counsel
> 530 S. King Street, Room 110
> City & County of Honolulu
> Honolulu, HI 96813
> Attorney for Defendants

_____
Person certifying service