

ARTHUR K. ROSS, ESQ.
126 Queen St., Suite 210
Honolulu, HI 96813
Phone: (808) 521-4343

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
Facsimile: (808) 533-7490

RORY SOARES TOOMEY, ESQ.
1088 Bishop Street, Suite 1004
Honolulu, HI 96813
Phone: 533-7162

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2006

at 9 o'clock and 05 min. A M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| Plaintiff, | ) |
| vs. | ) NOTICE OF FILING PLAINTIFF'S |
| | ) FIRST SUPPLEMENTAL JURY |
| WILLIAM BADUA, | ) INSTRUCTION; PLAINTIFF'S |
| JEFFERY OMAI, | ) PROPOSED JURY INSTRUCTION #15; |
| SPENCER ANDERSON, | ) CERTIFICATE OF SERVICE |
| NEIL PANG, | ) |
| and DOES 5-10; | ) |
| Defendants. | ) |
| | ) Trial: March 14, 2006 |



## NOTICE OF FILING
## PLAINTIFF'S FIRST SUPPLEMENTAL JURY INSTRUCTION

Ofelia Coloyan, Plaintiff above-named, by and through her attorneys Arthur E. Ross, Esq., Jack Schweigert, Esq., and Rory Soares Toomey, Esq., submits her first supplemental jury instruction #15, which is attached hereto.

DATED: Honolulu, Hawaii, March 10, 2006.

_____
Jack Schweigert, Esq.
Co-counsel for Plaintiff Ofelia Coloyan

Plaintiff's Proposed Jury Instruction #15
===

The testimony of a law enforcement officer should be considered by you just as any other evidence in this case, and in evaluating his credibility you should use the same guidelines which you apply to the testimony of any witness. You should not give either greater or lesser credence to the testimony of a witness merely because he is a law enforcement officer.

CITE: *See,* Graham v. Connor, 490 U.S. 386, 397 (1989); Parrat v. Taylor, 451 U.S. 527 (1981); Gomez v. Toledo, 446 U.S. 635 (1980); Monroe v. Pape, 365 U.S. 167 (1961);

\_\_\_\_ Given as Requested
\_\_\_\_ Given as Modified
\_\_\_\_ Refused
\_\_\_\_ Withdrawn

Over objection of:
\_\_\_\_ Plaintiff
\_\_\_\_ Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| WILLIAM BADUA, | ) |
| JEFFERY OMAI, | ) |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) |
| and DOES 5-10; | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The below-signed hereby certifies that on March 10, 2006 one copy of the attached document was served on the below individual by fax transmittal to 523-4583 and by U.S. Mail, first class postage pre-paid addressed as follows:

> Kendra K. Kawai, Esq.
> Deputy Corporation Counsel
> 530 S. King Street, Room 110
> City & County of Honolulu
> Honolulu, HI 96813
>   Attorney for Defendants

_____
Person certifying service