ORIGINAL

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2006

at 3 o'clock and 26 min P.M. JY
SUE BEITIA, CLERK

OFELIA COLOYAN,
        Plaintiff,

V.

WILLIAM P. BADUA, et al,
        Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] CV 03-476 KSC

TO: CUSTODIAN OF RECORDS
    HONOLULU POLICE DEPARTMENT
    801 South Beretania Street
    Honolulu, Hawaii 96813

☑ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| COURTROOM OF JUDGE KEVIN S. C. CHANG<br>FEDERAL DISTRICT COURT BUILDING<br>300 ALA MOANA BOULEVARD<br>HONOLULU, HAWAII 96813 | KEVIN S. C. CHANG |
| | DATE AND TIME |
| | MARCH 13, 2006  1:30 P.M. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

HPD FORM 393  WRITTEN CONSENT TO SEARCH  ( that was in effect on June 3, 2003)

| PLACE | DATE AND TIME |
|---|---|
| Courtroom of Judge Kevin S. C. Chang | March 13, 2006  1:30 P.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Arthur E Ross* Attorney for Plaintiff | March 10, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Arthur E. Ross, 126 Queen Street, Suite 210, Honolulu, Hawaii 96813

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

<table>
<tr><th colspan="3">PROOF OF SERVICE</th></tr>
<tr><td></td><td>DATE</td><td>PLACE</td></tr>
<tr><td>SERVED</td><td>MAR 13 2006  09:30</td><td>801 S. BERETANIA ST.<br>HAN., H. 96813</td></tr>
<tr><td colspan="2">SERVED ON (PRINT NAME)<br>CUSTODIAN OF RECORD OF<br>HONOLULU POLICE DEPARTMENT</td><td>MANNER OF SERVICE<br>c/o SGT ARNOLD<br>(AUTHORIZED PERSON)</td></tr>
<tr><td colspan="2">SERVED BY (PRINT NAME)<br>DEXTER CARRASCO<br>Civil Process Server</td><td>TITLE</td></tr>
</table>

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    MAR 13 2006
               DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
P. O. Box 4302
Honolulu, HI 96812
(808) 306-8342