IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. CV03-476 KSC |
| | ) |
| Plaintiff, | ) DECLARATION OF |
| | ) MARIE MANUELE GAVIGAN; |
| vs. | ) EXHIBITS "A" and "B"; |
| | ) |
| WILLIAM P. BADUA; JEFFREY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10, | ) |
| | ) |
| Defendants. | ) |

DECLARATION OF MARIE MANUELE GAVIGAN

I, MARIE MANUELE GAVIGAN, do hereby declare as follows:

1.  I am an attorney licensed to practice law in all of the courts of the State of Hawaii, the United States District Court for the District of Hawaii, and the United States Court of Appeals for the Ninth Circuit. I am a member in good standing of all of the aforementioned courts.

2.  I am a Deputy Corporation Counsel for the City and County of Honolulu (hereinafter referred to as the "City"), and one of the attorneys representing Defendants William P. Badua, Jeffrey Omai and Spencer Anderson in this action.

3. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

4. Attached hereto as Exhibit "A" is a true and correct copy of the current HPD-393 form in use by HPD offices since September, 2004.

5. Attached hereto as Exhibit "B" is a true and correct copy of the subpoena *duces tecum* served on the Custodian of Records of the Honolulu Police Department on March 8, 2006.

> I, MARIE MANUELE GAVIGAN, DO DECLARE
> UNDER PENALTY OF LAW THAT THE FOREGOING
> IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, March 14, 2006.

_____
MARIE MANUELE GAVIGAN