# WRITTEN CONSENT TO SEARCH

I, _____, do hereby give my consent to have my
               *Name*

_____ described as follows: _____
*Auto, house, room, etc.*                                *License no., address, apartment, location, etc.*

_____

searched by members of the Honolulu Police Department: _____
                                                                     *Officers' names and titles*

_____
*Officers' names and titles*

I understand that the police are searching for evidence of the crime of _____,
                                                                              *Robbery, burglary, etc.*

more specifically _____
                             *Describe property sought*

_____

_____ I understand that I have a constitutional right to refuse to allow this search, and I hereby waive this right.

_____ I understand that I have a right to consult with an attorney before allowing this search, and I hereby waive this right.

_____ I am fully aware that any property found which is the fruit (stolen property) or instrumentality (weapons, etc.) of a crime, or contraband (property which cannot be legally possessed), may be used against me in a criminal prosecution in a court of law.

_____ I am not presently under the influence of drugs or intoxicating beverage and am not mentally unstable.

_____ I give my consent voluntarily and have not been threatened, coerced, or intimidated in any manner, nor have any promises been made to me in return for my giving my consent to this search.

                                            Signed: _____

Witnessed by:                                     *Name*

_____     _____
          *Name*                                                  *Address*

_____     _____     _____
       *Address*                                               *Date*                                       *Time*

_____     _____
      *Date*                                              *Time*

HPD-393 (R-9/04)                                                                                                          EXHIBIT A