JACK SCHWEIGERT, #1560
550 HALEKAUWILA STREET, Room 309
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7491

**ORIGINAL**

ARTHUR E. ROSS. #1005
226 Queen Street, Suite 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 52-4343

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at 3 o'clock and 45 min. P.M
SUE BEITIA, CLERK

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiff
OFELIA COLOYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | CIVIL NO. 03-00476-KSC |
| Plaintiff, | TRIAL MEMORANDUM RE: ADMISSION OF EXHIBITS ADDED AFTER DEADLINE; CERTIFICATE OF SERVICE |
| vs. | |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | |
| Defendants. | |

<u>TRIAL MEMORANDUM RE: ADMISSION OF EXHIBITS ADDED AFTER DEADLINE</u>

Ofelia Coloyan (hereinafter referred to as Ms. Coloyan) Plaintiff

above-named offers this memorandum on the issue of whether the defendants have a duty to provide her with a Honolulu Police Department consent to search form pursuant to Rule 26 (a) (1) (B). Ms. Coloyan acknowledges that the Defendants have a duty to provide her with a copy of that form only if they intend to use it at trial.

However, the aforementioned consent form can be, and has been subpoenaed under pursuant to Rule 45 (a) (2) of the Federal Rules of Civil Procedure. Therefore, Ms. Coloyan can lay the foundation for it.

DATED: Honolulu, Hawaii, March 14, 2006

Respectfully Submitted

_____
JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | ) CIVIL NO. 03-00476-KSC |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 14, 2006, a copy of the attach document was served upon:

KENDRA K. KAWAI           [X] HAND DELIVERED
550 S. KING ST,. Rm 110   [ ] UNITED STATES MAIL, first class
HONOLULU, HAWAII              Postage prepaid

Attorney for Defendants
WILLIAM BADUA; SPENCER
ANDERSON , NEIL PANG

DATED: Honolulu, Hawaii, March 14, 2006

_____
JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff