# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00476KSC |
| CASE NAME: | Ofelia Coloyan v. William P. Badua, et al. |
| ATTYS FOR PLA: | Jack Schweigert<br>Arthur Ross<br>Plaintiff Ofelia Coloyan |
| ATTYS FOR DEFT: | Kendra Kawai<br>Marie Gavigan<br>Defendant William Badua<br>Defendant Jeffrey Omai<br>Defendant Spencer Anderson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Debra Chun |
| DATE: | 3/14/2006 | TIME: | 9:20-12:25pm |

COURT ACTION:  EP: Jury Selection/Trial to follow.

Jury Selection:
35 jurors present and sworn
9 jurors selected and sworn

Counsel invoke the witness exclusionary rule

Opening statements by Plaintiff and Defendant

Jurors excused

Further Jury Trial (Day 2) set for 3/15/06 at 8:30am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager