# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00476KSC |
| CASE NAME: | Ofelia Coloyan v. William P. Badua, et al. |
| ATTYS FOR PLA: | Jack Schweigert<br>Arthur Ross<br>Plaintiff Ofelia Coloyan |
| ATTYS FOR DEFT: | Kendra Kawai<br>Marie Gavigan<br>Defendant William Badua<br>Defendant Jeffrey Omai<br>Defendant Spencer Anderson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Debra Chun |
| DATE: | 3/15/2006 | TIME: | 8:40-1:40pm |

COURT ACTION:  EP: Further Jury Trial (Day 2).

Discussion held regarding Plaintiff's proposed Exhibit 49.  The court grants the oral Motion in Limine to Exclude Plaintiff's Exhibit 49 and grants the oral Motion to Quash Subpoena as to the Custodian of Records of HPD.

CST - Alejandro Coloyan, Jr.

Original Deposition of Alejandro Coloyan taken on February 17, 2006 handed to witness Alejandro Coloyan

CST: William Badua

Plaintiff's request to unseal Exhibits D18, D19, D20, D21 and D22 are hereby granted

CST: Jeffrey Omai

CST: Steven Lum, M.D.

Plaintiff's Exhibit **42** is admitted and received

Court finds Dr. Lum is qualified as an expert in internal medicine and endocrinology

Plaintiff's Exhibit **43** is admitted and received

By agreement of counsel, Plaintiff's Exhibit **44a** is admitted and received

CST: Spencer Anderson

Further Jury Trial (Day 3) set 3/16/06 at 8:30am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager