ORIGINAL

JACK SCHWEIGERT, #1560
550 HALEKAUWILA STREET, Room 309
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7491

ARTHUR E. ROSS. #1005
226 Queen Street, Suite 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 52-4343

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiff
OFELIA COLOYAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 5 2006

at ____ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | CIVIL NO. 03-00476-KSC |
| Plaintiff, | NOTICE OF FILING PLAINTIFF'S SUPPLEMENTAL JURY INSTRUCTION; CERTIFICATE OF SERVICE |
| vs. | |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | |
| Defendants. | Trial is set for March 14, 2006. |

NOTICE OF FILING PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY

INSTRUCTION

Ofelia Coloyan Plaintiff above-named by and through her attorneys Jack Schweigert, Esq., Arthur E. Ross, Esq. and Rory Soares Toomey, Esq. submit three proposed supplemental jury instruction which have not been agreed to by the parties.

The Plaintiff reserves his right to withdraw any proposed instruction, to add new instructions, and/or to amend any proposed instruction. By submitting these proposed instructions, the Plaintiff does not admit or concede that any particular issue is, or may be properly submitted to the jury, nor dose the Plaintiff does not admit or concede that any particular issue is a jury issue as opposed to a matter to be decided by the Court.

Nothing in these instructions constitutes consent by the Plaintiff to try any issue raised in the pleadings.

DATED: Honolulu, Hawaii, March 15, 2006

JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN

<u>Plaintiff's Proposed Jury Instruction No. 16</u>
Fourth Amendment protection against unreasonable searches extends to to curtilage around one's home.

**CITED** <u>United States v. Johnson</u>, 256 F. 3d 895 (9th Cir. 2001)

_____ Given as Requested
_____ Given as Modified
_____ Refused
_____ Withdrawn

Over objection of:
_____ Plaintiff
_____ Defendants

Plaintiff's Proposed Jury Instruction No. 17

Factors to be considered in determining if an unreasonable search took place within curtilage of Plaintiff's residence are: (1) proximity to Plaintiff's home of area being searched; (2) whether area is included in an enclosure surrounding plaintiff's home; (3) nature and use to which area is being put; and (4) steps taken by plaintiff to protect area from observation by people passing by.

**CITED** United States v. Johnson, 256 F. 3d 895 (9th Cir. 2001)

\_\_\_\_\_ Given as Requested
\_\_\_\_\_ Given as Modified
\_\_\_\_\_ Refused
\_\_\_\_\_ Withdrawn

Over objection of:
\_\_\_\_\_ Plaintiff
\_\_\_\_\_ Defendants

4

<u>Plaintiff's Proposed Jury Instruction No. 18</u>

The indictment against Allan Coloyan is simply the description of the charges made by the government against him; it is not evidence of anything.

CITE:    Section 1.2 Ninth Circuit Manual of Modern Jury Instruction (2003) **CRIMINAL** (modified)

_____ Given as Requested
_____ Given as Modified
_____ Refused
_____ Withdrawn

Over objection of:
_____ Plaintiff
_____ Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

OFELIA COLOYAN           )    CIVIL NO. 03-00476-KSC
                                   )
                 Plaintiff,     )    CERTIFICATE OF SERVICE
                                   )
      vs.                           )
                                   )
WILLIAM BADUA, JEFFERY    )
OMAI; SPENCER ANDERSON;    )
NEIL PANG; and DOES 5-10     )
                                   )
               Defendants.   )
                                   )

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15, 2006, a copy of the attach

document was served upon:

     KENDRA K. KAWAI        [X] HAND DELIVERED
     550 S. KING ST,. Rm 110    [  ] UNITED STATES MAIL, first class
     HONOLULU, HAWAII          Postage prepaid

     Attorney for Defendants
     WILLIAM BADUA; SPENCER
     ANDERSON , NEIL PANG

DATED: Honolulu, Hawaii, March 15, 2006

                       JACK SCHWEIGERT
                       ARTHUR E. ROSS
                       RORY SOARES TOOMEY
                       Attorneys for Plaintiff
                       OFELIA COLOYAN