w KSC

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:   523-4116/527-5585
Facsimile:    523-4583
Email address:  kkawai@honolulu.gov

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 15 2006

at __1__ o'clock and __55__ min. __P__ M
SUE BEITIA, CLERK

Attorneys for Defendants WILLIAM P. BADUA,
JEFFREY OMAI and SPENCER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN,<br><br>              Plaintiff,<br><br>     vs.<br><br>WILLIAM P. BADUA;<br>JEFFREY OMAI;<br>SPENCER ANDERSON;<br>NEIL PANG;<br>and DOES 5-10,<br><br>              Defendants. | ) CIVIL NO. CV03-476 KSC<br>)<br>) STIPULATION RE: REDACTION TO<br>) FEDERAL ARREST WARRANT;<br>) EXHIBIT "D-1"<br>)<br>)<br>)<br>)<br>)<br>)<br>) TRIAL DATE:  WEEK OF<br>)                    MARCH 14, 2006<br>)<br>)<br>) |

STIPULATION RE: REDACTION TO FEDERAL ARREST WARRANT

Defendants WILLIAM P. BADUA, JEFFREY OMAI and

SPENCER ANDERSON (collectively hereinafter "Defendants"), by and through

their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai

and Marie Manuele Gavigan, Deputies Corporation Counsel, and Plaintiff

OFELIA COLOYAN ("Plaintiff"), by and through her attorneys,

Jack Schweigert, Esq., Rory Soares Toomey, Esq. and Arthur Ross, Esq. hereby

stipulate and agree that the attached document marked as Exhibit "D-1", as

redacted, is authentic and admissible in the trial of this case.

DATED:  Honolulu, Hawaii, March 15, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel


By: _____
KENDRA K. KAWAI
MARIE MANUELE GAVIGAN
Deputies Corporation Counsel
Attorneys for Defendants


_____
JACK SCHWEIGERT, ESQ.
RORY SOARES TOOMEY, ESQ.
ARTHUR ROSS, ESQ.
Attorneys for Plaintiff


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. CV03-00476 KSC, OFELIA COLOYAN v. WILLIAM P. BADUA et
al.; STIPULATION RE: REDACTION TO FEDERAL ARREST WARRANT

AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

—————— District of Hawaii ——————

'03 MAY 29 A11:45

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | ·Case Number: CR 03-00273DAE |

ALLAN COLOYAN
91-1082 Kapahualani St./ could be
Kapaahulani, Ewa Beach/Kapahulani, Aiea
   (Name and Address of Defendant)

    YOU ARE HEREBY COMMANDED TO ARREST ALLAN COLOYAN and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Distribution of Methamphetamine within 1,000 feet of an elementary school - Counts 1 and 2

# SEALED
## BY ORDER OF THE COURT

in violation of Title 21 United States Code, Section(s) 860(a) and 841(b)(1)(C).

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Barbara Y. Yamada     SEAL | |
| Signature of Issuing Officer/Deputy Clerk | May 28, 2003 at Honolulu, Hawaii |
| | Date and Location |

ATTEST: A True Copy

Bail Fixed at No Bail

Clerk, United States District
Court, District of Hawaii
By _____ Dep.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest | | |

DEFENDANT'S EXHIBIT
D-1