JACK SCHWEIGERT, #1560
550 HALEKAUWILA STREET, Room 309
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7491

ARTHUR E. ROSS. #1005
226 Queen Street, Suite 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 52-4343

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiff
OFELIA COLOYAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 6 2006

at 9 o'clock and 20 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | CIVIL NO. 03-00476-KSC |
| Plaintiff, | NOTICE OF FILING PLAINTIFF'S SUPPLEMENTAL JURY INSTRUCTION; CERTIFICATE OF SERVICE |
| vs. | |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | |
| Defendants. | Trial is set for March 14, 2006. |

NOTICE OF FILING PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY

INSTRUCTION

Ofelia Coloyan Plaintiff above-named by and through her attorneys Jack Schweigert, Esq., Arthur E. Ross, Esq. and Rory Soares Toomey, Esq. submits a proposed supplemental jury instruction which has not been agreed to by the parties.

The Plaintiff reserves his right to withdraw any proposed instruction, to add new instructions, and/or to amend any proposed instruction. By submitting these proposed instructions, the Plaintiff does not admit or concede that any particular issue is, or may be properly submitted to the jury, nor dose the Plaintiff does not admit or concede that any particular issue is a jury issue as opposed to a matter to be decided by the Court.

Nothing in these instructions constitutes consent by the Plaintiff to try any issue raised in the pleadings.

DATED: Honolulu, Hawaii, March 15, 2006

_____
JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN

<u>Plaintiff's Proposed Jury Instruction No. 19</u>

There can be no effective consent to a search if that consent follows a law enforcement officer's assertion of an independent right to conduct that search.

CITED    <u>Orhorhaghe v. Immigration and Naturalization Service</u>, 38 F.3d 488, 501 (9th Cir. 1994)

\_\_\_\_ Given as Requested
\_\_\_\_ Given as Modified
\_\_\_\_ Refused
\_\_\_\_ Withdrawn

Over objection of:
\_\_\_\_ Plaintiff
\_\_\_\_ Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | ) CIVIL NO. 03-00476-KSC |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| WILLIAM BADUA, JEFFERY OMAI; SPENCER ANDERSON; NEIL PANG; and DOES 5-10 | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 16, 2006, a copy of the attach document was served upon:

KENDRA K. KAWAI            [X] HAND DELIVERED
550 S. KING ST,. Rm 110    [ ] UNITED STATES MAIL, first class
HONOLULU, HAWAII              Postage prepaid

Attorney for Defendants
WILLIAM BADUA; SPENCER
ANDERSON , NEIL PANG

DATED: Honolulu, Hawaii, March 16, 2006

JACK SCHWEIGERT
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiff
OFELIA COLOYAN