# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00476KSC |
| CASE NAME: | Ofelia Coloyan v. William P. Badua, et al. |
| ATTYS FOR PLA: | Jack Schweigert<br>Arthur Ross<br>Plaintiff Ofelia Coloyan |
| ATTYS FOR DEFT: | Kendra Kawai<br>Marie Gavigan<br>Defendant William Badua<br>Defendant Jeffrey Omai<br>Defendant Spencer Anderson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Debra Chun |
| DATE: | 3/16/2006 | TIME: | 8:30-12:15pm |

COURT ACTION:  EP: Further Jury Trial (Day 3).

CST: Ofelia Coloyan

Exhibit **20** is admitted and received

Exhibit **D6** is admitted and received

Exhibit **D10** is admitted and received

Original Deposition of Ofelia Coloyan taken on 1/6/05 handed to witness Ofelia Coloyan

Plaintiff rests

Defendant moves for Judgment as a Matter of Law as to all three defendants.  Arguments held.  Motion denied.

William Badua - previously sworn in resumed witness stand

Exhibit **D6** is admitted and received

Exhibit **D22** is admitted and received

Exhibit **D3** is admitted and received

Deposition of William Badua handed to witness

Exhibit **P28** is admitted and received

Exhibit **P31** is admitted and received

Jeffrey Omai - previously sworn in resumed witness stand

Spencer Anderson - previously sworn in resumed witness stand

Deposition of Spencer Anderson handed to witness

Stipulation reached as to Exhibit D3a. Based on the agreement of counsel, Exhibit **D3a** is admitted and received. Counsel to submit a stipulation.

Jurors excused

Further Jury Trial set 3/17/06 at 8:30am before Judge Chang

Submitted by: Shari Afuso, Courtroom Manager