# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV03-00476KSC

CASE NAME:       Ofelia Coloyan v. William P. Badua, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Kevin S. C. Chang            REPORTER:

DATE:    3/20/2006                    TIME:

COURT ACTION:  EO: AMENDMENT TO MINUTES ENTERED 3/16/06.

The Minutes entered for Further Jury Trial (Day 3) on 3/16/06 should have reflected that Exhibit **D1** was admitted and received.

Submitted by: Shari Afuso, Courtroom Manager