# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00476KSC |
| CASE NAME: | Ofelia Coloyan v. William P. Badua, et al. |
| ATTYS FOR PLA: | Jack Schweigert<br>Arthur Ross<br>Plaintiff Ofelia Coloyan |
| ATTYS FOR DEFT: | Kendra Kawai<br>Marie Gavigan<br>Defendant William Badua<br>Defendant Jeffrey Omai<br>Defendant Spencer Anderson |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Debra Chun |
| DATE: | 3/20/2006 | TIME: | 8:35-12:05pm<br>2:05-2:15pm |

COURT ACTION:  EP: Further Jury Trial (Day 5).

Further discussion held regarding proposed jury instructions

Discussion held regarding Proposed Special Verdict form

Stipulation as to Exhibit D3a read to jurors and file stamped

Closing arguments by plaintiff and defendant

Plaintiff moves for mistrial.  Motion denied.

Court instructs the jury

Jury starts deliberating at 1:00pm

Jurors reach a verdict.  Verdict read dand filed in open court.

Jurors not polled

Judgment in favor of defendants.  Ms. Kawai to prepare the order.

Jurors dismissed

Submitted by: Shari Afuso, Courtroom Manager