CARRIE K.S. OKINAGA, 5958
Corporation Counsel
KENDRA K. KAWAI, 7779
MARIE MANUELE GAVIGAN, 6585
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:   523-4116/527-5585
Facsimile:   523-4583
Email address: kkawai@honolulu.gov

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Defendants WILLIAM P. BADUA,
JEFFREY OMAI and SPENCER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OFELIA COLOYAN, | ) CIVIL NO. CV03-476 KSC |
| | ) |
| Plaintiff, | ) STIPULATION RE: DESCRIPTION |
| | ) OF DISTANCES/MEASUREMENTS |
| vs. | ) AS DEPICTED IN EXHIBIT D-3A |
| | ) |
| WILLIAM P. BADUA; JEFFREY | ) |
| OMAI; SPENCER ANDERSON; | ) |
| NEIL PANG; and DOES 5-10, | ) |
| | ) TRIAL DATE: WEEK OF |
| Defendants. | )                 MARCH 14, 2006 |
| | ) |

## STIPULATION RE: DESCRIPTION OF DISTANCES/MEASUREMENTS AS DEPICTED IN EXHIBIT D-3A

Defendants WILLIAM P. BADUA, JEFFREY OMAI and SPENCER ANDERSON (collectively hereinafter "Defendants"), by and through their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Kendra K. Kawai and Marie Manuele Gavigan, Deputies Corporation Counsel, and Plaintiff OFELIA COLOYAN ("Plaintiff"), by and through her attorneys, Jack Schweigert, Esq., Rory Soares Toomey, Esq. and Arthur Ross, Esq. hereby stipulate and agree that the distance from the curb in front of Plaintiff's house at 91-1082 Kapaahulani Street, Ewa Beach, Hawaii, to the front door of the house, as depicted in Exhibit D-3A is thirty-five feet (35') as follows:

- The gravel area from the street curb to the sidewalk is four feet (4') in width;
- The sidewalk adjacent to the gravel area is four feet (4') in width;

//
//
//
//
//
//
//
//

- The distance from the sidewalk to the front door of the house is twenty-seven feet (27'). This twenty-seven foot distance consists of the twenty foot (20') area from the front door to the end of the walkway that extends street-ward from the front door and porch area toward the grass, and the seven foot (7') grass area between the end of said walkway and the sidewalk nearest the street.

DATED: Honolulu, Hawaii, March 20, 2006.

        CARRIE K.S. OKINAGA
        Corporation Counsel


By: _/s/ Marie Manuele Gavigan_
     KENDRA K. KAWAI
     MARIE MANUELE GAVIGAN
     Deputies Corporation Counsel
     Attorneys for Defendants


_/s/ Arthur E. Ross_
JACK SCHWEIGERT, ESQ.
RORY SOARES TOOMEY, ESQ.
ARTHUR ROSS, ESQ.
Attorneys for Plaintiff


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. CV03-00476 KSC, <u>OFELIA COLOYAN v. WILLIAM P. BADUA et al.</u>; STIPULATION RE: DESCRIPTION OF DISTANCES/MEASUREMENTS AS DEPICTED IN EXHIBIT D-3A