## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 24, 2006

TO ALL COUNSEL

Re: CV 03-00476 KSC
OFELIA COLOYAN vs. WILLIAM P. BADUA, JEFFREY OMAI, SPENCER ANDERSON, NEIL PANG, DOES 5-10

Dear Counsel,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on March 24, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: [signature]
Deputy Clerk

cc: all counsel