

# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

**BILL TO**

DEPUTY CORPORATION COUNSEL
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
ATTN: KENDRA KAWAI, ESQ.

| DATE | INVOICE # |
|---|---|
| 4/12/05 | 2049739 |

TERMS

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| CopyBrief | | CASE: COLOYAN v. BADUA<br>CIVIL NO.: 03-476 SOM KSC<br><br>DATE TAKEN: APRIL 4, 2005<br>REPORTER: MARJANN SHAWLER<br><br>Transcript of: DARREN NIHEI<br>Copy<br><br>Subtotal<br>Tax | 147.21<br><br><br>4.167% | 147.21T<br><br>147.21<br>6.13 |

**Thank you for using Powers & Associates**
*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU
'05 APR 13 P2:27
REFERRED TO

O.K. FOR PAYMENT
Kendra Kawai
Deputy Corporation Counsel
Date 5/2/05

TAX ID#: 99-0212572

EXHIBIT A-3

**Total** $153.34



# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

**BILL TO**
DEPUTY CORPORATION COUNSEL
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
ATTN: KENDRA KAWAI, ESQ.

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU
'05 APR 28 P2:53
REFERRED TO

| DATE | INVOICE # |
|---|---|
| 4/27/2005 | 2049824 |

TERMS

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| CopyBrief | | CASE: COLOYAN v. BADUA<br>CIVIL NO.: 03-476<br><br>DATE TAKEN: APRIL 18, 2005<br>REPORTER: MARJANN SHAWLER<br><br>Transcript of: NEIL PANG<br>Copy<br><br>Subtotal<br>Tax | 129.30<br><br>4.167% | 129.30T<br><br>129.30<br>5.39 |

**Thank you for using Powers & Associates**
*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

O.K. FOR PAYMENT
Kendra Kawai
Deputy Corporation Counsel
Date 5/4/05

TAX ID#: 99-0212572

**Total** $134.69