HONOLULU REPORTING SERVICES

SUITE 401, 1000 BISHOP STREET

HONOLULU, HAWAII  96813

TELEPHONE NUMBER:  (808)524-6281

FEDERAL I.D. NUMBER:  99-0216539

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU

'05  DEC 30  P12 :14

DATE:  DECEMBER 30, 2005

TO:  CORPORATION COUNSEL
CITY & COUNTY OF HONOLULU
TRIALS DIVISION
530 SOUTH KING STREET
HONOLULU, HAWAII  96813

ATTN:  KENDRA K. KAWAI, ESQUIRE

RE:  CIVIL NO. CV03-476 KSC (U.S.D.C.)
OFELIA COLOYAN V. WILLIAM P. BADUA, JEFFREY OMAI,
SPENCER ANDERSON, NEIL PANG, ET AL.

REFERRED TO
DI

***********************************************************
***********************************************************

THE DEPOSITION(S) TAKEN UPON WRITTEN INTERROGATORIES OF THE FOLLOWING:

ON THURSDAY, DECEMBER 29, 2005:
JOSEPH TILLOTSON (THE WACKENHUT CORPORATION).

ORIGINAL AND ONE COPY: $137.20
EXCISE TAX:              5.49

TOTAL:                 $142.69

O.K. FOR PAYMENT

Deputy Corporation Counsel

Date 1/17/06

EXHIBIT A -4

THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT

HONOLULU REPORTING SERVICES
SUITE 401, 1000 BISHOP STREET
HONOLULU, HAWAII   96813
TELEPHONE NUMBER:  (808) 524-6288
FEDERAL I.D. NUMBER:  99-0216539

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU

'06  JAN 31  P1:59

REFERRED TO
DIVA

DATE: JANUARY 31, 2006

TO:   CORPORATION COUNSEL
      CITY & COUNTY OF HONOLULU
      TRIALS DIVISION
      530 SOUTH KING STREET
      HONOLULU, HAWAII   96813

      ATTN:  KENDRA A. KAWAI, ESQUIRE

RE:   CIVIL NO. CV03-476 (U.S.D.C.)
      OFELIA COLOYAN V. WILLIAM P. BADUA, ETAL.


     pk;52p9i *********************************************
****************************************************************
*********************************************************
THE DEPOSITION[S] TAKEN UPON ORAL EXAMINATION OF THE FOLLOWING:

     ON THURSDAY, JANUARY 12, 2006: ROBERT C. MARVIT, M.D.
     at 1314 So. King Street, Suite 862, Honolulu, Hawaii 96814.

     ORIGINAL AND ONE COPY: $357.80
     EXCISE TAX:              14.31

     TOTAL:                 $372.11


                              O.K. FOR PAYMENT
                              _Kendra Kawai_
                              Deputy Corporation Counsel
                              Date  2/1/06


THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT