HONOLULU REPORTING SERVICES
SUITE 401, 1000 BISHOP STREET
HONOLULU, HAWAII [illegible]
TELEPHONE NUMBER: (808) 524-6288
FEDERAL I.D. NUMBER: [illegible]

**RUSH RUSH RUSH RUSH**

DATE: FEBRUARY 27, 2006

TO:   CORPORATION COUNSEL
      CITY & COUNTY OF HONOLULU
      TRIALS DIVISION
      530 SOUTH KING STREET
      HONOLULU, HAWAII   96813

ATTN: KENDRA K. KAWAI, ESQUIRE

RE:   CIVIL NO. CV03-476 (U.S.D.C.)
      OFELIA COLOYAN V. WILLIAM P. BADUA, JEFFREY OMAI,
      SPENCER ANDERSON, NEIL PANG, ET AL.

sbl;79pM40i
*****************************************************************
*****************************************************************

THE DEPOSITION[S] TAKEN UPON ORAL EXAMINATION OF THE FOLLOWING:

ON THURSDAY, FEBRUARY 23, 2006: BYRON ELIASHOF, M.D.,
at Suite 1509, 615 Piikoi Street, Honolulu, Hawaii.

ORIGINAL AND ONE COPY:  $720.55
EXCISE TAX:               28.82

TOTAL:                  $749.37

O.K. FOR PAYMENT
/s/ Kendra K. Kawai
Deputy Corporation Counsel
Date 3/2/06

THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT

EXHIBIT A - 6

# Legal Video

Suite 17E
225 Queen Street
Honolulu, Hawaii 96813

Phone 808 536-7419
Fax 808 536-7404

**Invoice Number**  4607

**Invoice Date**  2/24/06

City and County of Honolulu
Departmnt of Corporate Counsel
530 S. King Steet Room 110
Honolulu, HI  96813

**Customer ID:**  City & County

**Amount**

**Description**

Video Taping of Dr. Byron Eliashof Deposition   RE: Civil No. CV03-00476 SOM/KSC     250.00
COLOYAN v. bADUA
Parking                                                                             10.50

O.K. FOR PAYMENT
*[signature]*
Deputy Corporation Counsel
Date 3/1/06



**Subtotal**  260.50

*The terms of this invoice is C.O.D. Invoices paid later than 30 days from the date of invoice will incur a 1.5% finance charge per month on all past due balances.*

**G.E. Tax**  10.86

-- *Serving Your Audio and Video Needs* --

**Total Invoice**  271.36