

*Legal Video*

Suite 17E
225 Queen Street
Honolulu, Hawaii 96813

'06 MAR 16 H2:45

Phone 808 536-7419
808 536-7404

**Invoice Number**

**Invoice Date**     3/16/06

City and County of Honolulu
Department of Corporate Counsel
530 S. King Street Room 110
Honolulu, HI 96813

Customer ID:     City & County

**Amount**

262.50

Description

Edit of Dr. Byron Eliashof, M.D.
Civil No. CV03-00476 SOM/KSC   COLOYAN v. BADUA

O.K. FOR PAYMENT

Deputy Corporation Counsel

Date   3/16/06

**Subtotal**     262.50

*The terms of this invoice is C.O.D. Invoices paid later than 30 days
from the date of invoice will incur a 1.5% finance charge per month
on all past due balances.*

**G.E. Tax**     10.95

*-- Serving Your Audio and Video Needs --*

**Total Invoice**     273.45

Federal I.D. No.

EXHIBIT A - 7

 

# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

| DATE | INVOICE # |
|------|-----------|
| 2/24/2006 | 2050806 |

**BILL TO**

DEPUTY CORPORATION COUNSEL
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
ATTN: KENDRA KAWAI, ESQ.

| | TERMS |
|--|-------|
| | |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|------|-----|-------------|------|--------|
| | | CASE: COLOYAN v. BADUA | | |
| | | CIVIL NO.: 03-476KSC | | |
| | | | | |
| | | DATE TAKEN: FEBRUARY 14, 2006 | | |
| | | REPORTER: WILLIAM BARTON | | |
| | | | | |
| CopyBrief | | Transcript of: JEFFREY OMAI | 374.51 | 374.51T |
| | | Copy | | |
| | | | | 374.51 |
| | | Subtotal | 4.167% | 15.61 |
| | | Tax | | |

**\*\*Thank you for using Powers & Associates\*\***
*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

O.K. FOR PAYMENT

*Kendra Kawai*

Deputy Corporation Counsel

Date 3/3/06

TAX ID#: 99-0212572

| Total | $390.12 |
|-------|---------|