ARTHUR K. ROSS, ESQ.
126 Queen St., Suite 210
Honolulu, HI 96813
Phone: (808) 521-4343

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
Facsimile: (808) 533-7490

RORY SOARES TOOMEY, ESQ.
1088 Bishop Street, Suite 1004
Honolulu, HI 96813
Phone: 533-7162

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) NOTICE OF APPEAL; |
| WILLIAM BADUA, | ) REPRESENTATION STATEMENT; |
| JEFFERY OMAI, | ) EXHIBIT 1; PROOF OF SERVICE |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) Trial Week: March 14, 2006 |
| and DOES 5-10; | ) JUDGE: Kevin S.C. Chang |
| | ) |
| Defendants. | ) |

NOTICE OF APPEAL

Notice is hereby given that Ofelia Coloyan, Plaintiff in the above named

case, hereby appeals to the United States Court of Appeals for the Ninth Circuit

from the Final Judgment entered in this action on the 24th day of March, 2006, a true and correct copy of which is attached hereto as Exhibit 1.

DATED: Honolulu, Hawaii; April 24, 2006

                                                                    /s/ Jack Schweigert
                                                                    Jack Schweigert, Esq.
                                                                    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) PROOF OF SERVICE |
| vs. | ) |
| | ) |
| WILLIAM BADUA, | ) |
| JEFFERY OMAI, | ) |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) |
| and DOES 5-10; | ) |
| | ) |
| Defendants. | ) |

PROOF OF SERVICE

The below-signed hereby certifies that on April 24, 2006 one copy of the attached document was served on the below named individual by U.S. Mail, First Class Postage prepaid addressed as follows:

Kendra K. Kawai, Esq.
Deputy Corporation Counsel
530 S. King Street, Room 110
City & County of Honolulu
Honolulu, HI  96813
Attorney for Defendants

_____
Person certifying service