UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| Plaintiff, | ) |
| vs. | ) |
| | ) REPRESENTATION STATEMENT |
| WILLIAM BADUA, | ) |
| JEFFERY OMAI, | ) |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) Trial Week: March 14, 2006 |
| and DOES 5-10; | ) JUDGE: Kevin S.C. Chang |
| Defendants. | ) |

## REPRESENTATION STATEMENT

PLAINTIFF/APPELLANT:        Ofelia Coloyan

ATTORNEYS FOR
PLAINTIFF/APPELLANT:

Arthur K. Ross, Esq.
126 Queen St., Suite 210
Honolulu, HI 96813
Phone: (808) 521-4343

Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: (808) 533-7491
Fax: (808) 533-7490

Rory Soares Toomey, Esq.
1088 Bishop Street, Suite 1004
Honolulu, HI 96813
Phone: 533-7162

DEFENDANTS/APPELLANTS:    William Badua
Jeffrey Omai
Spencer Anderson
Neil Pang

ATTORNEY FOR
DEFENDANTS/APPELLANTS:    Kendra K. Kawai, Esq.
Deputy Corporation Counsel
530 S. King Street, Room 110
City & County of Honolulu
Honolulu, HI 96813
Phone: (808) 523-4859
Fax: (808) 523-4583

DATED: Honolulu, Hawaii; April 24, 2006

_____
Jack Schweigert, Esq.
Attorney for Plaintiff