ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00476 KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| WILLIAM P. BADUA, JEFFREY OMAI, SPENCER ANDERSON, NEIL PANG, DOES 5-10 | March 24, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[✓]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

cc: all counsel

| March 24, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

# EXHIBIT 1