# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 234759 |
|---|---|
| Trans | 139442 |

Received From: **JACK SCHWEIGERT**
Case Number:
Reference Number: **CV 03-476**

|  |  |
|---|---:|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---:|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** | | **455.00** |
|  | Tend | | 455.00 |
|  | Due | | 0.00 |

04/24/2006 11:56:07 AM    Deputy Clerk: et/DT