UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) DECLARATION OF OFELIA |
| vs. | ) COLOYAN |
| | ) |
| WILLIAM BADUA, | ) |
| JEFFERY OMAI, | ) |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) |
| and DOES 5-10; | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF OFELIA COLOYAN

I, Ofelia Coloyan, declare as follows:

1. I am the Plaintiff in this case.

2. I work as a house keeper at Castle Medical Center where I am paid $13.27 per hour and work about 40 hours per week.

3. I do not own, stock, bonds, do not have a savings account, and keep only enough money in my checking account to pay my monthly bills, which includes my monthly mortgage on my home of $1,500+ per month. This home is owned by my husband and me and subject to the mortgage. It is this home that was involved in this

case and situated in Ewa Beach at 91-1082 Kapaahulani Street.

4.  I have a Honda Accord that has a value of about $1,000 and have recently

bought a 2005 Honda Explorer and make monthly payments of  close to $500 per

month.

I declare under penalty of perjury the foregoing statements are true and correct.

Executed in Honolulu, this 26th day of April 2006.