UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| OFELIA COLOYAN, | ) CIV. NO. 03-476 KSC |
| | ) |
| Plaintiff, | ) DECLARATION OF JACK |
| vs. | ) SCHWEIGERT, ESQ. |
| | ) |
| WILLIAM BADUA, | ) |
| JEFFERY OMAI, | ) |
| SPENCER ANDERSON, | ) |
| NEIL PANG, | ) |
| and DOES 5-10; | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JACK SCHWEIGERT, ESQ.

I, Jack Schweigert, Esq., declare as follows:

1. I am lead counsel for Plaintiffs in this case.

2. In that capacity I contacted the Clerk for the City & County of Honolulu and requested her to fax me the face sheet reflecting the Executive Operating Budget and Program for the Fiscal Year 2004 to June 30, 2005. A true and correct copy of this face sheet for the amended budget for 2004-2005 of $1,238,250,454 is attached hereto as Exhibit 1.

3. In every law firm I have worked at there is a method to allocate copy charges per client, so that the client can be accurately billed at the end of each month

for this service, as well as any other expenses.

I declare under penalty of perjury the foregoing statements are true and correct.

Executed in Honolulu, this 26th day of April 2006.

_____
Declarant