ORDINANCE **05 - 011**

# CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

BILL **24 (2005), CD2, FD2**

## A BILL FOR AN ORDINANCE

Executive Operating Budget Ordinance
Amendment No. 1

RELATING TO THE EXECUTIVE OPERATING BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2004 TO JUNE 30, 2005.

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1. The revenues appropriated in Section 1 of Ordinance 04-24 are amended as follows:

### OPERATING FUNDS

| Fund Code | SOURCE OF FUNDS | AMOUNT | LESS INTERFUND TRANSFER | NET AMOUNT | TOTAL |
|---|---|---|---|---|---|
| GN | General Fund | $[805,860,670]<br>807,325,670 | $[108,737,675]<br>110,277,675 | $[697,122,995]<br>697,047,995 | |
| HW | Highway Fund | 146,002,060 | 82,413,462 | 63,588,598 | |
| SW | Sewer Fund | 121,067,319 | 25,949,250 | 95,118,069 | |
| BT | Bus Transportation Fund | [118,439,154]<br>119,039,154 | 0 | [118,439,154]<br>119,039,154 | |
| LC | Liquor Commission Fund | 3,764,958 | 274,500 | 3,490,458 | |
| BK | Bikeway Fund | 420,188 | 20,000 | 400,188 | |
| HB | Highway Beautification and Disposal of Abandoned Vehicles Revolving Fund | 3,053,120 | 145,400 | 2,907,720 | |
| SV | Special Events Fund | [16,029,965]<br>16,329,965 | 5,846,055 | [10,183,910]<br>10,483,910 | |
| GC | Golf Fund | 18,893,643 | 8,951,773 | 9,941,870 | |
| WF | Solid Waste Fund | [171,974,801]<br>172,614,801 | 38,428,148 | [133,546,653]<br>134,186,653 | |
| ZO | Zoo Animal Purchase Fund | 15,000 | 0 | 15,000 | |
| HN | Hanauma Bay Nature Preserve Fund | 4,531,441 | 1,818,294 | 2,713,147 | |
| RA | Rental Assistance Fund | 244,700 | 11,700 | 233,000 | |
| HD | Housing Development Special Fund | 10,087,440 | 9,688,625 | 398,815 | |
| | | | | | [1,138,099,577]<br>1,139,564,577 |
| | **FEDERAL FUNDS:** | | | | |
| CD | Community Development Fund | 2,730,994 | 0 | 2,730,994 | |
| RO | Rent-To Own Conversion Fund | 0 | 0 | 0 | |
| RL | Housing and Community Development Rehabilitation Loan Fund | 9,279,308 | 6,830,808 | 2,448,500 | |
| PA | Pauahi Project Expend HI R-15 Fund | 2,000,000 | 2,000,000 | 0 | |
| SE | Housing and Community Development, Section 8 Contract Fund | 35,695,428 | 0 | 35,695,428 | |
| LE | Leasehold Conversion Fund | 300,568 | 0 | 300,568 | |
| FG | Federal Grants Fund | [39,930,092]<br>45,754,526 | 0 | [39,930,092]<br>45,754,526 | |
| | | | | | [81,105,582]<br>86,930,016 |
| SP | Special Projects Fund | 9,755,861 | 0 | 9,755,861 | 9,755,861 |
| | **TOTAL** | $[1,520,076,710]<br>1,528,906,144 | $[291,115,690]<br>292,655,690 | | $[1,228,961,020]<br>1,236,250,454 |

OCS/051005/02:34/CT

**05 - 011**

EXHIBIT 1