IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____ U.S. District Court Case No.____ Civ. No. 03-00476 KSC

Short Case Title_Coloyan v. Badua, et al._

Date Notice of Appeal Filed by Clerk of District Court_____ April 24, 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**SECTION A** - To be completed by party ordering transcript

APR 28 2006

at _9_ o'clock and _3_ min ___
SUE BEITIA, CLERK

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| 3/14/06 | Debra Chun | Opening Statements |
| ? | Debra Chun | Settlement Instructions |
| ? | Debra Chun | Closing Arguments |
| ? | Debra Chun | Jury Instructions |
| 11/22/05 & 3/13/06 | Debra Chun | Pre-Trial Proceedings |
| 3/14-3/17/06 & 3/20/06 | Debra Chun/Cynthia Fazio | Other (please specify) |

(additional page for designations if necessary)

( )    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )    As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )    As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered_4/28/06_ Estimated date for completion of transcript_____

Print Name of Attorney _Jack Schweigert, Esq._ Phone Number_(808) 533-7491_

Signature of Attorney_____

Address_550 Halekauwila Street, Room 309, Honolulu, HI  96813_

**SECTION B** - To be completed by court reporter

I,_____ have received this designation.
**(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

_Sue Beitia_                                              BY:
(U.S. District Court Clerk)         (date)                    DEPUTY CLERK