IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Ofelia Coloyan, | ) | CV03-476KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| William Badua, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 28 2006
at 3 o'clock and 20 min P M
SUE BEITIA, CLERK

I, Jack Schweigert of Law Offices of Jack Schweigert, the designated Court custodian of all exhibits on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED: Honolulu, Hawaii, 4/28/06.

_____
Signature

Attorney for: Plaintiff Coloyan