IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 1 2006

at 11 o'clock and 54 min. AM
SUE BEITIA, CLERK

| | | |
|---|---|---|
| Ofelia Coloyan, | ) | CV03-476KSC |
| Plaintiff(s), | ) | |
| vs. | ) | RECEIPT FOR EXHIBITS |
| William Badua, et al., | ) | |
| Defendant(s). | ) | |

I, Kendra Kawai of Office of the Corporation Counsel, the designated Court custodian of all exhibits on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED: Honolulu, Hawaii, May 1st 06

_____
Signature

Attorney for: _____