# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV03-00476KSC

CASE NAME:        Ofelia Coloyan v. William P. Badua, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

JUDGE:    Kevin S. C. Chang          REPORTER:

DATE:     5/16/2006                  TIME:

COURT ACTION:  EO: Pursuant to the Amended Order Regarding Defendants' Bill of Costs filed on 5/12/2006, the Clerk of Court is ordered to tax costs in the amount $5,343.67.

Submitted by: Shari Afuso, Courtroom Manager