

**OFESSIONAL IMAGE**

# INVOICE

547 Halekauwila, Suite 106
Honolulu, Hawaii 96813
Tel: 524-5335 • Fax: 532-4770
Fed. ID 99-0184341

No. H- 412163

Date 9/23/04

Department Of The Corporation Counsel
530 South King Street, Suite 110
Honolulu, Hawaii 96813
Nalani
Phone: 808-523-4859

Customer P.O. No.

04    29    8:47    BS 2906

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 5 | Files | 4.40 |

O.K. FOR PAYMENT
9/30/04
Deputy Corporation Counsel

Ref: Coloyan

DT 09-4039
Nalani/Jim Butt, Esq
NOTE: Original From Jack Schweigert, Esq Office

| | |
|---|---|
| SUBTOTAL | 4.40 |
| TAX | 0.18 |
| SHIPPING | |
| TOTAL | 4.58 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
Please return with your payment.

Invoice No: H- 412163

Amount Due: $4.58

Professional Image, Inc.
Accounting Dept.
547 Halekauwila, Suite 106

EXHIBIT A

# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU

'05 JAN 14 A9:49

BILL TO
DEPUTY CORPORATION COUNSEL
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
ATTN: KENDRA KAWAI, ESQ.

REFERRED TO
_dch_

| DATE | INVOICE # |
|---|---|
| 12/23/04 | 2049289 |

TERMS

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | CASE: COLOYAN v. BADUA | | |
| | | CIVIL NO.: 03-476 SOM-KSC | | |
| | | DATE TAKEN: DECEMBER 15, 2004 | | |
| | | REPORTER: DON A. ROSS | | |
| CopyBrief | | Transcript of: WILLIAM P. BADUA Copy | 138.00 | 138.00T |
| | | | | 138.00 |
| | | Subtotal | 4.167% | 5.75 |
| | | Tax | | |

O.K. FOR PAYMENT
_Kendra R Kawai_
Deputy Corporation Counsel
Date 1/19/05

**Thank you for using Powers & Associates**
*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

Total  $143.75