

HONOLULU REPORTING SERVICES
SUITE 401, 1000 BISHOP STREET
HONOLULU, HAWAII    96813
TELEPHONE NUMBER:  (808) 524-6288
FEDERAL I.D. NUMBER:  99-0216530

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU
'05 JAN 25 A10:56

REFERRED TO

DATE: JANUARY 25, 2005

TO:     CORPORATION COUNSEL
        CITY & COUNTY OF HONOLULU
        TRIALS DIVISION
        530 SOUTH KING STREET
        HONOLULU, HAWAII    96813

        ATTN:  KENDRA K. KAWAI, ESQUIRE

RE:     CIVIL NO. CV03-00476 KSC (U.S.D.C.)
        OFELIA COLOYAN V. WILLIAM P. BADUA, ET AL.

        carol;93p0i
*************************************************************
*************************************************************

THE DEPOSITION[S] TAKEN UPON ORAL EXAMINATION OF THE FOLLOWING:

ON THURSDAY, JANUARY 6, 2005: OFELIA COLOYAN at
the law offices of the CORPORATION COUNSEL,
Honolulu Hale, 530 South King Street, Honolulu,
Hawaii.

ORIGINAL AND ONE COPY:  $432.35
EXCISE TAX:               17.29

TOTAL:                  $449.64

O.K. FOR PAYMENT
[signature]
Deputy Corporation Counsel
Date 2/1/05

THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT

EXHIBIT A-1



HONOLULU REPORTING SERVICE
SUITE 401, 1000 BISHOP STREET
HONOLULU, HAWAII  96813
TELEPHONE NUMBER: (808)524-6288
FEDERAL I.D. NUMBER: 99-0216539

DATE: MARCH 18, 2005

TO: CORPORATION COUNSEL
CITY & COUNTY OF HONOLULU
TRIALS DIVISION
530 SOUTH KING STREET
HONOLULU, HAWAII  96813

ATTN: KENDRA K. KAWAI, ESQUIRE

RE: CIVIL NO. CV03-00476 KSC (U.S.D.C.)
OFELIA COLOYAN V. WILLIAM P. BADUA, ET AL.

***********************************************************
***********************************************************

THE DEPOSITION(S) TAKEN UPON WRITTEN INTERROGATORIES OF THE FOLLOWING:

ON FRIDAY, MARCH 18, 2005:
MARTHA KAIMANA (at CASTLE MEDICAL CENTER,
                    HUMAN RESOURCES DEPARTMENT
                    VOLUMES I & II).

ORIGINAL AND ONE COPY: $443.70
EXCISE TAX:              17.75

TOTAL:                 $461.45

THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT