## HONOLULU REPORTING SERVICES
SUITE 401, 1000 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE NUMBER: (808)524-6288
FEDERAL I.D. NUMBER: 99-0216539

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU
'05 MAY 25 P3:35

DATE: MAY 25, 2005

TO: CORPORATION COUNSEL
CITY & COUNTY OF HONOLULU
TRIALS DIVISION
530 SOUTH KING STREET
HONOLULU, HAWAII 96813

ATTN: KENDRA K. KAWAI, ESQUIRE

RE: CIVIL NO. CV03-00476 KSC (USDC)
OFELIA COLOYAN V. WILLIAM P. BADUA, ETAL.

****************************************************************
****************************************************************

THE DEPOSITION(S) TAKEN UPON WRITTEN INTERROGATORIES OF THE FOLLOWING:

VOLUME II : TO DEPOSITION ON MARCH 18, 2005:
MARTHA KAIMANA (CASTLE MEDICAL CENTER: HUMAN
RESOURCES DEPARTMENT).

ORIGINAL AND ONE COPY: $49.95
EXCISE TAX:              2.00

TOTAL:                  $51.95

O.K. FOR PAYMENT
*[signature]*
Deputy Corporation Counsel
Date 5/27/05

THANK YOU FOR PROMPT PAYMENT

EXHIBIT A-2

 

# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU
'05 APR 18 P2:15
REFERRED TO

**BILL TO**
DEPUTY CORPORATION COUNSEL
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
ATTN: KENDRA KAWAI, ESQ.

| DATE | INVOICE # |
|---|---|
| 4/15/05 | 2049764 |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| CopyBrief | | CASE: COLOYAN v. BADUA<br>CIVIL NO.: 03-476<br><br>DATE TAKEN: MARCH 31, 2005<br>REPORTER: RITA KING<br><br>Transcript of: DONALD STAFFORD, SPENCER ANDERSON & DETRICH KAMAKANI Copy | 324.33 | 324.33T |
| | | Subtotal | | 324.33 |
| | | Tax | 4.167% | 13.51 |

TERMS

O.K. FOR PAYMENT
Deputy Corporation Counsel
Date 5/2/05

**\*\*Thank you for using Powers & Associates\*\***
*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

TAX ID#: 99-0212572

**Total** $337.84