HONOLULU REPORTING SERVICES
SUITE 401, 1000 BISHOP STREET
HONOLULU, HAWAII  96813
TELEPHONE NUMBER:  (808)524-6288
FEDERAL I.D. NUMBER:  99-0216539

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU
'05 DEC 30 P12:14

REFERRED TO
_A_

DATE: DECEMBER 30, 2005

TO: CORPORATION COUNSEL
CITY & COUNTY OF HONOLULU
TRIALS DIVISION
530 SOUTH KING STREET
HONOLULU, HAWAII  96813

ATTN: KENDRA K. KAWAI, ESQUIRE

RE: CIVIL NO. CV03-476 KSC (U.S.D.C.)
OFELIA COLOYAN V. WILLIAM P. BADUA, JEFFREY OMAI,
SPENCER ANDERSON, NEIL PANG, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE DEPOSITION(S) TAKEN UPON WRITTEN INTERROGATORIES OF THE FOLLOWING:

ON THURSDAY, DECEMBER 29, 2005:
JOSEPH TILLOTSON (THE WACKENHUT CORPORATION).

ORIGINAL AND ONE COPY: $137.20
EXCISE TAX:                  5.49

TOTAL:                    $142.69

O.K. FOR PAYMENT
_[signature]_
Deputy Corporation Counsel
Date 1/17/06

EXHIBIT A-4

THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT




**HONOLULU REPORTING SERVICES**
SUITE 401, 1000 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE NUMBER: (808) 524-6288
FEDERAL I.D. NUMBER: 99-0216539

RECEIVED
CORPORATION COUNSEL
C AND C OF HONOLULU

'06 JAN 31 P1:59

REFERRED TO
DWA

DATE: JANUARY 31, 2006

TO: CORPORATION COUNSEL
CITY & COUNTY OF HONOLULU
TRIALS DIVISION
530 SOUTH KING STREET
HONOLULU, HAWAII 96813

ATTN: KENDRA A. KAWAI, ESQUIRE

RE: CIVIL NO. CV03-476 (U.S.D.C.)
OFELIA COLOYAN V. WILLIAM P. BADUA, ETAL.

pk;52p9i
*******************************************************************
*******************************************************************

THE DEPOSITION[S] TAKEN UPON ORAL EXAMINATION OF THE FOLLOWING:

ON THURSDAY, JANUARY 12, 2006: ROBERT C. MARVIT, M.D.
at 1314 So. King Street, Suite 862, Honolulu, Hawaii 96814.

ORIGINAL AND ONE COPY: $357.80
EXCISE TAX:                14.31

TOTAL:                    $372.11


O.K. FOR PAYMENT
_Kendra Kawai_ (signature)
Deputy Corporation Counsel
Date 2/1/06

THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT