HONOLULU REPORTING SERVICES
SUITE 401, 1000 BISHOP STREET
HONOLULU, HAWAII   96813
TELEPHONE NUMBER:  (808) 524-6288
FEDERAL I.D. NUMBER:  99-0216539

RECEIVED
CORPORATION COUNSEL
C AND C OF HON...

'06 JAN 27 P2:33

Hand delivery

DATE: JANUARY 27, 2006

TO: CORPORATION COUNSEL
CITY & COUNTY OF HONOLULU
TRIALS DIVISION
530 SOUTH KING STREET
HONOLULU, HAWAII   96813

ATTN: MARIE MANUELE GAVIGAN, ESQUIRE
KENDRA K. KAWAI, ESQUIRE

RE: CIVIL NO. CV03-476 (U.S.D.C.)
OFELIA COLOYAN V. WILLIAM P. BADUA, JEFFREY OMAI, SPENCER ANDERSON, NEIL PANG, ET AL.

sbl;36p0i
************************************************************
************************************************************

THE DEPOSITION[S] TAKEN UPON ORAL EXAMINATION OF THE FOLLOWING:

ON FRIDAY, JANUARY 13, 2006: STEVEN LUM, M.D.,
30 Aulike Street, Suite 303, Kailua, Hawaii 96734.

ORIGINAL AND ONE COPY: $278.90
EXCISE TAX:              11.16

TOTAL:                  $290.06

O.K. FOR PAYMENT
[signature]
Deputy Corporation Counsel
Date 1/30/06

THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT

EXHIBIT A-5

**HONOLULU REPORTING SERVICES**
SUITE 401, 1000 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE NUMBER: (808) 524-6288
FEDERAL I.D. NUMBER: 99-0216539

DATE: FEBRUARY 27, 2006

TO: CORPORATION COUNSEL
CITY & COUNTY OF HONOLULU
TRIALS DIVISION
530 SOUTH KING STREET
HONOLULU, HAWAII 96813

ATTN: KENDRA K. KAWAI, ESQUIRE

RE: CIVIL NO. CV03-476 (U.S.D.C.)
OFELIA COLOYAN V. WILLIAM P. BADUA, JEFFREY OMAI,
SPENCER ANDERSON, NEIL PANG, ET AL.

pk;47p6i
****************************************************************

THE DEPOSITION[S] TAKEN UPON ORAL EXAMINATION OF THE FOLLOWING:

ON FRIDAY, FEBRUARY 17, 2006: ALEJANDRO COLOYAN
at the law offices of the Corporation Counsel,
Honolulu Hale, 530 South King Street, Honolulu,
Hawaii.

ORIGINAL AND ONE COPY: $276.65
EXCISE TAX:               11.07

TOTAL:                   $287.72

O.K. FOR PAYMENT
_____
Deputy Corporation Counsel
Date_____

THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT