HONOLULU REPORTING SERVICES

SUITE 401, 1000 BISHOP STREET

HONOLULU, HAWAII

TELEPHONE NUMBER: (808) 524-2090

FEDERAL I.D. NUMBER:

**RUSH**

**RUSH RUSH**

**RUSH RUSH**

**RUSH**

DATE: FEBRUARY 27, 2006

TO:   CORPORATION COUNSEL
      CITY & COUNTY OF HONOLULU
      TRIALS DIVISION
      530 SOUTH KING STREET
      HONOLULU, HAWAII    96813

ATTN:  KENDRA K. KAWAI, ESQUIRE

RE:   CIVIL NO. CV03-476 (U.S.D.C.)
      OFELIA COLOYAN V. WILLIAM P. BADUA, JEFFREY OMAI,
      SPENCER ANDERSON, NEIL PANG, ET AL.

      sbl;79pM40i

***************************************************************
***************************************************************

THE DEPOSITION[S] TAKEN UPON ORAL EXAMINATION OF THE FOLLOWING:

ON THURSDAY, FEBRUARY 23, 2006: BYRON ELIASHOF, M.D.,
at Suite 1509, 615 Piikoi Street, Honolulu, Hawaii.

ORIGINAL AND ONE COPY: $720.55
EXCISE TAX:                28.82

TOTAL:          $749.37

O.K. FOR PAYMENT

*Kendra K Kawai*

Deputy Corporation Counsel

Date 3/2/06

THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT    EXHIBIT A -6




# Legal Video

Suite 17E
225 Queen Street
Honolulu, Hawaii 96813

Phone 808 536-7419
Fax  808 536-7404

**Invoice Number**          4607

**Invoice Date**          2/24/06

City and County of Honolulu
Departmnt of Corporate Counsel
530 S. King Steet Room 110
Honolulu, HI  96813

| Customer ID: | City & County | Amount |
|---|---|---|
| **Description** | | |
| Video Taping of Dr. Byron Eliashof Deposition   RE: Civil No. CV03-00476 SOM/KSC | | 250.00 |
| COLOYAN v. bADUA | | |
| Parking | | 10.50 |

O.K. FOR PAYMENT

_Kendra Pawz_

Deputy Corporation Counsel

Date___8/1/06___

'06 FEB 27 A9:20

| | |
|---|---|
| **Subtotal** | 260.50 |

*The terms of this invoice is C.O.D. Invoices paid later than 30 days
from the date of invoice will incur a 1.5% finance charge per month
on all past due balances.*

| | |
|---|---|
| **G.E. Tax** | 10.86 |

*-- Serving Your Audio and Video Needs --*

| | |
|---|---|
| **Total Invoice** | 271.36 |