

# Legal Video



Suite 17E
225 Queen Street
Honolulu, Hawaii 96813

'06 MAR 16 H2 45

Phone 808 536-7419

**Invoice Number** ...808 536-7400...

**Invoice Date** 3/16/06

City and County of Honolulu
Department of Corporate Counsel
530 S. King Street Room 110
Honolulu, HI  96813

**Customer ID:**   City & County

**Amount**

**Description**                                                                262.50

Edit of Dr. Byron Eliashof, M.D.
Civil No. CV03-00476 SOM/KSC  COLOYAN v. BADUA

O.K. FOR PAYMENT

Deputy Corporation Counsel

Date  3116/06

**Subtotal**        262.50

*The terms of this invoice is C.O.D. Invoices paid later than 30 days*
*from the date of invoice will incur a 1.5% finance charge per month*
*on all past due balances.*

**G.E. Tax**        10.95

*-- Serving Your Audio and Video Needs --*

**Total Invoice**        273.45

EXHIBIT A -7



# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

| | DATE | INVOICE # |
|---|---|---|
| | 2/24/2006 | 2050806 |

**BILL TO**

DEPUTY CORPORATION COUNSEL
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
ATTN: KENDRA KAWAI, ESQ.

| | | | | TERMS | |
|---|---|---|---|---|---|

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| CopyBrief | | CASE:  COLOYAN v. BADUA<br>CIVIL NO.:  03-476KSC<br><br>DATE TAKEN: FEBRUARY 14, 2006<br>REPORTER: WILLIAM BARTON<br><br>Transcript of: JEFFREY OMAI<br>Copy | 374.51 | 374.51T<br><br>374.51 |
| | | Subtotal<br>Tax | 4.167% | 15.61 |

**\*\*Thank you for using Powers & Associates\*\***

*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

O.K. FOR PAYMENT

Deputy Corporation Counsel

Date 3/3/06

TAX ID#: 99-0212572

| Total | $390.12 |
|---|---|