recv'd 10/12/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Amended Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __06-15851__   U.S. District Court Case No. __CV03-00476 SOM/KSC__

Short Case Title __Coloyan v. Badua, Omai, Anderson, Pang, DOES 5-10__

Date Notice of Appeal Filed by Clerk of District Court _____ April 24, 2006

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII NOV 0 6 2006 at 8 o'clock and 40 min __ M SUE BEITIA, CLERK**

**RECEIVED CLERK, U.S. DISTRICT COURT OCT 11 2006 DISTRICT OF HAWAII**

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
| 3/17/06 | Cynthia Fazio | Pre-Trial Proceedings |
|  |  | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __October 4, 2006__   Estimated date for completion of transcript _____

Print Name of Attorney __Kendra K. Kawai__   Phone Number __523-4116__

Signature of Attorney __Kendra K. Kawai__

Address __530 South King Street, Room 110, Honolulu, Hawaii  96813__

SECTION B - To be completed by court reporter

I, __Cynthia Fazio__ have received this designation.
        (signature of court reporter)
( ) Arrangements for payment were made on __10/12/06__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date __(already completed & filed)__

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __5/15/06__   Court Reporter's Signature __Cynthia Fazio__

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__   __11/06/06__   BY: _____
(U.S. District Court Clerk)   (date)        DEPUTY CLERK