United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: April 19, 2007

To:   United States Court of Appeals     Attn: (✓)  Civil
      For the Ninth Circuit
      Office of the Clerk                      ( )  Criminal
      95 Seventh Street
      San Francisco, California 94103          ( )  Judge

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 0 2 2007
DISTRICT OF HAWAII

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 03-00476KSC          Appeal No:   06-15851

Short Title:  Coloyan vs. Badua

Clerk's Files in    2        volumes  (✓) original  ( ) certified copy

Bulky docs                   volumes (folders)  docket #

Reporter's                   volumes  ( ) original  ( ) certified copy
Transcripts

Exhibits                     volumes  ( ) under seal

                             boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

FILED
APR 23 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Acknowledgment: _____S·DNIS_____     Date: _____

cc: counsel