

# RECORD FORM

**PLEASE NOTE:** UNLESS YOU CORRECT THE DESCRIPTION BELOW YOU ARE RESPONSIBLE FOR THE CONTENTS OF THE RECORD AS LISTED

WHETHER OR NOT YOU SIGN THIS FORM
CONTACT THE RECORDS DEPARTMENT IMMEDIATELY OF ANY DISCREPANCIES

### Case Number: 06-15851, Coloyan v. Badua
### Assigned To: judge tashima, September 27, 2007

CV 03-476 KSC

#### RECORDS RECEIVED IN STAFF ATTORNEY'S OFFICE

| | | | | | |
|---|---|---|---|---|---|
| Clerk's Record in: | 2 Volumes | 0 | Certified Copy(s) | 0 | Boxes |
| Reporter's Transcripts in: | 0 Volumes | | | | |
| Bulky Documents: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes | |
| | 0 Other | | | | |
| State Lodged Docs in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes | |
| | 0 Other | | | | |
| Other: | | | | | |

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 30 2007
12:40 pm
DISTRICT OF HAWAII

Signature: _____

#### RECORDS RETURNED BY STAFF ATTORNEY TO RECORDS UNIT

Date Returned: _____
Returned By: _____

| | | | | | |
|---|---|---|---|---|---|
| Clerk's Record in: | | Volumes | | Certified Copy(s) | |
| Reporter's Transcripts in: | | Volumes | | | |
| Bulky Documents: | | Envelopes | Expandos | Folders | Boxes |
| | | Other | | | |
| State Lodged Docs in: | | Envelopes | Expandos | Folders | |
| | | Other | | | |
| Other: | | | | | |

Signature: _____

DATE: 11/29/07

TO: USDC Hawaii

FROM: US COURT OF APPEALS - NINTH CIRCUIT by: Tashima

CA# 06-15851                    DC# CV 03-00476KSC

TITLE Coloyan v. Badua

OK

RECORD RETURNED TO DISTRICT COURT:

    2     VOL. CLERK'S FILE

           VOL. REPORTER'S TRANSCRIPT

OTHER

One memo per case, please.

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 30 2007
DISTRICT OF HAWAII

cc: Records Unit, Clerk's Office, San Francisco