INTERNAL USE ONLY: Proceedings include all events.
06-15851 Coloyan v. Badua, et al

| | |
|---|---|
| OFELIA COLOYAN<br>    Plaintiff - Appellant | Rory Soares Toomey, Esq.<br>808/533-7162<br>[COR LD NTC ret]<br>1088 Bishop Street<br>Suite 1004<br>Honolulu, HI 96813<br><br>Jack F. Schweigert, Esq.<br>FAX 808-533-7490<br>(808) 533-7491<br>Room 309<br>[COR LD NTC ret]<br>550 Halekauwila<br>Honolulu, HI 96813<br><br>Arthur E. Ross, Esq.<br>FAX 808/521-4722<br>808/521-4343<br>Ste. 210<br>[COR LD NTC ret]<br>LAW OFFICES OF ARTHUR E. ROSS<br>126 Queen St.<br>Honolulu, HI 96813-4411 |
| v. | |
| WILLIAM P. BADUA<br>    Defendant - Appellee | Carrie K. Okinaga<br>FAX 808/523-4583<br>808/523-4115<br>Room 110<br>[COR LD NTC ret]<br>James C. Butt<br>808/523-4702<br>Room 110<br>[COR LD ret]<br>CITY & COUNTY OF HONOLULU<br>Corporation Counsel<br>530 South King Street<br>Honolulu, HI 96813<br><br>Marie Manuele Gavigan<br>808-523-4859<br>Ste 110<br>[COR LD ret]<br>OFFICE OF CORPORATION COUNSEL<br>530 South King Street<br>Honolulu, HI 96813 |
| JEFFREY OMAI<br>    Defendant - Appellee | Kendra K. Kawai, Esq.<br>808/523-4859<br>Ste 110<br>[COR LD ret]<br>530 S. King St., Room 110 |

INTERNAL USE ONLY: Proceedings include all events.
06-15851 Coloyan v. Badua, et al

                                      Honolulu, HI 96813

                                      Marie Manuele Gavigan
                                      (See above)
                                      [COR LD ret]

SPENCER ANDERSON                  Kendra K. Kawai, Esq.
    Defendant - Appellee         (See above)
                                      [COR LD ret]

                                      Marie Manuele Gavigan
                                      (See above)
                                      [COR LD ret]

DOES 1-10, Fourth Amended      No appearance
Complaint filed 6/30/05 -
amending Does 1-10 to Does 5-
10
    Defendant - Appellee