FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 4 2008

at 4 o'clock and 30 min. P M.
SUE BEITIA, CLERK

Form 10. Bill of Costs

**United States Court of Appeals for the Ninth Circuit**

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Ofelia Coloyan  v. William P. Badua et al.    CA No. 06-15851

The Clerk is requested to tax the following costs against: Plaintiff-Appellant Ofelia Coloyan

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 34 | .10 | 23.80 | | | | 23.80 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 27 | .10 | 54.00 | | | | 54.00 |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $77.80 | | | TOTAL | $77.80 |

Form 10. Bill of Costs - *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, Sandra M. Oka , swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: *Sandra M. Oka, paralegal*
Date: 12/3/07

Name of Counsel (printed or typed): Marie Manuele-Gavigan
Attorney for: Defendants-Appellees, William P. Badua; Jeffery Omai; Spencer Anderson; Neil Pang

---

Date: 1/7/08            Costs are taxed in the amount of $ 77.80

Clerk of Court
By: _____, Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 0 8 2008
by: _____
Deputy Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OFELIA COLOYAN, | ) NO. 06-15851 |
| | ) DC NO. CV03-476 KSC |
| Plaintiff-Appellant, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| WILLIAM P. BADUA; | ) |
| JEFFREY OMAI; | ) |
| SPENCER ANDERSON; | ) |
| NEIL PANG; | ) |
| and DOES 5-10, | ) |
| | ) |
| Defendants-Appellees. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that one (1) true and correct copy of Defendants-Appellees' Bill of Costs was served upon the following via U.S. Mail Postage Paid on December 3, 2007:

JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawai'i 96813

and

ARTHUR E. ROSS, ESQ.
126 Queen Street, Suite 210
Honolulu, Hawaii 96813

and

RORY SOARES TOOMEY
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813

Attorneys for Plaintiff-Appellant
OFELIA COLOYAN

I ALSO HEREBY CERTIFY that on December 4, 2007, the original plus two (2) copies of said Defendants-Appellees' Bill of Costs was sent by U.S. Mail, Postage Paid, Return Receipt Requested to the OFFICE OF THE CLERK, United States Court of Appeals, Ninth Circuit, 95 Seventh Street, San Francisco, California 94103-1526.

DATED: Honolulu, Hawaii, December 3, 2007.

CARRIE K. S. OKINAGA
Corporation Counsel

By _____
MARIE MANUELE GAVIGAN
Deputy Corporation Counsel
Attorneys for Defendants-Appellees
WILLIAM P. BADUA, JEFFREY OMAI
AND SPENCER ANDERSON

2